IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,                          "JURY TRIAL DEMANDED"

    PLAINTIFF                           CIVIL NO. _____


    VS.                                 DISTRICT JUDGE _____


CORRECTIONAL OFFICER JOHN DOE I,        MAGISTRATE JUDGE _____
CORRECTIONAL OFFICER JOHN DOE II,
SERGEANT JOHN DOE I, LIEUTENANT JOHN DOE I.

**FILED
SCRANTON**

OCT 07 2020

PER_____
DEPUTY CLERK

**COMPLAINT**

## I. INTRODUCTION

1. THIS IS A CIVIL RIGHTS ACTION FILED PURSUANT TO 42 U.S.C. SECTION 1983 BY
PLAINTIFF JEREMY BAILEY, AN INMATE CURRENTLY HOUSED AT THE STATE CORRECTIONAL
INSTITUTION (SCI) AT COAL TOWNSHIP, IN COAL TOWNSHIP, PENNSYLVANIA, AGAINST
VARIOUS CORRECTIONAL OFFICERS EMPLOYED AT SCI COAL TOWNSHIP, FOR DEPRIVING
PLAINTIFF OF HIS RIGHTS GUARANTEED BY THE 8th AND 14th AMENDMENTS OF THE UNITED
STATES CONSTITUTION, FOR VIOLATIONS OF UNITED STATES CONSTITUTIONAL RIGHTS UNDER
SECTION 1983 TO REDRESS THE DEPRIVATIONS, UNDER COLOR OF STATE LAW, OF RIGHTS
SECURED BY THE CONSTITUTION OF THE UNITED STATES.


## II. JURISDICTION

2. THIS COURT HAS JURISDICTION UNDER 28 U.S.C. 1331, 1343(a)(3) and (4).

## III. VENUE

3. PURSUANT TO 28 U.S.C. SECTION 1391(b)(2) THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT IS THE APPROPRIATE VENUE.

## IV. PARTIES

4. PLAINTIFF, JEREMY BAILEY, WAS AT ALL TIMES MENTIONED IN THIS COMPLAINT, A PRISONER OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS AND HOUSED AT SCI COAL TOWNSHIP, 1 KELLEY DRIVE, COAL TOWNSHIP, PENNSYLVANIA 17866-1020.

5. AS YET UNIDENTIFIED CORRECTIONAL OFFICER JOHN DOE I, WAS AT ALL TIMES MENTIONED IN THIS COMPLAINT, AN EMPLOYEE OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS AT SCI COAL TOWNSHIP. 1 KELLEY DRIVE, COAL TOWNSHIP, PA 17866-1020.

6. AS YET UNIDENTIFIED CORRECTIONAL OFFICER JOHN DOE II, WAS AT ALL TIMES MENTIONED IN THIS COMPLAINT, AN EMPLOYEE OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS AT SCI COAL TOWNSHIP, 1 KELLEY DRIVE, COAL TOWNSHIP, PA 17866-1020.

7. AS YET UNIDENTIFIED SERGEANT JOHN DOE I, WAS AT ALL TIMES MENTIONED IN THIS COMPLAINT, AN EMPLOYEE OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS AT SCI COAL TOWNSHIP, 1 KELLEY DRIVE, COAL TOWNSHIP, PA 17866-1020

8. AS YET UNIDENTIFIED LIEUTENANT JOHN DOE I, WAS AT ALL TIMES MENTIONED IN THIS COMPLAINT, AN EMPLOYEE OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS AT SCI COAL TOWNSHIP, 1 KELLEY DRIVE, COAL TOWNSHIP, PA 17866-1020.

## V. FACTS

9. PLAINTIFF ALLEGES THAT DESPITE REPEATED WARNINGS AND REQUESTS FOR ASSISTANCE, DEFENDANTS FAILED TO PROTECT, AND WERE DELIBERATELY INDIFFERENT TO PLAINTIFF'S PERSONAL SAFETY BY IGNORING THREATS TO HIS PERSONAL SAFETY BY AN INMATE, BY DELIBERATELY MOVING A SINGLE CELL STATUS (Z-CODE) INMATE INTO THE CELL WITH PLAINTIFF AND REFUSING TO MOVE THE INMATE AFTER COUNTLESS WARNINGS AND THREATS BY THE INMATE TO CAUSE BODILY INJURY TO THE PLAINTIFF. SHORTLY AFTER THE FINAL WARNING PLAINTIFF WAS SAVAGELY ATTACKED BY THE INMATE, CAUSING PLAINTIFF BODILY HARM.

10. ON SEPTEMBER 10, 2019, PLAINTIFF WAS HOUSED IN THE RESTRICTED HOUSING UNIT ON AN UNRELATED INCIDENT.

11. DEFENDANT, CORRECTIONAL OFFICER JOHN DOE I, AND CORRECTIONAL OFFICER JOHN DOE II, APPROACHED INMATE McCULLOUGH GA-6396, WHO WAS A SINGLE CELL STATUS (Z-

CODE) INMATE, WITH ORDERS TO PACK HIS BELONGINGS IN ORDER TO BE HOUSED IN CELL NO. 5 WITH PLAINTIFF.

12. INMATE McCULLOUGH NOTIFIED DEFENDANTS CORRECTIONAL OFFICERS JOHN DOE I AND II THAT HE WAS A (Z-CODE) AND WAS NOT TO HOUSED IN A CELL WITH ANOTHER INMATE.

13. DEFENDANTS, CORRECTIONAL OFFICERS JOHN DOE I AND II, ORDERED INMATE McCULLOUGH TO OBEY THEIR DIRECT ORDER OR BE EXTRACTED FROM THE CELL AND RECEIVE A MISCONDUCT REPORT.

14. INMATE McCULLOUGH COMPLIED WITH THEIR ORDER AND REQUESTED THE PRESENCE OF SERGEANT JOHN DOE I, AND LIEUTENANT JOHN DOE I.

15. DEFENDANT, CORRECTIONAL OFFICER JOHN DOE I, INFORMED INMATE McCULLOUGH THAT THE SREGEANT AND THE LIEUTENANT WERE AWARE OF THE MOVEMENT AND WOULD NOT BE PRESENT DURING THE MOVE.

16. INMATE McCULLOUGH BECAME ANGRY AND STATED TO CORRECTIONAL OFFICERS JOHN DOE I AND II, THAT "WHOEVER HE WAS BEING PLACED IN THE CELL WITH WAS GOING TO GET FUCKED UP BY HIM".

17. DEFENDANTS, JOHN DOE I AND II BROUGHT INMATE McCULLOUGH TO PLAINTIFF'S CELL DOOR AND ORDERED PLAINTIFF TO BE HANDCUFFED IN ORDER TO RECEIVE A CELL-MATE.

18. PLAINTIFF INFORMED THE DEFENDANTS, CORRECTIONAL OFFICER'S JOHN DOE I AND II, THAT HE HEARD THE THREAT INMATE McCULLOUGH MADE ABOUT WHAT HE WAS GOING TO DO TO WHOEVER HE WAS PLACED IN THE CELL WITH..

19. PLAINTIFF REQUESTED THE PRESENCE OF SERGEANT JOHN DOE I, AND LIEUTENANT JOHN DOE I.

20. DEFENDANT, CORRECTIONAL OFFICER JOHN DOE I, ORDERED PLAINTIFF TO BE HANDCUFFED OR RECEIVE A MISCONDUCT REPORT.

21. PLAINTIFF COMPLIED WITH THE ORDER.

22. INMATE McCULLOUGH ENTERED THE CELL WHILE CONTINUOUSLY INFORMING DEFENDANTS

CORRECTIONAL OFFICER'S JOHN DOE I, AND II, THAT HE WAS SINGLE CELL STATUS AND NOT ALLOWED TO HAVE A CELL-MATE.

23. DEFENDANTS, CORRECTIONAL OFFICER'S JOHN DOE I, AND II, DID NOT RESPOND UNTIL AFTER TAKING THE HANDCUFFS OFF OF PLAINTIFF AND INMATE McCULLOUGH. DEFENDANT, CORRECTIONAL OFFICER JOHN DOE I, STATED Y'ALL CAN FIGHT ALL Y'ALL WANT NOW", BEFORE LEAVING.

24. INMATE McCULLOUGH STATED TO PLAINTIFF TO KEEP HIS DISTANCE WHILE IN THE CELL IF HE DID NOT WANT TO GET HURT.

25. PLAINTIFF TRIED HIS BEST TO COMPLY WITH INMATE McCULLOUGH'S REQUEST.

26. ON 9-10-2019, AT APPROXIMATELY 10:30am, WHILE LUNCH TRAYS WERE BEING SERVED, PLAINTIFF REQUESTED TO SPEAK WITH DEFENDANT LIEUTENANT JOHN DOE I. AGAIN PLAINTIFF WAS DENIED.

27. ON 9-10-2019, AT APPROXIMATELY 11:30am, LUNCH TRAYS WERE BEING COLLECTED AND INMATE McCULLOUGH AGAIN NOTIFIED CORRECTIONAL OFFICER JOHN DOE I THAT HE WAS A Z-CODE INMATE AND IF NOT MOVED HE WOULD ATTACK PLAINTIFF.

28. ON 9-10-2019 AT APPROXIMATELY 12:00pm ALL DEFENDANTS ENTERED H-A HOUSING UNIT.

29. PLAINTIFF AND INMATE McCULLOUGH NOTIFIED ALL DEFENDANTS THAT INMATE McCULLOUGH WAS A Z-CODE INMATE AND DID NOT BELONG IN A CELL WITH ANYBODY.

30. PLAINTIFF NOTIFIED ALL DEFENDANTS THAT INMATE McCULLOUGH WAS THREATENING HIS LIFE AND THAT HE WAS A Z-CODE INMATE.

31. DEFENDANTS IGNORED PLAINTIFF'S CONCERNS AND DEFENDANT LIEUTENANT JOHN DOE I ORDERED PLAINTIFF TO GET AWAY FROM THE DOOR.

32. ON 9-10-2019 AT APPROXIMATELY 1:00pm INMATE McCULLOUGH DEMANDED PLAINTIFF NOT MOVE FROM HIS BUNK IF HE WANTED TO LIVE.

33. PLAINTIFF EVENTUALLY GOT OFF HIS BUNK TO USE THE BATHROOM AND WHEN PLAINTIFF

ATTEMPTED TO RETURN TO HIS BUNK INMATE McCULLOUGH KNOCKED PLAINTIFF UNCONSCIOUS.

34. ON 9-10-2019 AT APPROXIMATELY 2:00pm PLAINTIFF AWAKENED ON THE FLOOR OF HIS CELL WITH HIS LEGS TIED TOGETHER AND HIS ARMS TIED BEHIND HIS BACK.

35. PLAINTIFF BEGAN YELLING FOR HELP WHILE INMATE McCULLOUGH STOOD OVER HIM STARING AT HIM.

36. ON 9-10-2019 AT APPROXIMATELY 2:15pm C.O.I HOUSER, DURING A TOUR OF H-A HOUSING UNIT, DISCOVERED PLAINTIFF ON THE FLOOR YELLING WITH HIS LEGS AND ARMS TIED TOGETHER.

37. C.O.I HOUSER RADIOED TO LIEUTENANT PASSERITTI AND LIEUTENANT PASSERITTI FOR A HAND HELD CAMERA RECORDER.

38. INMATE McCULLOUGH WAS THEN HANDCUFFED AND REMOVED FROM THE CELL.

39. AN UNIDENTIFIED CORRECTIONAL OFFICER, ON 2-10 SHIFT, ENTERED THE CELL AND REMOVED THE ROPE FROM PLAINTIFF'S ARMS AND LEGS.

40. PLAINTIFF WAS TAKEN OUT OF THE CELL TO A MEDICAL TRIAGE AREA WHERE HE SHOWED HIS INJURIES TO A NURSE.

41. PLAINTIFF HAS BEEN IN PHYSICAL THERAPY FOR BACK PAIN STEMMING FROM THE ASSAULT.

42. PLAINTIFF HAS BEEN IN MENTAL ANGUISH SINCE THE ASSAULT.

43. SINCE THE 9-10-19 ASSAULT PLAINTIFF HAS BEEN UNABLE TO LIVE IN A CELL WITH ANOTHER INMATE.

44. PLAINTIFF HAS BEEN REVIEWED BY NUMEROUS PSYCHOLOGISTS AT SCI COAL TOWNSHIP.

45. ON 9-26-19 PLAINTIFF WAS PLACED IN A PSYCHIATRIC OBSERVATION CELL (P.O.C.) DUE TO HIS MENTAL ANGUISH OF POSSIBLY BEING PLACED IN A CELL WITH ANOTHER INMATE

46. PLAINTIFF SPENT APPROXIMATELY FOUR(4) DAYS IN THE (P.O.C.) AND WAS RELEASED

TO GENERAL POPULATION BY THE PSYCHIATRY STAFF WITH A "TEMPORARY" Z-CODE.

47. PLAINTIFF HAS BEEN IN GENERAL POPULATION WITHOUT A CELL-MATE SINCE BEING RELEASED FROM THE PSYCHIATRIC OBSERVATION CELL.

## VI. EXHAUSTION OF ADMINISTRATIVE REMEDIES

48. PLAINTIFF HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES THROUGH DC-ADM 804 INMATE GRIEVANCE SYSTEM.

## VII. CAUSE OF ACTION

49. PLAINTIFF INCORPORATED BY REFERENCE PARAGRAPHS 1 THROUGH 48 ABOVE AS FULLY SET FORTH HEREIN FOR ALL CAUSES OF ACTION.

50. DEFENDANT, CORRECTIONAL OFFICER JOHN DOE I, AND CORRECTIONAL OFFICER JOHN DOE II FAILED TO PROTECT PLAINTIFF IN THAT THEY WERE AWARE THAT INMATE McCULLOUGH WAS A SINGLE CELL STATUS INMATE AND NOT AUTHORIZED TO HAVE CELL-MATES YET STILL FORCED INMATE McCULLOUGH IN THE CELL WITH PLAINTIFF, CAUSING THE ASSAULT, THUS VIOLATING PLAINTIFF'S EIGHTH AMENDMENT RIGHT OF THE UNITED STATES CONSTITUTION.

51. DEFENDANTS, CORRECTIONAL OFFICER JOHN DOE I AND II, WERE WARNED BY INMATE McCULLOUGH THAT HE WOULD HARM WHOEVER HE WAS PLACED IN THE CELL WITH AND DEFENDANTS WERE DELIBERATELY INDIFFERENT IN VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS.

52. DEFENDANT SERGEANT JOHN DOE I, WAS AWARE OR SHOULD HAVE BEEN AWARE, AS A RANKING OFFICER, THAT INMATE McCULLOUGH WAS A Z-CODE INMATE AND A DANGER TO OTHER INMATES BUT DISREGARDED THAT INFORMATION AND SIGNED OFF ON THE MOVE FOR PLAINTIFF TO BE ASSAULTED.

53. DEFENDANT LIEUTENANT JOHN DOE I, VIOLATED PLAINTIFF'S RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION BY FAILING TO INTERVENE WHEN TOLD NUMEROUS TIMES BY INMATE McCULLOUGH AND PLAINTIFF THAT INMATE McCULLOUGH WAS NOT SUPPOSE TO HAVE A CELL MATE AND IF MOVED HE WOULD HARM PLAINTIFF.

54. DEFENDANTS CORRECTIONAL OFFICER JOHN DOE I AND II, KNEW THE DANGER POSED BY INMATE McCULLOUGH AND KNEW OF THE THREATS AND IMMEDIATE DANGER HE POSED TO PLAINTIFF BUT DELIBERATELY DISREGARDED SAID WARNINGS BY REFUSING TO TAKE APPROPRIATE ACTIONS THAT WOULD HAVE PREVENTED THE SUBSEQUENT ASSAULT ON PLAINTIFF THEREBY VIOLATING PLAINTIFF'S EIGHTH AND FOURTEENTH AMENDMENT RIGHTS OF THE UNITED STATES CONSTITUTION.

55. AS A RESULT OF THIS CONSTITUTIONAL VIOLATION, PLAINTIFF SUFFERED INJURIES AND DAMAGES.

## VIII. LEGAL CLAIMS

56. PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS ONE(1) THROUGH FIFTY-FIVE(55).

57. EACH DEFENDANT ARBITRARILY FAILED TO PROTECT PLAINTIFF. EACH DEFENDANT SUBJECTED PLAINTIFF TO CRUEL AND UNUSUAL PUNISHMENT AND DEPRIVED PLAINTIFF OF LIFE AND LIBERTY WITHOUT DUE PROCESS OF THE LAW AND WAS DELIBERATELY INDIFFERENT IN VIOLATION OF PLAINTIFF'S CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS.

58. EACH DEFENDANT IS BEING SUED IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES.

59. AT ALL TIMES RELEVANT TO THE ALLEGATIONS IN THIS COMPLAINT, DEFENDANTS WERE ACTING UNDER COLOR OF STATE LAW.

60. PLAINTIFF SEEKS MONETARY DAMAGES FROM DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES.

## IX. REQUESTED RELIEF

61. WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS COURT:

a) JUDGMENT BY A JUDGE AND OR JURY THAT DEFENDANTS FAILED TO PROTECT PLAINTIFF, WAS DELIBERATELY INDIFFERENT TOWARD PLAINTIFF AND SUBJECTED PLAINTIFF TO CRUEL AND UNUSUAL PUNISHMENT, AND DENIED PLAINTIFF DUE PROCESS AND EQUAL PROTECTION IN

VIOLATION OF PLAINTIFF'S CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS.

b) AWARD COMPENSATORY DAMAGES TO THE PLAINTIFF IN THE FOLLOWING AMOUNT;

1. $100,000 AGAINST DEFENDANT CORRECTIONAL OFFICER JOHN DOE I FOR VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS.

2. $100,000 AGAINST DEFENDANT CORRECTIONAL OFFICER JOHN DOE II FOR VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS.

3. $100,000 AGAINST DEFENDANT SERGEANT JOHN DOE I FOR VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS.

4. $100,000 AGAINST DEFENDANT LIEUTENANT JOHN DOE I FOR VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS.

c) AWARD PUNITIVE DAMAGES TO PLAINTIFF IN THE FOLLOWING AMOUNT;

1. $25,000 AGAINST EACH DEFENDANT.

d) AWARD A PERMANANT INJUNCTION THAT PLAINTIFF REMAIN A Z-CODE (SINGLE CELL STATUS) INMATE THE REMAINDER OF HIS TIME WITHIN THE D.O.C.

62. AWARD THE COSTS OF THIS ACTION TO DEFENDANTS.

63. AWARD SUCH OTHER FURTHER RELIEF AS THIS COURT DEEM APPROPRIATE.

DATED: 10-1-2020

RESPECTFULLY SUBMITTED,

JEREMY BAILEY LZ-4437
SCI COAL TOWNSHIP
1 KELLEY DRIVE
COAL TOWNSHIP, PA 17866-1020

cc.FILE

8.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,                          "JURY TRIAL DEMANDED"

     PLAINTIFF                          CIVIL NO. _____

     VS.                                DISTRICT JUDGE _____

CORRECTIONAL OFFICER JOHN DOE I,        MAGISTRATE JUDGE _____
CORRECTIONAL OFFICER JOHN DOE II,
SERGEANT JOHN DOE I, LIEUTENANT JOHN DOE I.

## VERIFICATION

PURSUANT TO 28 U.S.C. §1746, PLAINTIFF DECLARES UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON _____October 1_____, 2020.

* A VERIFIED COMPLAINT MAY BE CONSIDERED AN AFFIDAVIT. **RILEY V. BEARD**, 2011 U.S.
DIST. LEXIS 83445 (M.D. Pa. 2011).

## CERTIFICATE OF SERVICE

PLAINTIFF HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE "COMPLAINT" WAS
GIVEN TO PRISON OFFICIALS FOR PROCESSING AND FORWARDING, TO BE SERVED UPON THE
FOLLOWING PERSON ON THE FOLLOWING DATE, AT THE LOCATION AND IN THE MANNER
INDICATED BELOW, UNDER PENALTY OF PERJURY 28 U.S.C. §1746.

                      VIA FIRST CLASS MAIL, POSTAGE PRE-PAID
DATED: ___10-1-2020___

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDLDE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

                                JEREMY BAILEY, PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY

      PLAINTIFF

V.

C.O.I JOHN DOE I, C.O.I JOHN DOE II,
C.O.II JOHN DOE I, C.O.III JOHN DOE I

          DEFENDANTS

"JURY TRIAL DEMANDED"

CIVIL NO. _____

DISTRICT JUDGE _____

MAGISTRATE JUDGE _____

## CERTIFICATE OF COMPLIANCE

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE PUBLIC ACCESS
POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA: CASE RECORDS OF THE
APPELLATE AND TRIAL COURTS THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND
DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

SUBMITTED BY: _____

SIGNATURE _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Jeremy Bailey*

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

*John Does*
*Pennsylvania Department of Correction*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☒ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*28 U.S.C. Section 1983*

Brief description of cause:
*Failure to Protect; Cruel and Unusual Punishment*

## VII. REQUESTED IN COMPLAINT:

☐  CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $ *Yes*

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Jeremy Bailey
# LZ-4437
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

**38**

INMATE MAIL
PA DEPT OF
CORRECTIONS



RECE
SCRA

OCT 0

PER

DEPUT

Office of The Clerk
United States District Court
For The Middle District of Pennsylvania
235 North Washington avenue
P.O. Box 1148
Scranton, PA 18501-1148