IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey,
    Plaintiff,

v.

Lieutenant Yoder
John Doe(s), et El...,
    Defendants,

Civil Action NO: 1:20-CV-1836

Judge: Yvette Kane

FILED SCRANTON MAY 10 2021 PER DEPUTY CLERK

Notice For Judge Yvette Kane

May 7, 2021

I sent a Discovery request of interrogatories questions to the Clerk of Court Peter J Welson on February 26, 2021. To serve up on Defendant Lieutenant Yoder in order to Discover the remainder John Does, and I have not receive the Documents or answers to my questions and requests.

I need a Status sheet from January to May 2021, please send!

Jeremy Bailey #LZ4437
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

RECEIVED
SCRANTON
MAY 10 2021
PER _____
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

District Court Judge
Yvette Kane
Office of The Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

