(1)

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey,
Plaintiff,

v.

Lieutenant Yoder
John Doe(s) et al.,
Defendants

FILED
SCRANTON
MAY 2 8 2021
Per_____
DEPUTY CLERK

Civil Action No:
1:20-CV-1836

Judge: Kane

NOTICE FOR DISTRICT JUDGE YVETTE KANE, Under Rule 56(F) of the Federal Rules of Civil Procedure, Hudson v. Hardy, 412 F.2d 1091, 1095 (DC. Cir 1968). However the district Judge Yvette Kane have the absolute authority to grant the plaintiff a continuance (moretime) for the plaintiff gathering of declarations needed in supportive of the fact's, and or include an order to prison officials to allow the plaintiff, Bailey, Jeremy J. to interview witnesses or write to prisoners in other prisons.

I, plaintiff Bailey, Jeremy request

the District Judge Yvette Kane order the prison officials to allow the plaintiff to interview witnesses and write prisoners in other prisoners in a effort to gather declarations in supportive of the facts.

In the witnesses declarations they will state, on 9-10-2019 the Defendants John Doe(1) and John Doe(2) deliberatly remove Z-coded inmate Mccullough #GA6396 from his single Z-coded cell with the orders from Lieutenant Yoder and Sergeant John Doe(1), inmate Mccullough #GA6396 notified defendants John Doe(1) and John Doe(2) he was a Z-code and requested to speak to defendants Lieutenant Yoder and John Doe Sergeant(1) he inmate Mccullough GA6396 was notified by defendants John Doe(1) and John Doe(2) that defendants Lieutenant Yoder and Sergeant John Doe(1) were aware of the cell move, and if inmate Mccullough #GA6396 refused he would be

pepper sprayed and cell attracted inmate McCollough was angry and made threat's saying whoever he was being placed in the cell with he would attack them. Inmate McCollough #GA6396 complied with the order given to him and moved into the cell with the plaintiff Bailey, and when he did inmate McCollough #GA6396 savagely attack the plaintiff Bailey, knocking him unconscious and tieing his arms behind his back and his legs together, into plaintiff Bailey was be discovered by C/O Houser on 2-10 Shift. Date 9-10-2019. Video camera recorder was present along with the unit camera, as inmate McCollough #GA-6396 continue to make threats saying he was now going to kill the plaintiff Bailey, while the plaintiff laid tied up on the floor. Soon after inmate McCollough GA6396 was removed from the plaintiff Bailey housed cell, the rope tied to the plaintiff Bailey arms and legs was cut off by the correctional officers on 2-10 Shift. Date 9-10-2019.

plaintiff Bailey was then taken to medical triage on 2-10 shift Date: 9-10-2019

Due to the circumstances at hand with plaintiff Bailey being incarcerated, and to include the same institution as the plaintiff Bailey civil rights, civil complain where the defendants are employed. and to also mention covid 19 prison restrictions. plaintiff request the order to. Question and other declarations plaintiff Bailey is suffering from retaliation from prison official and inadequate medical care. please consider!

Submitted
Jeremy Bailey LZ4137
(SCI) Coal Township
1 Kelley Drive
Coal Township pa 17866



Jeremy Bailey
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

INMATE MAIL G PA 17
PA DEPT OF
CORRECTIONS 2 PM 1

U.S. POSTAGE >> PITNEY BOWES
ZIP 17866 $ 000.51⁰
02 4W
0000395961 MAY 26 2021

Judge Yvette Kane
Office of the Clerk
United States District
Court for Middle District
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
MAY 28 2021
PER _____ DEPUTY CLERK

18501-500199