IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

Jeremy Bailey,
    Plaintiff,            NO. 1:20-CV-1836

        V.                JUDGE KANE

Lieutenant Yoder
John Doe(s) et al
    Defendants,

FILED
SCRANTON

JUN 3 0 2021

PER _____ Amo
DEPUTY CLERK

        NOTICE

On may 17, 2021, plaintiff Bailey Filed
6 of the first set of interrogatories
Question to the defendant Yoder
attorney, which no response has
return, I plaintiff Bailey request
Judge 'Kane give order to the
defendant Yoder through his
attorney Nicole R. DiIorio, to answer
all 6 of the plaintiff Bailey
interrogatories question.
Address on the back page.

NICOLE R. DITOMO
Civil Litigation Division
1000 Madison Avenue Suite 310
Norristown, Pennsylvania 19403

Plaintiff
Jeremy Bailey   LZ4437
SCI Coal Township
1 Kelley Drive
Coal Township PA 17866

Jeremy Bailey LZ-4437
(SCI) Coal Township
1 Kelley Drive
Coal Township pa 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S.POSTAGE ≫ PITNEY BOWES

ZIP 17866
02 4W
0000365961 JUN 28 2021
$ 000.51⁰

HARRISBURG PA 17
PM 7

DISTRICT JUDGE: KANE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
PO BOX 1148
SCRANTON, PA 18501-1148

18501☐1148 BO99

RECEIVED
SCRANTON

JUN 30 2021

PER _____
DEPUTY CLERK