IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey,
    Plaintiff,

No. 1:20-CV-1836

v.

Judge: Kane

Lieutenant Yoder
John Doe(s) et al.,
    Defendants,

## MOTION FOR AN ORDER COMPELLING DISCOVERY

Plaintiff move this Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling Defendants Lieutenant Yoder to answer fully interrogatories number 1-6 copies of which was sent to Clerk of Court on may 17, 2021. plaintiff submitted the interrogatories on may 17, 2021 to the Defendant Attorney, pursuant to Rule 33 of the Federal Rule of Civil procedure on may 17, 2021, but have not yet received the answers.

plaintiff also move for an order, pursuant to Rule 37 (a)(4) requiring the aforesaid Defendant to pay plaintiff the sum of $5,000.00 as reasonable expenses in obtaining this order, on the grounds that the Defendant refusal to answer the interrogatories or produce the documents had no substantial justification.

Date: 7.8.2021

Jeremy Bailey
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

Jeremy Bailey L24437
(Sci) Coal Township
1 Kelley Drive
Coal Township PA 17866

RECEIVED
SCRANTON
JUL 13 2021
PER _____
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE
ZIP 17866
02 4W
0000365961 JUL

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
12501 1148