IN THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY
  PLAINTIFF,
  V.
LIEUTENANT YODER,
JOHN DOE(S) et al.,
  DEFENDANTS,

FILED SCRANTON JUL 23 2021 PER ___ DEPUTY CLERK

NO. 1:20 - CV - 1836

DISRICT JUDGE: KANE

## MOTION FOR APPOINT OF COUNSEL

Pursuant to 28 U.S.C . 1915 (e) (1) plaintiff (or plaintiffs) moves for an order to appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in formaq pauperis
2. Plaintiff imprisonment will greatly limited his ability to litigate. The issue involve in this case are complex, and will require significant research and investigation. Plaintiff has limited access to law library and limited knowledge of the law.
3. A trail in this case will likely involve conflicting testmony, and counsel would better enable to present evidence and cross examine witnesses.
4. Plaintiff has made repeated effort to obtain a lawyer.

WHEREFORE, plaintiff request that the court appoint counsel _____, a member of the _____ bar, as counsel in this case.

DATE:

JEREMY BAILEY
(SCI) COALTOWNSHIP
1 KELLEY DRIVE
COALTOWNSHIP, PA 17866.

NO: 1:20-CV-1836

DISTRICT JUDGE KANE

DEAR HONORABLE YVETTE KANE

I just received a motion from the defendant yoder lawyer in the above civil matter, WHEREFORE, They petitioned the court for a deposition hearing

    As you know Honorable kane, I am a pro se litigant, one who is unskilled in the art & science of civil law.

        The Defendant Attorney has schdualed to Depose me, It would be greatly appreciated if you could appoint counsel so that i have equal opportunity as the Defendant do, to preserve my Rights under the U.S. CONSTITUTION.

    THANK YOU IN ADVANCE,

        RESPECTFULLY SUBMITTED,

1

Jeremy Bailey # LZ4434
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

RECEIVED
SCRANTON
JUL 23 2021
PER _____
DEPUTY CLERK

Yvette Kane
District Judge
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17866 $ 001.60°
02 4W
0000365961 JUL 21 2021