IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLANIA

FILED
SCRANTON
JUL 2 3 2021
PER _____
DEPUTY CLERK

Jeremy Bailey,
   Plaintiff,

No. 1:20-CV-1836

v.

Judge: Kane

Lieutenant Yoder
John Doe(s) et al.,
   Defendants,

PLAINTIFF FIRST
REQUEST FOR PRODUCTION
OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rule of Civil Procedure, Plaintiff requests that Defendant Lieutenant Yoder produce for inspection and copying the following documents:

1. The completed bed sheet of the level "5" unit pod "1" of the Restricted housing unit on September 10, 2019 on shift 6-2. 6:00 AM - 2:00 PM

2. The completed incident report, DC 141, on inmate McCullough # GA 6396 from the incident on September 10, 2019

3. The completed medical records of the plaintiff Bailey LZ 4437 from the incident on September 10, 2019

4. The completed photos taken of plaintiff Bailey LZ 4437 after the incident on September 10, 2019

Date:

Jeremy Bailey LZ 4437
(SCI) Coal Township
1 Kelley Drive
Coal Township Pa 17866

Jeremy Bailey #LZ4437
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

RECEIVED
SCRANTON
JUL 28 2021
PER _____
DEPUTY CLERK

Yvette Kane
District Judge
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

INMATE MAIL
PA DEPT OF
CORRECTIONS



US POSTAGE »PITNEY BOWES
ZIP 17866 $ 001.60°
02 4W
0000365961 JUL 21 2021