IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey,
  Plaintiff,

                                    Civil Action no. 1:20-CV-1836

  v.

                                    District Judge: Kane

Lieutenant Yoder
John Doe(s) et al.,
  Defendants,

FILED
SCRANTON
JUL 23 2021
PER _____
DEPUTY CLERK

DECLARATION
OF
Jeremy Bailey

Jeremy Bailey, hereby declares: I am still suffering an ongoing of illegal practice by the defendant Lieutenant Yoder and each of his agents and employers all acting in participation or in concert, such as: Staff on inmate sexual assault, staff on inmate sexual harassment, staff on inmate verbal threat's to cause bodily harm, a pattern of inadequate medical care, and a continuing of other violations to the plaintiff,

Jeremy Bailey Constitutional rights.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Coal township, pa on Date: 5·18·2021.

Jeremy Bailey
(SCI) Coaltownship
1 Kelley Drive
Coaltownship pa 17866

CC.

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| | Department of Corrections |

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) CCPM / Prea Compliance Manager Linda Chismar
2. Date: 11·1·2020
3. By: (Print Inmate Name and Number) Jeremy Bailey LZ4137
   Inmate Signature
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: A 61

8. Subject: State your request completely but briefly. Give details.

On 11·1·2020 approx 7:00 AM while I was retrieving my Breakfast Bag from C/O Beaver, she grab on to my hand and rub my hand. When I pull away from her she said it's going to be a assault if I would have broking her finger nail. on 11·1·2020 approx 10:35—10:40 AM while I'am getting undress in the shower C/O Beaver can be seen leaning back in the chair steering right up at me and she does it for about 5-10 minute straight. And while I was taking a shower she continue to try to look under the shower door. When I did get out of the shower approx 10:50-10:55 AM she was refusing to open the cell that I'am housed in (6) cell-C·A) she then began to talk to (C/O Sgt Boewer or Brewer) about me and I could hear him say we will get him. She is following me from unit to unit. She works C·B unit. Now that I'am on C·A unit she have come work over here. I have already file a grievance against her for refusing me breakfast on 10·19·2020 / grievance # 895474. Now she is sexually harrassing me and trying to set me up with sexual conduct. I need to be protected from retaliation and sexual harrassment. Please view the camera's. She is on the unit saying she can do whatever she want because she a C/O.

9. Response: This section for Staff Response Only

To DC-14 CAR only ☐  forwarded to Lt Nertz please it for review.    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME  Chismer        Mrs Chisman          DATE  6·11/2/-
                    Print              Signature

CC

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| CCPM / PREA Compliance<br>1. To: (Name and Title of Officer)<br>Linda Chrisrear | 2. Date:<br>11-1-2020 |
| 3. By: (Print Inmate Name and Number)<br>Jeremy Bailey LZ4437<br>*Inmate Signature* | 4. Counselor's Name: |
| | 5. Unit Manager's Name: |
| 6. Work Assignment | 7. Housing Assignment<br>C-A 61 |

8. Subject: State your request completely but briefly. Give details.

On 11-1-2020 approx: 10:25-10:30AM C/o Sgt Boewer (or Boewen) came to C-A Unit convinced C/O Beaver to move from behind the desk and sat at the desk and just steer at me while I was on the phone you can view the cameras to see the correction with hire and C/O Beaver behind the desk. I have be at (SCI) Coal Township for 1 year and C/O Sgt Boewen or Boewer have never work C-unit since I've been here, he work E-Unit where he sexually harrassed me while I was in shower over there. E-A Unit blowing kisses at me. On 11-1-2020 approx: 10:55-10:50AM while I was standing at the cell door 61 where I'am housed asking C/O Beaver to open the door she began talking about me to hire and I can hear him say we are going to get him he is also following from unit to unit. And that is Fact's

9. Response (This section for Staff Response only)

I want to be protected from sexual harrassment and retaliation. He is trying to set me up with false conduct and harrassing me sexually in the past. I have recent filed a 1983 U.S.C. 78 to District Court against various C/O in this facility and I beleive I need to protect from retaliation

Bailey, This is forwarded to Lt. Neitz, PREA Lt, for his review
C/O & Capt. Burke
Lt. Neitz

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ | Received & forwarded on 11/2/20 |
|---|---|---|
| STAFF MEMBER NAME  Asmer  Print | M.B. Chrysm  Signature | DATE 11/2/20 |

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) CCPM/PREA Compliance Manager Linda Chisnar
2. Date: 17.3.20
3. By: (Print Inmate Name and Number) Jerry Bailey LZ4137 / Inmate Signature
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: CA 61

8. Subject: State your request completely but briefly. Give details.

C/O Braver is continue to harrass me, on 12.3.20 during facility count. She continue to stand at the cell door and stear at me, when I turned on the cell light. She also is trying to get physical contact with me during daily meals. And she is on the unit telling other people I put complant in on her. and that I told on her.

Can you please keep her away from me. She trying to start something with me and others on the unit. by telling them I told on her. She told them she wont be doing any favors for them because I put a complant on her for touching me.

She is trying to get me attack by others on the unit.

9. Response: (This Section for Staff Response Only)
Mr. Bailey, This request slip is forwarded to Capt Burns and Lt Neitz for their review per DC-ADM008.

cc: Capt Burns
    Lt Neitz

To DC-14 CAR only ☐     To DC-14 CAR and DC-15 IRS ☐     Received + forwarded

STAFF MEMBER NAME __Chisman__ Print   __McChis__ Signature   DATE 02/7/20

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips     Attachment 3-A

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

1. To: (Name and Title of Officer) CCPM/Prea Compliance Manager LINDA Chismar
2. Date: 11-13-2020
3. By: (Print Inmate Name and Number) Jremy Bailey L24435 [Inmate Signature]
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: C·A 61

8. Subject: State your request completely but briefly. Give details.

I was interview and I was ask a question whether I was ever victimize while in the (SCI) and My answer is yes on 9·10·19.

9. Response: (This Section for Staff Response Only)

Mr Bailey, I'm forwarded this to Lt Neitz to review. I note that you were given a screening on 11-6-20 but you responded No to that question on 11-6-20. Lt Neitz will follow up with you as it appears you are making a new PREA allegation.

cc/ Capt Burns
Lt Neitz

To DC-14 CAR only ☐   To DC-14 CAR and DC-15 IRS ☐   Received & Forwarded on

STAFF MEMBER NAME  Chismar (Print)   Mrs Chisman (Signature)   DATE 11-16-20

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips   Attachment 3-A

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>CCPM/Prea Compliance Manager<br>Linda Chisnar | 2. Date: 11-16-20 |
| 3. By: (Print Inmate Name and Number)<br>Jeremy Bailey LZ4437<br>*Inmate Signature* | 4. Counselor's Name: |
| | 5. Unit Manager's Name: |
| 6. Work Assignment: | 7. Housing Assignment: C-A 61 |

8. Subject: State your request completely but briefly. Give details.

I want to report retaliation from the Unit Manager Williams of C-Unit. I sent a informa paperws application to Accountant Jacob Darpfer on 10.15.20. Accountant Jacob Darpfer sent the application back on 10.26.20. And the entire time Unit Manager Williams was holding my application refusing to give it to me.

He has also been having C/O Beaver work on the unit. Who continue to tryed to have physical contact with me. Using the pass out of meals daily.

He is continuing to hold my institutional mail now. And refusing to give it to me.

9. Response: (This Section for Staff Response Only)

Mr Bailey, I'm forwarding your request slip to Lt Metz to investigate and add your retaliation claim to your open PREA investigation.

CCS Capt Burns
Lt Metz

☐ To DC-14 CAR only   ☐ To DC-14 CAR and DC-15 IRS   Received + forwarded on

STAFF MEMBER NAME  Chisnar  / M.E. Chisnar    DATE 11/18/20
                   Print              Signature

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

1. To: (Name and Title of Officer) CPPC/Prea Compliance manager Linda Chisnar
2. Date: 12-26-20
3. By: (Print Inmate Name and Number) Jimmie Bailey 24934
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: F-B 21

8. Subject: State your request completely but briefly. Give details.

I are now on F-B 21 cell, and since being on the unit C/O Kopp (Sgt) has been continue to call me personal names's like sugar, sweety, and sweatheart. I are feeling sexually harrassed.

I also want to report that I heard her say she is going to write me up and send me to the Bolton Before I see parole again.

I has wrote Grievances on her and her Son earlier this year for threatening me and again sexually harrassing me while I was on EA unit.

9. Response: (This Section for Staff Response Only)

Mr Bailey
I'm forwarding this request slip to C/O Nertz PREA C/A
for his review, according to DC-ADM 008

CPT Burns
C/O Nertz

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐   Received & forwarded on DATE 1/4/2(1)

STAFF MEMBER NAME  Chisnar  /  MB Chisnar
                     Print                        Signature

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips        Attachment 3-A

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Prea Compliance manager / CCPM<br>Linda Chismar | 2. Date:<br>1·3·21 |
| 3. By: (Print Inmate Name and Number)<br>Jeremy Bailey 24437<br>[Inmate Signature] | 4. Counselor's Name: |
| | 5. Unit Manager's Name: |
| 6. Work Assignment | 7. Housing Assignment<br>F·B 21 |

8. Subject: State your request completely, but briefly. Give details.

On 12·27·20, I wrote you about a Form Sexual Harrassment and retaliation. I placed the request form inside a envelope with it glued close. And I place it inside the institutional mail box, with the word Confidential on it. I did not receive a copy back from you.

C/o (Kopp sgt) (Female) has been calling name like Sweety, Sugar, and sweet Heart while out for recreation. When I ask her Not to call me those names. She became upset and made remark. That she will send me to the R.H.U Before I see parole again. I believe the Unit manager of F·B Unit has not turn in the other Report. So I am writing you again. I have wrote Grievances on (C/o sgt Kopp) and C/o Kopp over son on E·Unit. If you do not Response. You did't receive it

9. Response. This Section for Staff Response Only.

I received your envelope and forwarded the request slip to Lt. Neitz, PREA Lt, to review, etc. on 1-4-2021. I sent you back a copy of my response in a sealed envelope. Maybe you will get it today via in house mail.

I'm also sending a copy of this request slip to Lt Neitz for his review. I'm sure he will speak with you soon if he didn't already.

CCI Lt Neitz
Capt Burns

To DC-14 CAR only ☐     To DC-14 CAR and DC-15 IRS ☐    Received + forwarded

STAFF MEMBER NAME   Chismar (Print)   Mrs Chisma (Signature)   DATE 1-6-21

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips       Attachment 3-A

| Form DC-135A<br>INMATE'S REQUEST TO STAFF MEMBER | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| | INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer) Prea Compliance/CCPM Linda Chismar | 2. Date: 1-17-21 |
| 3. By: (Print Inmate Name and Number) Jimmy Bailey LZ437 *Inmate Signature* | 4. Counselor's Name: |
| | 5. Unit Manager's Name: |
| 6. Work Assignment: GLP | 7. Housing Assignment: F-B 21 cell |

8. Subject: State your request completely but briefly. Give details.

C/O Boeren has proven to be actually following me from unit to unit. On 1-15-21 C/O Boeren came to F-B Unit and continue to watch me in the shower and make inappropriate comic's about me. and when I ask him to open the cell door after a shower on 1-16-21 C/O Boeren refuse to open the cell door. I also heard him saying he was going to write me up on a misconduct saying I refuse an order.

9. Response: (This Section for Staff Response Only)

Mr. Bailey, This request slip has been forwarded to Lt. Neitz, PREA Lt, for his review per DC-ADM 008.

CA/Capt Burns
Lt. Neitz

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐    Received & forwarded DATE 1/25/21

STAFF MEMBER NAME  Chismar (Print)    M Chisma (Signature)

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips      Attachment 3-A

| Form DC-135A | Commonwealth of Pennsylvania Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) Drea CCPM/Compliance Manager Linda Chismar
2. Date: 1·26·21
3. By: (Print Inmate Name and Number) Jerrey Bailey LZ9437 / Inmate Signature
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: F·B 21

8. Subject: State your request completely but briefly. Give details.

I want to report a retaliation on Unit Manager Dunn who does not act apart as a Unit team Unit Manager but instead as a Inmate. I have reported previous sexual harrass report on C/o Bopp sgt and C/o sgt Bowlan and since Unit Manager Dunn have not follow up on phone list I have filed and reported torn-old-filthy mattress I have been itching from. Unit Manager has also had C/O's work the unit who I has reported of following me around the facility sexually harrassing me, he has not been answering request forms I have filed, and I filed a grievance on 1·25·21 regarding Unit Manager Dunn inapproriate behavior towards me. When request for a new mattress

*Please send me my copy*

9. Response: (This Section for Staff Response Only)

Mr Bailey, I'm forwarding this to Lt Neitz to review but I see nothing PREA related here.

I spoke to you Dunn. Visitor lists process only from the first and the fifth day of the month. Unit team sent many in this week to get processed. Secondly he has no new mattresses to give out right now, so be patient. Staff have no knowledge of PREA reports — only those who absolutely need to know.

☐ To DC-14 CAR only   ☑ This not retaliation due to PREA   ☐ To DC-14 CAR and DC-15 IRS

Received + forwarded

STAFF MEMBER NAME  Chismer (Print)   MB Chismer (Signature)   DATE on 2/3/21

cc/ Capt Byrns
    Lt Neitz

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips          Attachment 3-A

| Form DC-135A<br>INMATE'S REQUEST TO STAFF MEMBER | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| | INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer)<br>Prea Compliance Manager<br>Linda Chismar | 2. Date: |
| 3. By: (Print Inmate Name and Number)<br>Jeremy Bailey CZ4434 | 4. Counselor's Name: |
| *Inmate Signature* | 5. Unit Manager's Name: |
| 6. Work Assignment: | 7. Housing Assignment:<br>FB/D21-01 |

8. Subject: State your request completely but briefly. Give details.

On 6-9-2021, approx. 3:30 pm. During yard time, I was walking towards the yard gate. When C/o Sgt Kopp told C/o K A Lowers to search me. When C/o Lower began to search me he grab me by the back of my neck and began rubbing of my body with his other hand. When I move away from C/o Lower and tried to correct him about how to conduct a pat search he threaten to write me on a misconduct. C/o Lower began to rub on my butt and grab my penis when he began to search me the second time while grabing me by the back of my neck again. he sexually assaulted me and I want to press charges he use the search to sexually assault me, and he was order by C/o Sgt Kopp I also have a witness

9. Response: (This Section for Staff Response Only)

Mr. Bailey,

This request slip has been forwarded to Ct. Neitz, PREA Lt. for his review and follow up per DC-ADM 008.

CW Capt Burds
Lt Neitz

Received via
U.S. mail on

To DC-14 CAR only ☐  To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME  Chismar (Print)   Mrs Chisman Signature   DATE 6/15/21 at 0920 hrs.

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey,
  Plaintiff,

v.                                    Civil action no. 1:20-cv-1836

                                      District Judge: Yvette Kane

Lieutenant Yoder
John Doe(s) et al.,
  Defendants,

ORDER TO CAUSE FOR A
TEMPORARY RESTRAINING
ORDER INJUNCTION

Upon the complaint, the supporting affidavits of plaintiff, and the memorandum of law submitted herewith, it is.
  ORDERED that defendants lieutenant Yoder, and John Doe(s) et al, show cause in room _____ of the United States Courthouse, 238 North Washington Avenue, p.o. Box 1148, Scranton, pa 18501-1148 or 228 Walnut Street, p.o. Box 983, Harrisburg, pa 17108, on the _____ day of _____ 20___ at

o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other person acting in concert and participation with them, from a pattern of correctional officer's on inmate sexual assault and sexual harassment, a pattern of facility staff on inmate sexual harassment, and verbal threat's to cause bodily harm, a continuing pattern of inadequate medical care, and a continue of violation's of the plaintiff Bailey, Jeremy constitutional rights.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show-cause the defendant's Lieutenant Yoder and John Doe(s) et al, and each of their officers, agents, employees, and all persons acting in concert or participation with them are restrained from, correctional officer's on inmate sexual assault and sexual harassment, a pattern of facility staff on inmate sexual harassment, and verbal threat's to cause bodily harm, a continuing pattern of inadequate medical care, and a continue of violation's of the plaintiff

Bailey, Jeremy Constitutional rights. IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application be served on the aforesaid plaintiffs by Date:

UNITED STATES DISTRICT JUDGE.
DATE:
_____, Yvette Kane.

Jeremy Bailey # LZ4434
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

RECEIVED
SCRANTON
JUL 2 3 2021
PER _____
DEPUTY CLERK

Yvette Kane
District Judge
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17866 $ 001.60°
02 4W
0000365961 JUL 21 2021