IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey,
    Plaintiff

    v.                           NO. 1:20-CV-1836

                                 Judge: Kane

Lieutenant Yoder,
Sergeant R. Batiuk,
C/O Derr,
C/O Anthony,
    Defendants,

FILED
SCRANTON
JUL 26 2021
PER _____
DEPUTY CLERK

MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT

Plaintiff Jeremy Bailey, Pursuant to Rule 15(a) and 19(a), Fed. R. Civ. P., request to file an amended complaint adding the parties.

1. The plaintiff in his original complaint named John Doe Defendants.

US POSTAGE PITNEY BOWES
ZIP 17866 $ 001.00°
02 4W
0000355957 JUL 23 2021

INMATE MAIL
PA DEPT OF
CORRECTIONS

Jeremy Bailey LZ4137
(SCI) Coal Township
1 Kelley Drive
Coal Township, Pa 17866

RECEIVED
SCRANTON
JUL 26 2021
PER_____ DEPUTY CLERK

Yvette Kane
District Judge

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148