IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY BAILEY, | FILED SCRANTON | NO. 1:20 - CV - 1836 |
| PLAINTIFF, | AUG 0 2 2021 | |
| V. | Per_____ DEPUTY CLERK | DISTRICT JUDGE: KANE |
| LIEUTENANT YODER | | |
| JOHN DOE (S) ..et al, | | |
| DEFENDANTS, | | |

PLAINTIFF SECOND REQUEST OF PRODUCTION DOCUMENTS

Pursuant to Rule 34 of the federal Rule of civil procedure, plaintiff request the Defendants lieutenant yoder, and john doe(s) produce for inspection and copying the following document:

1. State the name or identify and attach a copy of any and all written statements originals or copies identifiable as reports about the incident on september 10, 2019.

2. State the name or identify and attach a copy of any and all document relating to inmate MCcullough # GA 6396 Z-CODE.

3. State the name or identify and attach a copy of any and all document such as incident report from september 10 2019, in the level " 5 " unit of the R.H.U POD " 1 " with inmate MCcullough # GA 6396 assaulting inmate Bailey # LZ 4437.

4. State the name or identify and attach a copy of any and all medical records of inmate Bailey # LZ 4437 from september 10, 2019 to february 15, 2021.

*[signature]*

JEREMY BAILEY # LZ 4437

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP PA 17866

Date: 7.28.2021

Jeremy Bailey #L24637
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

RECEIVED
SCRANTON
AUG 02 2021
PER _____
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17866 $ 001.20
02 4W
0000365961 JUL 30 2021

Office of The Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148