IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA

NO. 1:20 - CV - 1836

FILED
SCRANTON
AUG 2 5 2021
Per_____ DEPUTY CLERK

DISTRICT JUDGE: KANE

DEAR HONORABLE JUDGE KANE

On July 19, 2021 I have sent to you a number of motion to be consider, a motion to amended complaint, a motion to appoint of counsel, and a motion for Temporary Restraining Order. I have not receive anything back that would my motion have been filed, or receive. Please allow me know if there are any problems. THANK YOU!

DATE: 8.20.2021

(SCI) COALTOWNSHIP
1 KELLEY DRIVE
COALTOWNSHIP, PA 17866.

JEREMY BAILEY LZ7457
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
$001.20
ZIP 17866
02 4W
0000365961 AUG 23 2021

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
AUG 25 2021
PER _____ DEPUTY CLERK