IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLANIA

NO. 1:20 - CV - 1836

DISTRICT JUDGE: KANE

DEAR HONORABLE JUDGE KANE

ON July 19, 2021 I have sent Defendant lieutenant Yoder attorney a motion for second set of interrogatories and a motion for first and second set of request for production of documents. I have not heard anything back from lieutenant Yoder attorney, or receive any document. I have also sent you a motion for compelling Discovery Please consider! and the Defendant Yoder is not respecting the Discovery process, Please order the Defendant to answer the interrogatories and production of Documents. THANK YOU!

DATE: 8-20-2021

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

1

JEREMY BAILEY LZ9907
(SCI) CoalTownship
1 Kelley Drive
CoalTownship, PA 17866

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

U.S. POSTAGE >> PITNEY BOWES
$001.20⁰
ZIP 17866
02 4W
0000365961 AUG 23 2021

RECEIVED
SCRANTON
AUG 25 2021
PER _____
DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148