IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,

PLAINTIFF,

V.

LIEUTENANT YODER,

JOHN DOE(s)..et al,,

DEFENDANTS,

NO. 1:20 - CV - 1836

DISTRICT JUDGE: KANE

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Jeremy Bailey, Pursuant to Rule 15 (a) and 19 (a), fed, R. Civ. P., request to file an amended complaint adding the parties.

1. The plaintiff in his original complaint named john doe defendands.

2. Since the filing of the complaint the plaintiff has determined that the name of the John Doe Defendants is Sergeant, R. Batiuk (1), C/O Derr (1), and C/O Anthony (2). at all time mention in the complaint in which you refer to as Sergeant John Doe (1), C/O John Doe (1) and C/O John Doe (2) are amended to reflect the identity and the action of the officer Sergeant, R. Batiuk (1), C/O Derr (1), C/O Anthony (2).

3. This court should grant freely to amend a complaint. Forman v. Davis, 371 U.S. 178, 182 (1962).

DATE: 8-20-2021

JEREMY BAILEY

1

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

JEREMY BAILEY LZ740T
(SCI) CoalTownship
1 Kelley Drive
CoalTownship PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE PITNEY BOWES
ZIP 17866 $001.20°
02 4W
0000365961 AUG 23 2021

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
AUG 25 2021
PER_____ DEPUTY CLERK