IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:20-cv-1836 |
|     v. | : | |
| | : | (Judge Kane) |
| **CORRECTIONAL OFFICER JOHN DOE 1, et al.,** | : | |
| | : | |
|     **Defendants** | : | |

## ORDER

Currently pending before the Court is pro se Plaintiff's second motion to appoint counsel. (Doc. No. 31). The Court previously denied Plaintiff's first motion to appoint counsel, (see Doc. No. 21), and the circumstances are not sufficiently changed to warrant a different result at this time.[1]

**AND SO**, on this 26th day of August, 2021, upon consideration of the foregoing, **IT IS ORDERED THAT** Plaintiff's second motion to appoint counsel (Doc. No. 31) is **DENIED WITHOUT PREJUDICE**.

                                                                 s/ Yvette Kane
                                                                 Yvette Kane, District Judge
                                                                 United States District Court
                                                                 Middle District of Pennsylvania

---

[1] In Plaintiff's second motion to appoint counsel, he again explains that he cannot afford to retain counsel, that his imprisonment will impact his ability to litigate the issues involved in this case, and that counsel would be better suited to present evidence at trial. (Doc. No. 31). The Court previously considered these circumstances in its prior order and determined that the appointment of counsel was not warranted.