IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-1836 |
| v. | : | |
| | : | (Judge Kane) |
| **CORRECTIONAL OFFICER JOHN** | : | |
| **DOE 1, et al.,** | : | |
| Defendants | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On October 7, 2020, pro se Plaintiff Jeremy Bailey ("Plaintiff") initiated this case through the filing of a complaint against four John Doe Defendants. (Doc. No. 1). Plaintiff, an inmate at the State Correctional Institution at Coal Township ("SCI-Coal Township"), alleged that the Defendants, four corrections officers employed by SCI-Coal Township, failed to protect him from an assault by another inmate in violation of the Eighth Amendment. (Id.) Plaintiff subsequently moved for the appointment of counsel and moved for leave to proceed in forma pauperis. (Doc. Nos. 5, 8). The Court granted Plaintiff's motion for leave to proceed in forma pauperis and ordered service of the complaint on February 5, 2021. (Doc. No. 12). Plaintiff identified one of the Defendants as Lieutenant Yoder on March 1, 2021, and requested leave to amend the complaint to name Lieutenant Yoder as a Defendant on March 4, 2021. (Doc. No. 13, 15). The Court granted the request on April 20, 2021, substituting Lieutenant Yoder as a Defendant. (Doc. No. 18). Defendant Yoder answered the complaint on June 16, 2021. (Doc. No. 27).

On July 13, 2021, Plaintiff moved to compel discovery responses from Defendant Yoder. (Doc. 29). Plaintiff represents that he served Defendant Yoder with six interrogatories on May

17, 2021, but has not yet received a response. (Id.) On August 25, 2021, Plaintiff filed a letter to the Court in which he indicated that he sent a second set of interrogatories and a request for production of documents to Defendant Yoder on July 19, 2021, but again did not receive a response. (Doc. No. 38). In light of these filings, the Court will order Defendant Yoder to respond to Plaintiff's July 13, 2021 motion to compel discovery and his August 25, 2021 letter.

      **AND SO**, on this 26th day of August, 2021, **IT IS ORDERED THAT** on or before <u>**September 9, 2021**</u>, Defendant Yoder shall file a response to Plaintiff's motion to compel discovery (Doc. No. 29) and Plaintiff's August 25, 2021 discovery letter (Doc. No. 38). In his response, Defendant Yoder shall state whether and why he has failed to respond to Plaintiff's discovery requests.

                                              <u>s/ Yvette Kane</u>
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania