IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | : | |
|     Plaintiff | : | |
| | : | No. 1:20-cv-1836 |
|     v. | : | |
| | : | (Judge Kane) |
| **CORRECTIONAL OFFICER JOHN** | : | |
| **DOE 1, et al.,** | : | |
|     Defendants | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On October 7, 2020, pro se Plaintiff Jeremy Bailey ("Plaintiff") initiated this case through the filing of a complaint against four John Doe Defendants. (Doc. No. 1). Plaintiff, an inmate at the State Correctional Institution at Coal Township ("SCI-Coal Township"), alleged that the Defendants, four corrections officers employed by SCI-Coal Township, failed to protect him from an assault by another inmate in violation of the Eighth Amendment. (Id.) Plaintiff subsequently moved for the appointment of counsel and moved for leave to proceed in forma pauperis. (Doc. Nos. 5, 8). The Court granted Plaintiff's motion for leave to proceed in forma pauperis and ordered service of the complaint on February 5, 2021. (Doc. No. 12). Plaintiff identified one of the Defendants as Lieutenant Yoder on March 1, 2021, and requested leave to amend the complaint to name Lieutenant Yoder as a Defendant on March 4, 2021. (Doc. No. 13, 15). The Court granted the request on April 20, 2021, substituting Lieutenant Yoder as a Defendant. (Doc. No. 18). Defendant Yoder answered the complaint on June 16, 2021. (Doc. No. 27).

On July 23, 2021, Plaintiff filed a motion for a temporary restraining order. (Doc. No. 33). In the motion, Plaintiff seeks preliminary injunctive relief enjoining employees at SCI-Coal

Township from engaging in sexual assault, sexual harassment, or verbal threats.  (Doc. No. 33). The motion will be denied, as the motion does not pertain to the subject matter raised in Plaintiff's complaint, and Plaintiff's complaint does not include any request for injunctive relief. (See Doc. No. 1).

      **AND SO**, on this 26th day of August, 2021, **IT IS ORDERED THAT** Plaintiff's motion for temporary restraining order (Doc. No. 33) is **DENIED**.

                                                             s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania