IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-1836 |
| v. | : | |
| | : | (Judge Kane) |
| **CORRECTIONAL OFFICER JOHN DOE 1, et al.,** | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 26th day of August 2021, upon consideration of Defendant Yoder's motion to depose (Doc. No. 30) pro se Plaintiff Jeremy Bailey,[1] **IT IS ORDERED THAT** the motion (Doc. No. 30) is **GRANTED**. Defendant Yoder, by counsel, may take Plaintiff's deposition at a place and time suitable to the administration of SCI-Coal Township, where Plaintiff is presently incarcerated.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] The Federal Rules of Civil Procedure provide that a party must obtain leave of Court to conduct a deposition "if the deponent is confined in prison." See Fed. R. Civ. P. 30(a)(2)(B).