IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF PNNSYLVANIA

| | |
|---|---|
| JEREMY BAILEY, | NO. 1:20 - CV - 1836 |
| PLAINTIFF, | |
| V. | DISTRICT JUDGE: KANE |
| LIEUTENANT YODER, | |
| SERGEANT R. BATIUK, | |
| C/O DERR, | |
| C/O AN6THONY, | |
| DEFENDANTS. | |

DEAR HONORABLE JUDGE: KANE

    I wanted to request a status sheet and also know the status of the case. If you could help me with that, it would be greatly appreciated.  thank you!

JEREMY BAILEY,

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP PA, 17866.

DATE: 9.16.2021

1

Jeremy Bailey L24437
(SCI) Coal Township
P.O. 33028
St. Petersburg FL 33733

INMATE MAIL
HARRISBURG PA 17
PA DEPT OF
CORRECTIONS PM 6 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 17866 $ 000.53⁰
02 4W
0000365961 SEP. 17. 2021

RECEIVED
HARRISBURG, PA
SEP 22 2021
PER _____
DEPUTY CLERK

Office of the Clerk
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg PA 17108

17108-098328