IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,  
PLAINTIFF,

V.

LIEUTENANT YODER,  
SERGEANT R. BATIUK,  
C/O DERR,  
C/O ANTHONY,  
DEFENDANTS,

NO. 1:20-CV-1836

DISTRICT JUDGE: KANE

FILED  
HARRISBURG, PA  
SEP 28 2021  
PER _____  
DEPUTY CLERK

MOTION FOR LEAVE TO AMEND AN COMPLAINT

Plaintiff Jeremy Bailey, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to amend an complaint adding a party.

1. The plaintiff in his original complaint named a John Doe Defendant.

2. Since the filing of the complaint the plaintiff has determined that the name of the John Doe defendant is c/o anthony mention at all times in the complaint in which you refer to as c/o John Doe (2) are amended to reflect the identity and action of officer c/o anthony.

3. This court should grant freely to amend an complaint, Forman v. Davis 371, U.S. 178, 182 (1962).

DATE: 9.26.2021

JEREMY BAILEY,  
(SCI) COAL TOWNSHIP  
1 KELLEY DRIVE  
COAL TOWNSHIP, PA 17866.

JEREMY BAILEY-HL2H15+
(SCI) COAL TOWNSHIP
1 Kelley DRIVE
Coal Township PA 17866



INMATE MAIL
PA DEPT OF
CORRECTIONS

7016 0340 0000 1659 2143

RECEIVED
HARRISBURG, PA
SEP 28 2021
PER _____
DEPUTY CLERK

Judge: KANE
OFFICE OF the Clerk
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
228 WALNUT Street
P.O. Box 983
HARRISBURG, PA 17108