IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,  NO. 1:20-CV-1836

PLAINTIFF,

V.  DISTRICT JUDGE: KANE

LIEUTENANT YODER,

SERGEANT R. BATIUK,

C/O DERR,

C/O ANTHONY,

DEFENDANT,

FILED
SCRANTON
OCT 0 4 2021
PER _____
DEPUTY CLERK

PLAINTIFF THIRD SET REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rule of Civil procedure, Plaintiff request that Defendant lieutenant Yoder produce for inspection and copying of the following documents:

1. Please produce the unit video footage of the restricted housing unit pod 1, on sept, 10 2019 approx; 6:00 am to 14:14 pm.

JEREMY BAILEY,

1

[signature]

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

Date: 9.29.2021



Jeremy Bailey #L24437
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE $002.16 OCT 01 2021

RECEIVED SCRANTON
OCT 04 2021
PER _____ DEPUTY CLERK

District Judge: Yvette Kane
Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148