IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY BAILEY, | NO. 1:20 - CV - 1836 |
| PLAINTIFF, | |
| V. | DISTRICT JUDGE: YVETTE KANE |
| LIEUTENANT YODER, | |
| SERGEANT R. BATIUK, | |
| C/O DERR, | |
| C/O ANTHONY, | |
| DEFENDANT, | |

SUMMARY JUDGEMENT ON ISSUE OF LIABILITY

[F.R.C.P. RULE 56(d)]

This matter was heard by the court on motion of plantiff for summary judgement pursuant to Rule 56 of the federal Rule of civil procedure. The court consider the pleading filed in this action and the affidavits [ or declaration ] of the parties submitted in support of and in opposition to the motion, and of the opinion that no genuine issue as to any material facts has been shown to exist, and that the plaintiff is entitled to judgement for such amount as shall be found by a jury to be due plaintiff from the defendants as damages.

It is Order that an interlocutory judgement is hereby entered in favor of the plaintiff and against the defendants, on of the issues of this action relating to the liability of the defendants, to the plaintiff and for such amount as may be found due to the plaintiff as damages.

It is further Order that this action be place on calendar of this court for trail on the issue of damages alone.

1

Date 9-29-2021

*[signature]*

JEREMY BAILEY

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

SIGNTURE,                     <u>UNITED STATES DISTRICT JUDGE</u>

_____  YVETTE KANE

2