IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,

PLAINTIFF,

V.

LIEUTENANT YODER,

SERGEANT R. BATIUK,

C/O DERR,

C/O ANTHONY,

DEFENDANT,

NO. 1:20-CV-1836

DISTRICT JUDGE: KANE

FILED
SCRANTON

OCT 0 4 2021

PER _____

DEPUTY CLERK

MEMORANDUM OF POINT AND AUTHORITIES IN

SUPPORT OF PLAINTIFF MOTION FOR SUMMARY JUDGEMENT

Plaintiff Jeremy Bailey submits the following legal athorities in support of his motion for summary judgement:

1. A plaintiff may seek summary judgement at any time after 20 days from the a lawsuit commenced Federal Rule of Cicil Procedure, Rule56(a).

2. The court has the power to grant summary judgement to plaintiff on issue of liability and leave open the issue of the damages that will be awarded to plaintiff. Federal Rule of Civil Procedure, Rule 56(c).

1

3. The court shall render partial judgement in plaintiffs favor if there is no genuine issue as to any material fact and plaintiff is entitled to judgement as a matter of law. Federal Rule of Civil Procedure, Rule 56(c).

JEREMY BAILEY , Pro se plaintiff

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | | ☐ Use of Force Occurrence |
|---|---|---|---|
| To:<br>Capt Fago | Title:<br>Shift Commander | Date:<br>09/10/19 | Time:<br>1414 |
| From (Name Printed): **Passaretti** | Title:<br>Lieutenant | Location of Incident: HA1005 | |
| Employee Signature: | | Type of Incident:<br>Inmate on Inmate Assault | |

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | | Witnesses |
|---|---|---|---|
| Bailey, Jeremy LZ4437 | CO Hubble | CO Haines | RN Jones |
| Mccullough, Kalvin GA6396 | CO Weisbeck | | |
| | CO Fritz | | |
| | CO Rosso | | |
| | CO Houser | | |

**1. Detailed description of the occurrence:**

On the above date and time This Officer was notified via radio by CO Houser that while conducting a security round he observed Inmate Mccullough standing at the door stating he tied his cellie up (inmate Bailey), Myself along with CO Fritz, CO Weisbeck, CO Haines, CO Hubble and CO Rosso arrived at HA1005 and CO Hubble activated the handheld camera and I conducted a briefing, Inmate Mccullough was restrained by CO Rosso and the cell door was opened and he was escorted to the RHU search module by CO Haines and CO Rosso, Myself along with CO Fritz and CO Weisbeck entered the cell and Inmate Bailey was restrained by CO Weisbeck and the torn sheets were cut from inmate Bailey using scissors by CO Fritz and CO Weisbeck and he was then escorted to the RHU triage room. Medical then arrived and Inmate Bailey was seen for complaints of neck pain and ear pain, no treatment was required and photographs were taken. Inmate Mccullough was then seen by medical and denied any injuries and photgraphs were taken. Inmate Bailey was then escorted to HA1005 by myself along with CO Weisbeck and CO Fritz and placed in the cell. Inmate Mccullough was then escorted to HB2020 by myself alomh with CO Haines and CO Rosso and placed in the cell. I then conducted a debrief where all team members accounted for their equiptment and no injuries were reported. The team was then deactivated.

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

| | |
|---|---|
| 1413: | CO Houser reports via radio of incident |
| 1414: | Team arrives at cell/Camera activated briefing conducted |
| 1416: | Inmate Mccullough restrained, door opened, Inmate Bailey restrained. |
| 1417: | Inmate Mccullough escorted to RHU search module, torn sheets cut from Inmate Bailey |
| 1418: | Inmate Bailey escorted to RHU triage room |
| 1421: | Medical in for Inmate Bailey, photographs taken |
| 1433: | Medical in for Inmate Mccullough, photgraphs taken |
| 1440: | Inmate Bailey escorted to HA1005, placed in cell restraints removed |
| 1443: | Inmate Mccullough escorted to HB2020, placed in cell restraints removed |
| 1445: | Team debriefed |
| 1446: | Team deactivated |

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.
No injuries to this officer
No injuries to inmate Mccullough/Photographs taken
Inmate Bailey assessed for complaints of neck/ear pain, no treatment required, photgraphs taken

| If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.   CO Hubble RHU #1 | | No       Yes |
|---|---|---|
| Shift Commander Signature: | Date: 9-10-19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued:
Effective:

*Attachment 17-C, Page 2 of 2*

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ Use of Force Occurrence

| To: Capt. Fago | Title: Shift Commander | Date: 9-10-19 | Time: 1414 |
| --- | --- | --- | --- |
| From (Name Printed): Jeremy Fritz | Title: CO I | Location of Incident: RHU HA 1005 | |
| Employee Signature: | | Type of Incident: Inmate on inmate assault | |

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
| --- | --- | --- |
| Bailey LZ4437 | CO Hubble    CO Haines | RN Jones |
| McCullough GA6396 | CO Weisbrook | |
| | CO Fritz | |
| | CO Rosso | |
| | CO Houser | |

1. **Detailed description of the occurrence:** ~~On the above date and approximate time this officer was~~ On the above date and approximate time this reporting officer responded to a radio transmission of an inmate being tied up in RHU HA 1005. this reporting officer then entered RHU HA1005 and secured inmate Bailey LZ4437 with wrist restraints. Once inmate Bailey was secured this officer then utilized RHU Scissors to remove the bedding material wrapped around inmate Baileys wrist. Once bedding material was removed this officer then assisted in escorting inmate Bailey to RHU ~~HA1005~~ SF triage room. This officer then escorted inmate Bailey from RHU triage room to RHU HA1005 without incident.

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413    CO Houser reports via radio of incident
1414    Team arrives at cell/camera activated briefing conducted
1416    Inmate McCullough restrained, door opened, Inmate Bailey restrained
1417    Inmate McCullough escorted to RHU Search Module, torn Sheets cut from inmate Bailey
1418    Inmate Bailey escorted to RHU triage room
1421    Medical in for inmate Bailey, Photos taken
1433    Medical in for inmate McCullough, Photos taken
1440    Inmate Bailey escorted to HA/615, placed in cell restraints removed
1443    Inmate McCullough escorted to UB2020, placed in cell restraints removed
1445    Team debriefed
1446    Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

NO weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

NO injuries to this officer
NO injuries to inmate McCullough/Photographs taken
Inmate Bailey assessed for complaints of neck/ear pain,
NO treatment required, photographs taken.

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.    ❏ No   ❏ Yes

| Shift Commander Signature: | Date: 9-10-19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*
Issued:
Effective:

*Attachment 17-C, Page 2 of 2*

BAILEY_000008

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ Use of Force Occurrence

| To: Capt. Fago | Title: Shift Commander | Date: 10 Sept 2019 | Time: 1414 |
|---|---|---|---|

| From (Name Printed): Hubble, Joshua | Title: CO¹ | Location of Incident: HA1005 |
|---|---|---|

Employee Signature:

Type of Incident: Inmate on Inmate Assault

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| Bailey   LZ4437 | Lt. Passaretti   CO¹ Rosso | |
| McCullough  GA6396 | CO¹ Fritz   RN Jones | |
| | CO¹ Haines | |
| | CO¹ Houser | |
| | CO¹ Weisbeck | |

**1. Detailed description of the occurrence:** On the above date and approx time COT Houser called over the radio that I/M McCullough had his cell mate Bailey tied up on the floor and needed officer assistance. This officer responded to HA1005 that housed these Inmates. Lt. Passaretti told this officer to go grab a camera. This officer retrieved the camera and returned back to HA1005 and started to record. Lt. Passaretti then ordered I/M McCullough to come to the wicket to be cuffed and he complied. HA1005 was then opened and CO¹ Rosso and CO¹ Haines escorted I/M McCullough off HA POD to the Strip Module. This officer continued to record as CO¹ Fritz and CO¹ Weisbeck secured cuffs on I/M Bailey and removed the string from his wrist and ankles. I/M Bailey was then taken to the Triage room were he was seen by RN Jones. I/M Bailey was then placed back into HA1005 without further incident. This officer then went ick to the strip cage and continued to record as I/M McCullough was escorted and placed into HB2020 without further incident. Lt. Passaretti then did a debrief and this officer then stopped recording.

*6.3.1, Facility Security Manual*
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 1 of 2*

BAILEY_000009

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: CO Houser Reports via radio of Incident
1414: Team arrives at cell / Camera activated briefing conducted
1416: IM McCullough restrained, door opened, IM Bailey restrained
1417: IM McCullough escorted to RHU search module, torn sheets cut from IM Bailey
1418: IM Bailey escorted to RHU Triage room
1421: Medical in for IM Bailey, photographs taken
1433: Medical in for IM McCullough, photographs taken
1440: IM Bailey escorted to HA 1005 placed in cell restraints removed
1443: IM McCullough escorted to HB2020 placed in cell restraints removed
1445: Team debriefed
1446: Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No Weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to this officer
No injuries to IM McCullough / Photographs taken
IM Bailey assessed for complaints of neck/Ear, No treatment required, photographs taken

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.    ☐ No   ☐ Yes

| Shift Commander Signature | Date: 8-10-19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:

Attachment 17-C, Page 2 of 2

BAILEY_000010

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ Use of Force Occurrence

| To: | Title: Shift Commander | Date: 9-10-19 | Time: 1414 |
|---|---|---|---|

| From (Name Printed): Weisbeck, Matt | Title: CO |  | Location of Incident: HA 1005 |
|---|---|---|---|

| Employee Signature: _Matt Weisbeck_ |  | Type of Incident: Inmate on inmate assault |
|---|---|---|

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| LZ 4437 Bailey, Jeremy | CO Fritz   CO Passaretti | RN Linda Jones |
| GA 6396 McCullough, Kelvin | CO Webster | |
| | CO Rosso | |
| | CO Haines | |
| | Lt Hauser | |

1. Detailed description of the occurrence: On the above date and approx time, this officer responded to a radio call, that HA 1005 had his cellie tied up. Once this officer arrived Im McCullough was restrained by CO Rosso. Once the door opened this officer waited for Im McCullough was out and escorted. Then went in and helped restrain Im Bailey and removed bedding material that was tied around his foot. Once Im Bailey's bedding restraints were removed this officer and CO Fritz escorted Im Bailey to the RHU triage room to be seen by medical. Once medical finished this officer and CO Fritz escorted Im Bailey from RHU triage room to HA 1005 and secured him in. After Im Bailey was secured in HB 1005 and Im McCullough was secured in HB 2020, we had a debrief by Passaretti.

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

**Attachment 17-C, Page 1 of 2**

BAILEY_000011

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: Co' Harger reported incident over the radio
1414: arrived at cell/camera turned on
1416: I/m McCullough restrained, door opened, I/m Bailey restrained
1417: I/m McCullough escorted to BHU strip medical, bedding material cut away from I/m Bailey
1418: I/m Bailey escorted to BHU triage room
1421: Medical see I/m Bailey, photos were taken
1433: Medical sees I/m McCullough, photos were taken
1440: I/m Bailey escorted to HB 1005, secured with restraints removed
1443: I/m McCullough escorted to HB 2020, secured with restraints removed
1445: team debrief
1446: team de-activated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s) No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.
No injuries to this officer
No injuries to I/m McCullough, photos taken by medical
I/m Bailey assessed by medical for complaints of neck and ear pain, photos taken by medical, no treatment required.

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape. Co' Hoddle BHC #1

☐ No   ☐ Yes

Shift Commander Signature: _____

Date: 9/10/19

Tracking Number (If an attachment to a DC-121 Part 2): 2019- COA-00353

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued:
Effective:

Attachment 17-C, Page 2 of 2

BAILEY_000012

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | ☐ Use of Force Occurrence | |
|---|---|---|---|

| P: Capt Fago | Title: Shift Commander | Date: 9-10-19 | Time: 1414 1450 TH |
|---|---|---|---|

| From (Name Printed): Trevor Haines | Title: Co' | Location of Incident: HA 1005 |
|---|---|---|

| Employee Signature: Tim Ashern | Type of Incident: Inmate on Inmate Assault |
|---|---|

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Mccullough   GA 6396 | LT. Passeretti | RN Linda Jones |
| Bailey      LZ 4437 | Co' Fritz | |
| | Co' Rosso | |
| | Co' Houser | |
| | Co' Hubble    /Co' Weisbeck | |

**1. Detailed description of the occurrence:** On the above date and approx. time, this reporting officer responded to the radio transmission that I/M Mccullough GA6396 tied up his cellmate I/M Bailey LZ4437. Upon responding to HA 1005, this officer escorted I/M Mccullough to the strip cage and then escorted Mccullough to B Pod 2020.

6.3.1, Facility Security Manual
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

Attachment 17-C, Page 1 of 2

BAILEY_000013

**2. Actions taken** (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: Co Houser reports via radio of incident
1414: Team arrives at cell/camera activated briefing conducted
1416: Inmate Mccullough restrained, door opened, Inmate Bailey restrained
1417: Inmate Mccullough escorted to RHU search module, torn sheets cut from I/m Bailey
1418: Inmate Bailey escorted to RHU triage room
1421: Medical in for inmate Bailey, photographs taken
1433: medical in for inmate Mccullough, photographs taken
1440: Inmate Bailey escorted to HA1005, placed in cell restraints removed
1443: I/m Mccullough escorted to HB 2020, placed in cell restraints removed
1445: Team debriefed
1446: team deactivated

**3. Description of any weapon(s) used by the inmate(s) or found in the area.** If any, attach a photograph of the weapon(s).

No weapons were observed by this officer

**4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.**

No injuries to this officer
No injuries to inmate Mccullough/photographs taken
Inmate Bailey assessed for complaints of neck/ear pain, no treatment required, photographs taken

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.   ☐ No   ☐ Yes

Co Hubble RHU #1

| Shift Commander Signature: | Date: 9/10/19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
|---|---|---|

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*

Issued:
Effective:

*Attachment 17-C, Page 2 of 2*

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ Use of Force Occurrence

| To: Capt. Fago | Title: Shift Commander | Date: 09/10/19 | Time: 1414 |
|---|---|---|---|
| From (Name Printed): Houser | Title: COT | Location of Incident: HA 1005 | |
| Employee Signature: COT Joe Houser | | Type of Incident: Inmate on inmate assault | |

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| Bailey, Jeremy L24437 | CO Hubble | RN Jones |
| McCullough, Kalvin LA6396 | CO Weisbeck | |
| | CO Fritz | |
| | CO Rosso | |
| | CO Haines | |

1. Detailed description of the occurrence: On the above date and times this officer was conducting a security round on A pod in the RHU. As I walked by cell HA 1005, I noticed I/M Bailey, Jeremy L24437 tied up by restraints made by bedding. I notified additional officers for assistance by radio transmission. I remained at cell HA 1005 until assistance arrived. At that time I continued my security round.

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 1 of 2*

BAILEY_000015

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: CO Houser reports via radio of incident
1414: Team arrives at cell / camera activated briefing conducted
1416: Inmate McCullough restrained, door opened, Inmate Bailey restrained
1417: Inmate McCullough escorted to RHU search module, torn sheets cut from inmate Bailey
1418: Inmate Bailey escorted to RHU triage room
1421: Medical in for inmate Bailey, photographs taken
1440: Inmate Bailey escorted to HA 1005, placed in cell, restraints removed
1443: Inmate McCullough escorted to HA 2020, placed in cell, restraints removed
1445: Team debriefed
1446: Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed.

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to this officer
No injuries to inmate McCullough / Photographs taken
Inmate Bailey assessed for complaints of neck / ear pain, no treatment required, photographs taken

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.   ☐ No   ☐ Yes

| Shift Commander Signature: | Date: 9·10·19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
| --- | --- | --- |

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:                                   Attachment 17-C, Page 2 of 2

BAILEY_000016

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | ☐ Use of Force Occurrence | |
|---|---|---|---|
| To: Captain Fago | Title: Shift Commander | Date: 9-10-19 | Time: 1414 |
| From (Name Printed): Paul Rosso | Title: CO¹ | Location of Incident: HA 1005 | |
| Employee Signature: P O J R | | Type of Incident: Inmate on Inmate Assault | |

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| McCullough  BA6369 | CO Hubble   LT. Passaretti | RN Jones |
| Bailey       LZ 4437 | CO Weisbeck | |
| | CO Fritz | |
| | CO Houser | |
| | CO Haines | |

1. Detailed description of the occurrence: On the above time and date this officer responded to a radio transmission from CO' Houser asking for assistance at HA 1005. Upon arrival to HA1005 I observed I/m McCullough standing at the cell door and I/m Bailey laying on his side on the floor tied up at his wrists and ankles. Once all responding officers arrived, CO' Haines opened the secured wicket and myself had applied wrist restraints on I/m McCullough. CO' Haines and myself escorted I/m McCullough to the RHU strip cage and secured him in there. I then did a proper security strip search of I/m McCullough. I/m McCullough was then seen by RN Jones where no injuries were reported. CO' Haines and myself then escorted I/m McCullough to cell HB2020 were he was secured. I was then debriefed. Nothing else follows.

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

**Attachment 17-C, Page 1 of 2**

BAILEY_000017

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: CO House reports via radio of incident.
1414: Team arrives at cell/camera activated briefing conducted.
1416: Inmate McCullough restrained door opened, Inmate Bailey restrained.
1417: Inmate McCullough escorted to RHU search module, torn sheets cut from Inmate Bailey.
1418: Inmate Bailey escorted to RHU triage room
1421: Medical in for Inmate Bailey, photographs taken
1433: Medical in for Inmate McCullough, photographs taken
1440: Inmate Bailey escorted to HA1005, placed in cell restraints removed.
1443: Inmate McCullough escorted to HB2020, placed in cell restraints removed.
1445: Team debriefed
1446: Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No Injuries to this officer
No Injuries to Inmate McCullough / Photographs taken
Inmate Bailey assessed for complaints of Neck/Ear pain, no treatment required, Photographs taken.

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape. CO Hubble RHU #1    ☐ No   ☑ Yes

| Shift Commander Signature: | Date: 9/10/19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
| --- | --- | --- |

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:

Attachment 17-C, Page 2 of 2

BAILEY_000018

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | | Use of Force Occurrence | |
|---|---|---|---|---|
| TO:<br>Capt Fago | Title:<br>Shift Commander | | Date:<br>09/10/2019 | TIME:<br>1410 |
| From (Name Print) Linda Jones | Title: RN | | Location of Incident: RHU | |

| Employee Signature<br><br>*Linda Jones RN* | Type of Incident:<br>Inmate on Inmate assault |
|---|---|

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Bailey LZ4437 | CO Hubble      CO Haines | L. Jones RN |
| McCullough GA6396 | CO Weisbeck | |
| | CO Fritz | |
| | CO Rosso | |
| | CO Houser | |

**1. Detailed description of the occurrence:**

On the above date and time Medical was notified of an inmate being tied up by his cellie and a nursing assessment was requested. Medical arrived at the RHU and Inmate Bailey was seen for complaints of neck pain and ear pain and photographs were taken. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck. Inmate denied any other injuries.

Inmate Mccullough was then seen by medical, while in the cage, and denied any injuries and photgraphs were taken.

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1421: Inmate Bailey assessed, photographs taken

1433: Inmate Mccullough assessed, photgraphs taken

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to staff

Inmate McCollough denied injury – none noted

Inmate Baily complained of neck and ear pain.  No swelling, abrasions or open areas noted

| If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape. | ❏ No   ❏ Yes | |
|---|---|---|
| Shift/Commander Signature: | Date: 9/10/19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 2 of 2*

BAILEY_000020

BAILEY, JEREMY   #LZ4437                                    DOB: ▓▓▓▓   Location: H-A-1005-02

## DC-457 - Medical Incident/Injury Report

**Current Facility:**

SCI COAL TOWNSHIP

| | | |
|---|---|---|
| **Person Involved:** | **Date of Birth:** | **Date of Incident:** |
| JEREMY BAILEY | ▓▓▓▓▓ | 09/10/2019 |
| **Male or Female:** | **Date and Time Reported to Medical Department:** | **Time of Incident:** |
| M | 1415 | 14:14 |

**Exact Location of Incident:**

HA1005

**Work Related Injury:**

☑No

**Sport Related Injury:**

☑No

**Property Involved:**

☑No

**Equipment Involved:**

☑No

**Was the person authorized to be at the location of the incident:**

˒es

**Describe exactly what happened, why it happened and action(s) taken:**

While conducting a security round Inmate McCullough was observed standing at the door stating he tied his cellie up (Inmate Bailey).  Inmate McCullough was restrained and the cell door was opened and he was escorted to the RHU search module.  Inmate Bailey was restrained and the torn sheets were cut from Inmate Bailey using scissors and he was then escorted to the RHU triage room.

**Describe all injuries to the body and include specific information regarding the part(s) of the body impacted:**

Inmate Bailey was seen for complaints of neck pain and ear pain on his left side. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck. Inmate denied any other injuries.

**Description of Illness/Injury:**

Inmate Bailey was seen for complaints of neck pain and ear pain on his left side. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck. Inmate denied any other injuries.

**NET/Nursing Protocol Used:**

☑Yes

    **Specify the NET/Nursing Protocol Used:**

---

### DC-457 - Medical Incident/Injury Report

R▓▓rt for injuries that includes details on what happened and where the p▓▓nt is injured.

Patient Name: BAILEY, JEREMY
Patient Number: LZ4437
Location: H-A-1005-02
DOB: ▓▓▓▓▓
Facility: SCI COAL TOWNSHIP
Electronically Signed By JONES, LINDA, RN on 9/10/2019 6:45:46 PM

BAILEY_000033

**BAILEY, JEREMY** #LZ4437                                           DOB: ▮▮▮▮   Location: H-A-1005-02

SOAP Note

**Treatment Rendered:**
Inmate Bailey was seen for complaints of neck pain and ear pain on his left side. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck.
Inmate denied any other injuries.

**Follow-up:**
Sick Call PRN

**Physician Notified:**
☑No

**Person Involved Seen by a Facility Practitioner:**
☑No

**Person Involved Taken to Hospital:**
☑No

**Type of Injury (check all that apply):**
☑None Apparent

## Body Diagram (Reference)



**Location of Injury:**
No injury noted.

**Disposition After Treatement:**
☑Placed in RHU

---

**DC-457 - Medical Incident/Injury Report**
Report for injuries that includes details on what happened and where the patient is injured.

**Patient Name:** BAILEY, JEREMY
**Patient Number:** LZ4437
**Location:** H-A-1005-02
**DOB:** ▮▮▮▮▮
**Facility:** SCI COAL TOWNSHIP
**Electronically Signed By** JONES, LINDA, RN on 9/10/2019 6:45:46 PM

2 of 3

BAILEY_000034

BAILEY, JEREMY   #LZ4437                                      DOB:███████   Location: H-A-1005-02

| **Comment on Placement in RHU:**

Current RHU Status

| es taken:
☑Yes

**Copies to be provided to the following (check all that apply):**
☑Other

**Name(s) of Other Person(s) to receive a copy:**
H DRIVE

**Reason for sending copy to Other Person(s):**
Protocol

## Save Log

| User Name | Audit Date |
|---|---|
| JONES, LINDA | 9/10/2019 6:45:46 PM |

---

**DC-457 - Medical Incident/Injury Report**
Report for injuries that includes details on what happened and where the
l   nt is injured.

Patient Name: BAILEY, JEREMY
Patient Number: LZ4437
Location: H-A-1005-02
DOB: ███████
Facility: SCI COAL TOWNSHIP
Electronically Signed By JONES, LINDA, RN on 9/10/2019 6:45:46 PM

3 of 3



SCI COAL TOWNSHIP    PHOTO #1    INMATE    BAILEY LZ4437    FACIAL PHOTO FOR ID PURPOSES

PHOTO TAKEN 09/10/2019 @1421    BY L. JONES, RN



SCI COAL TOWNSHIP    PHOTO #2   INMATE  BAILEY LZ4437    PHOTO OF HANDS

PHOTO TAKEN 09/10/2019 @1421    BY L. JONES, RN

BAILEY_000037



SCI COAL TOWNSHIP   PHOTO #3   INMATE  BAILEY LZ4437   LEFT SIDE OF FACE

NO SWELLING, ABRASIONS, OR OPEN AREAS OBSERVED ON LEFT SIDE OF INMATE'S FACE OR NECK

PHOTO TAKEN 09/10/2019 @1421   BY L. JONES, RN

BAILEY_000038