IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,                                                                    No. 1:20 - cv -1836

PLAINTIFF,

V.                                                                                               DISTRICT JUDGE: KANE

LIEUTENANT YODER,

SERGEANT R. BATIUK,

C/O DERR,

C/O ANTHONY,

PLAINTIFF FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rule of Civil Procedure, Plaintiff requests that Defendant Yoder produce for inspection and copying the following document:

REQUEST

1. The R. H. U. pod (1) unit video footage on sept, 10 2019 time appox: 6:00 to 14:00 for the Honorable District Judge: kane to reveiw and as the plaintiff evidence.

2. Any and all copies of inmate MCcullough # GA - 6396 Z- CODE status and why he was Z-CODED.

3. Any and all copies of inmates MCcullough # GA - 6396 misconduct reports DC 141, and while he was in the R. H. U..

1

4. Any and all copies of lieutenant Yoder disiplinary action he receive while a correctional officer in any and all (sci) facilities.

5. any and all copies of plaintiff medical records from sept 10, 2019 to july 1, 2021.

6. The hand held camera video footage from sept, 10 2019 incident with inmate MCcullough # GA - 6396 for the Honorable District Judge: kane to reveiw and as the plaintiff evidence.

DATE: 10·14·2021

JEREMY BAILEY,

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

US POSTAGE PITNEY BOWES
ZIP 17866 $ 001.36
02 4W
0000365596 OCT 14 2021

INMATE MAIL
PA DEPT OF
CORRECTIONS

Jeremy Bailey 424457
(SCI) Coal Township
1 Kelley Drive
Coal Township PA 17866

RECEIVED
SCRANTON
OCT 19 2021
PER_____ DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148