IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,
PLAINTIFF,

V.

LIEUTENANT YODER,
SERGEANT R. BATIUK,
C/O DERR,
C/O ANTHONY,
DEFENDANTS,

NO. 1: 20 - CV - 1836

DISTRICT JUDGE: KANE

FILED
HARRISBURG, PA
OCT 2 2 2021
PER_____
DEPUTY CLERK

PLAINTIFF FIRST AMENDED COMPLAINT

I. Introduction

1. This is a civil rights action filed pursuant to 42 U.S.C §1983 by Jeremy Bailey, an inmate currently held at (SCI) Coal Township in Coal Township, pennsylvania. Mr. Bailey alleges that his rights under the 8th and 14th Amendment of the United States Constitution have been violated due to correctional officers who failed to protect him after deliberatly placing a z - coded inmate in the cell with him who later attack him after giving repeated warning he would do so if not removed from the cell.

II. Jurisdiction

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C §1331, 1343(3) and 1343(4), as well as 42 U.S.C. §1983 and 28 U.S.C. §2201 -2202.

III. Parties

3. Plaintiff Jeremy Bailey is an inmate at (SCI) Coal Township, 1 Kelley Drive, Coal Township, pa 17866

4. Lieutenant Yoder is a Lieutenant at (SCI) Coal Township, 1 Kelley Drive, Coal Township, Pa 17866. In which you refer to as Lieutenant John Doe (1) are amended to reflect the identity and the actions of officer, Lieutenant Yoder.

1

5. Sergeant R. Batiuk is a Sergeant at (SCI) Coal Township, 1 Kelley Drive, Coal Township, Pa 17866. In which you refer to as Sergeant John Doe (1) are amended to reflect the identity and the actions of officer, Sergeant R. Batiuk.

6. Correctional officer Derr is a Correctional officer at (SCI) Coal Township, 1 Kelley Drive, Coal Township, Pa 17866. in which you refer to as Correctional officer John Doe (1) are amended to reflect the identity and action of officer, Correctional officer Derr.

7. Correctional officer Anthony is a Correctional officer at (SCI) Coal Township, 1 Kelley Drive, Coal Township, Pa 17866. In which you refer to as Correctional officer John Doe (2) are amended to reflect the identity and actions of officer, Correctional officer Anthony.

IV. Notification

The Plaintiff hereby ask that this Honorable Court please accept that the original complaint is to stand as filed and that this amendment is to only properly identify the defendants originally listed as John Doe's and for the record to reflect that they now have been identified as this amendment states.

DATE: 10·20·2021

Jeremy Bailey,
(SCI) Coal Township
1 Kelley Drive
Coal Township, Pa 17866

JEREMY BAILEY LL7471
(SCI) CoalTownship
1 Kelley Drive
CoalTownship, PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS



RECEIVED
HARRISBURG, PA
OCT 2 2021
PER _____
DEPUTY CLERK

District Judge: Kane
Office of the Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108