IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG. PA

OCT 2 9 2021

PER _____
DEPUTY CLERK

JEREMY BAILEY,

PLAINTIFF,

NO. 1 : 20 - CV - 1836

V.

DISTRICT JUDGE: KANE

LIEUTENANT YODER ,

SERGEANT R. BATIUK,

C/O DERR,

C/O ANTHONY,

DEFENDANTS,

### THIRD MOTION FOR AN COMPELLING DISCOVERY

Plaintiff move this court for an order pursuant to Rule 37(a) of the federal Rules of Civil procedure compelling Defendant Lieutenant Yoder who fail to fully answer interrogatories number 1 - 3 , copies of which are attach hereto. Plaintiff submitted these interrogatories, pursuant to Rule 33 of the Federal Rule of Civil Procedure on Date: 9/29 /2021 but have not received the answers.

[OR]

Plaintiff move this court for an order pursuant to Rule 37(a) of the Federal Rule of Civil Procedure compelling Defendant Lieutenant Yoder who did not produce documents to produce for inspection and copying the following document: september 10, 2019 unit video footage of the Restricted housing unit, POD (1) from 6:00 to 14:00 HOUR. Plaintiff submitted a written request for these documents, pursuant to Rule 34 of the Federal Rule of Civil Procedure on Date: 9/29/2021 but have not received the documents.

Plaintiff also move for an order pursuant to rule 37(a)(4) requiring the aforesaid Defendant to

1

pay Plaintiff the sum of $ 5, 000 as reasonable expense in obtaining this order, on the ground that the Defendant refusal to answer the interrogatories or produce the documents had no substantial justification.


Date:  10. 28. 2021


JEREMY BAILEY,

(SCI) COAL TOWNSHIP

1 KELLEY DRIVE

COALTOWNSWHIP, PA 17866.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,

PLAINTIFF,

NO. 1:20-CV-1836

V.

DISTRICT JUDGE: KANE

LIEUTENANT YODER,

SERGEANT R. BATIUK,

C/O DERR,

C/O ANTHONY,

DEFENDANT,

### PLAINTIFF THIRD SET REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rule of Civil procedure, Plaintiff request that Defendant lieutenant Yoder produce for inspection and copying of the following documents:

1. Please produce the unit video footage of the restricted housing unit pod 1, on sept, 10 2019 approx; 6:00 am to 14:14 pm.

JEREMY BAILEY,

1

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

2

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,                                          NO. 1:20-CV-1836

PLAINTIFF,


V.                                                     DISTRICT JUDGE: KANE


LIEUTENANT YODER,

SERGEANT R. BATIUK,

C/O DERR,

C/O ANTHONY,

DEFENDANT,


## THIRD SET OF INTERROGATORIES TO DEFENDANT

In accordance with Rule 33 of the Federal Rule of Civil Procedure, Plaintiff requests that Defendant lieutenant Yoder answer the following interrogatories under oath, and that the answer be sign by the one making them and be serve on plaintiff within 30 days of service of these interrogatories.

If you can not answer the following interrogatories in full, after execising due diligence in to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

These interrogatories shall be deem continuing, so as to require supplemental answers as new and different information materializes.

## QUESTIONS

1

1. State and name, what shift commander gave the order for z- code inmate MCcullough # GA-6396 to be remove from his assign cell 14, and place in cell 5 with inmate Bailey # LZ- 4437 on sept, 10 2019.

2. During a unrelating incident in the R. H. U. pod 1, on sept, 10 2019  involving a inmate name Eric Johnson, was you one of the responding officers on the unit the unit at moment.

3. on the unit cell housing sheet, do it show whether inmate MCcullough GA- 6396 was a z-code or not.


JEREMY BAILEY, PLAINTIFF

(SCI) COALTOWNSHIP

1 KELLEY DRIVE

COALTOWNSHIP, PA 17866.

2

INMATE MAIL
PA DEPT OF
CORRECTIONS



JEREMY BAILEY LL-1-1
(SCI) CcalTcwnShip
1 Kelley Drive
CcalTcwn Ship PA 17866

RECEIV
HARRISBUR(

OCT 28 20

PER _____
DEPUTY (

RECEIVED
BURG, PA

JUL   9 2021

PER ____ DEPUTY CLERK

OFFICE OF THE Cle
VNITED STATES DISTRIC
MIDDLE DISTRICT OF
22% WAINUT StREET
P.O. BOX 98?
HARRISburg PA 17l(