IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** : | | |
| Plaintiff : | | |
| : | No. 1:20-cv-1836 | |
| v. : | | |
| : | (Judge Kane) | |
| **LIEUTENANT YODER, et al.,** : | | |
| Defendants : | | |

**ORDER**

Currently pending before the Court are two motions to compel discovery filed by Plaintiff, both of which were filed more than fourteen days before the date of this Order. (Doc. Nos. 60, 63.) Plaintiff has not filed briefs in support of either motion, and under Local Rule 7.5, motions that are not accompanied by supporting briefs within fourteen days "shall be deemed to be withdrawn." See M.D. Pa. L.R. 7.5.

**AND SO**, on this 9th day of December, 2021, upon consideration of the foregoing, **IT IS ORDERED THAT** Plaintiff's third and fourth motions to compel discovery (Doc. Nos. 60, 63) are **DEEMED WITHDRAWN**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania