IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-1836 |
| v. | : | |
| | : | (Judge Kane) |
| **LIEUTENANT YODER, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 4th day of January 2022, upon consideration of Defendants' answer to Plaintiff's complaint, (Doc. No. 69), **IT IS ORDERED THAT**:

1. Discovery shall be completed by **March 31, 2022**;

2. Dispositive motions shall be filed by **May 31, 2022**;

3. Defendants' response to Plaintiff's motion for summary judgment (Doc. No. 51) shall be filed by **June 21, 2022**; any reply brief shall be filed within fourteen days of the filing of the defendants' response;

4. No extensions of this schedule shall be granted absent good cause;

5. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of the Court, shall be stricken from the record; and

6. The scheduling of a final pretrial conference and the trial date of this matter is deferred pending the resolution of any forthcoming dispositive motions.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania