## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | : | |
| Plaintiff | : | **No. 1:20-CV-1836** |
| | : | |
| v. | : | **Judge Kane** |
| | : | |
| **LIEUTENANT YODER,** | : | **Electronically Filed Document** |
| **SERGEANT R. BATIUK, C.O.** | : | |
| **DERR** *and* **C.O. ANTHONY,** | : | *Complaint Filed 10/07/2020* |
| **Defendants** | : | |

### DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Yoder, Batiuk, Derr, and Anthony, by and through counsel, hereby submit this Statement of Undisputed Material Facts in support of their Motion for Summary Judgment pursuant to Local Rule 56.1, and aver as follows:

1.     Plaintiff was housed within the Restricted Housing Unit (RHU) on September 10, 2019.  (Ex. 1 (Bailey Deposition Transcript) at 5:23-25, 6:15-22.)

2.     During first shift, several inmate cell moves were ordered to be effectuated to accommodate the needs of incoming inmates.  (Ex. 2 (Yoder DC-121 Form) at 1.)

3.     Defendant Derr and Defendant Batiuk inadvertently placed Inmate McCullough within the same cell as Plaintiff at 11:30 a.m. on September 10, 2019. (*Id.*)

4.　　Plaintiff claims that he and Inmate McCullough informed Defendants Derr and Anthony that McCullough had a Z Code and should not have been placed within a cell with another inmate during McCullough's initial placement within the cell.  (Doc. 1 at ¶¶ 12, 18.)

5.　　Defendant Yoder did not become aware of McCullough's placement into Plaintiff's cell until the day after the move occurred.  (Ex. 2 at 1 ("The next day, I learned CO Derr and Sgt. Batiuk had moved inmate McCullough from HA1014 to HA1005 with inmate Bailey.").)

6.　　Plaintiff claims that he and Inmate McCullough informed Defendant Yoder of McCullough's Z Code one time while Yoder assisted in a separate and unrelated use of force incident with a non-party inmate on another part of the unit. (Doc. 1 at ¶ 31; Ex. 1 at 28:4-12, 29:4-25, 30:1-11, 31:1-5.)

7.　　Plaintiff claims that he and Inmate McCullough informed Defendant Batiuk that McCullough had a Z Code and should not have been placed within a cell with another inmate only one or two times at most.  (Ex. 1 at 31:11-14, 31:19-24, 32:2-20.)

8.　　During the next staff shift, wherein the named Defendants were not working, Inmate McCullough informed staff at approximately 2:13 p.m. that he had tied-up Plaintiff.  (*See* Ex. 3 (Extraordinary Occurrence Report 2019-COA-00353 at Ex 3_002.)

9.      Staff found Plaintiff on the floor of his cell with his wrists and ankles tied together with torn bed sheets.  (*Id.*)

10.      Staff immediately acted by restraining McCullough and rendering assistance to Plaintiff.  (*Id.*)

11.      Staff immediately transported Plaintiff to medical for assessment and treatment.  (*Id.*)

12.      During said assessment and treatment, Plaintiff self-reported neck and left ear pain.  (Ex. 3 at Ex_031.)

13.      There was no long-standing or well-documented tensions between Inmate McCullough and Plaintiff.  (*See gen.* Ex. 2 at 1; Ex. 3 at Ex 3_002.)

Respectfully submitted,

JOSH SHAPIRO
Attorney General


By:   *s/ Nicole R. DiTomo*

NICOLE R. DITOMO
Senior Deputy Attorney General
Attorney ID: 315325

Office of Attorney General
1000 Madison Avenue, Suite 310
Norristown, PA 19403
Phone: (610) 631-6205
nditomo@attorneygeneral.gov


MARY KATHERINE YARISH
Deputy Attorney General
Attorney ID:  328843

15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone:  (717) 783 -6315
myarish@attorneygeneral.gov


KAREN M. ROMANO
Chief Deputy Attorney General
Civil Litigation Section

Date:  May 31, 2022                    Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEREMY BAILEY,** | **:** | |
| **Plaintiff** | **:** | **No. 1:20-CV-1836** |
| | **:** | |
| **v.** | **:** | **Judge Kane** |
| | **:** | |
| **LIEUTENANT YODER,** | **:** | **Electronically Filed Document** |
| **SERGEANT R. BATIUK, C.O.** | **:** | |
| **DERR** *and* **C.O. ANTHONY,** | **:** | *Complaint Filed 10/07/2020* |
| **Defendants** | **:** | |

## DEFENDANTS' INDEX OF EXHIBITS CITED IN SUPPORT OF THEIR STATEMENT OF UNDISPUTED MATERIAL FACTS

**Exhibit 1—J. Bailey Deposition Transcript**

**Exhibit 2—Yoder DC-121 Report**

**Exhibit 3—Extraordinary Occurrence Report 2019-COA-00353**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | **:** | |
| **Plaintiff** | **:** | **No. 1:20-CV-1836** |
| | **:** | |
| **v.** | **:** | **Judge Kane** |
| | **:** | |
| **LIEUTENANT YODER,** | **:** | **Electronically Filed Document** |
| **SERGEANT R. BATIUK, C.O.** | **:** | |
| **DERR** *and* **C.O. ANTHONY,** | **:** | *Complaint Filed 10/07/2020* |
| **Defendants** | **:** | |

### CERTIFICATE OF SERVICE

I, Nicole R. DiTomo, Senior Deputy Attorney General for the Commonwealth

of Pennsylvania, Office of Attorney General, hereby certify that on June 1, 2022, I

caused to be served a true and correct copy of the foregoing document titled

*Defendants' Statement of Undisputed Material Facts in support of their Motion for*

*Summary Judgment* to the following:

**VIA U.S. MAIL**
**Jeremy Bailey**
**1520 Thompson St.**
**Harrisburg, PA 17104**
*Pro Se Plaintiff*

    *s/ Nicole R. DiTomo*
    NICOLE R. DITOMO
    Senior Deputy Attorney General