EXHIBIT 1

**In the Matter Of:**

# JEREMY BAILEY vs

# CORRECTIONAL OFFICER JOHN DOE

*JEREMY BAILEY*

August 30, 2021

Geiger Loria Fillus McLucas Reporting LLC
2550 Kingston Road, Suite 217
York, PA 17402
York 717.845.6418
Harrisburg 717-541-1508
800.233.9327
Scheduling@glfmllc.com



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


JEREMY BAILEY,                      .
                    PLAINTIFF .
                                   .
            VS.           . NO. 1:20-CV-1836
                                   .
CORRECTIONAL OFFICER JOHN . JUDGE KANE
DOE I, CORRECTIONAL       .
OFFICER JOHN DOE II,      .
SERGEANT JOHN DOE I, AND  .
LIEUTENANT YODER,         .
            DEFENDANTS .




        VIRTUAL
        DEPOSITION OF:  JEREMY LIONEL BAILEY

        TAKEN BY      :  DEFENDANTS

        BEFORE        :  EMBERLIN MAIR, NOTARY PUBLIC

        DATE          :  AUGUST 31, 2021; 9:30 A.M.



APPEARANCES:

        BY:  JEREMY LIONEL BAILEY, PRO SE

        OFFICE OF ATTORNEY GENERAL
        COMMONWEALTH OF PENNSYLVANIA
        BY:  MARY KATHERINE YARISH, ESQUIRE
             STRAWBERRY SQUARE, 15TH FLOOR
             HARRISBURG, PA  17120
             717-783-1471

             FOR - DEFENDANTS

Jeremy Bailey
August 30, 2021

2

1                              I N D E X
                              WITNESS
2

JEREMY LIONEL BAILEY                          EXAMINATION
3

        BY MS. YARISH                              3
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jeremy Bailey
August 30, 2021

3

1       STIPULATION

2               It is hereby stipulated by and between counsel

3  for the respective parties that reading, signing, sealing,

4  certification and filing are hereby waived; and all objections,

5  except as to the form of the question, are reserved to the time

6  of trial.

7

8               JEREMY LIONEL BAILEY, called as a witness, being

9  duly sworn, testified as follows:

10

11      EXAMINATION

12

13 BY MS. YARISH:

14      Q       Thank you, Mr. Bailey.  Good morning.

15      A       Good morning.

16      Q       My name is Mary Katherine Yarish.  I didn't

17 formally introduce myself.  I'm with the Office of

18 Attorney General and I represent the Defendant Yoder in

19 the civil action that you filed with the Middle

20 District.

21      A       Okay.

22      Q       And to confirm, sir, can you hear and see me

23 okay through the video conferencing system?

24      A       Yes.

25      Q       Great, great.  As I said today prior to going

4

1   on the record, our goal today is to take your deposition

2   in the civil case that you filed with the Middle

3   District.  Just please know that I'm gathering

4   information about your complaint and your facts alleged.

5   I'm not trying to trick you, and I'm just trying to

6   understand the facts of your complaint.  I'm hoping this

7   will be a conversation between yourself and myself to

8   talk about your claims and your complaint.

9          As you can see this deposition is being taken

10  via videoconferencing system for social distancing

11  purposes.  And as I noted earlier, there will not be a

12  video recording of our conversation today.  Only a

13  transcript that's being taken down by the court

14  reporter.

15         As such, it's important that both of us try

16  to speak slowly, clearly, and only speak one at a time,

17  that way we can make a clear record in this case.  Does

18  that make sense?

19      A     Okay.

20      Q     Okay.  Great.  As we move on, I'll be asking

21  you a series of questions.  Please answer each question

22  to the extent that you're able.

23      A     Okay.

24      Q     If you do not know or do not remember, it's

25  perfectly fine to indicate as such, and we'll move on.

5

1    Okay?

2         A    Okay.

3         Q    Additionally, if you need a break, a short

4    break, please let me know.  We'll be happy to

5    accommodate.  I do ask, however, before we take any

6    break, that you just finish answering the question that

7    we're on, and then we'll take your break, and then we'll

8    continue the deposition.  Okay?

9         A    Okay.

10        Q    Okay.  All right.  Before we get started, is

11   there any reason why you would not be able to provide

12   honest and truthful answers here today?

13        A    No, I will provide all honest and truthful

14   information.

15        Q    Thank you, sir.  Mr. Bailey, for the record

16   would you please state your full name?

17        A    Jeremy Lionel Bailey.

18        Q    And, sir, have you ever been deposed before?

19        A    No.

20        Q    Okay.  Sir, have you ever filed any other

21   civil lawsuit?

22        A    No.

23        Q    Mr. Bailey, where are you currently

24   incarcerated at?

25        A    SCI Coal Township in Coal Township, PA.

Jeremy Bailey
August 30, 2021

6

1      Q      And how long have you been at Coal Township?

2      A      Since 2019, and I don't remember the exact

3   month it, but it would be, like, June -- June or before

4   that month --

5      Q      Okay.

6      A      -- I came to SCI Coal Township.

7      Q      And where were you prior to Coal Township?

8      A      Smithfield, SCI Smithfield.

9      Q      Okay.  And currently, sir, are you housed in

10   general population or within the restricted housing

11   unit, or the RHU?

12      A      No, no, in general population.

13      Q      Okay.  And what block are you housed on now?

14      A      FB.  Unit F, Pod B.

15      Q      Okay.  Now, in your complaint I see that

16   you're alleging events occurring on September 10th of

17   2019; is that correct?

18      A      Yes.

19      Q      And during this time, in September of 2019,

20   where were you housed, within the RHU or general

21   population?

22      A      RHU.

23      Q      And how long had you been in the RHU prior to

24   September 10th?

25      A      From August 28th to September 20 -- or

Jeremy Bailey
August 30, 2021

7

1    September 30th.  I believe it was September 30th.

2         **Q**    **Okay.**

3         A    Yes, I believe it was September 30th.  Yes,

4    September 30th.

5         **Q**    **And how did you end up in the RHU then, sir?**

6         A    For an altercation with another cellmate on

7    another unit in SCI Coal Township, unrelated.

8         **Q**    **And to the extent that you remember, what was**

9    **that inmate's name?**

10        A    Is that relevant?

11        **Q**    **I think so, sir.  It's the events leading up**

12   **to how you --**

13        A    I don't remember.

14        **Q**    **-- became -- okay.**

15        A    I don't remember his real name.

16        **Q**    **Okay.  Do you remember a nickname?**

17        A    No.

18        **Q**    **And this altercation happened in your cell,**

19   **you said?**

20        A    Yes.

21        **Q**    **And which cell was that, do you recall?**

22        A    Cell 33.

23        **Q**    **And what unit, sir?**

24        A    C Unit, Pod D.

25        **Q**    **And so this happened in or around the end of**

Jeremy Bailey
August 30, 2021

8

1    August?

2         A     This happened on August 28th.

3         Q     Okay.  Did you have any injuries from that

4    altercation?

5         A     No.

6         Q     So there's no cuts, abrasions, swelling of

7    any sort?

8         A     No.

9         Q     Okay.

10        A     Just his blood was on me.

11        Q     I apologize, sir -- oh, your inmate's blood?

12        A     His blood was on me, yes.  He was bleeding,

13   his blood got on me.  And I got sprayed by the officers,

14   so it kind of made my face swell up from the irritation,

15   from the pepper spray, it causes irritation.  So it

16   causes your face to swell up, your skin to puff up.  But

17   I had no injuries.  I just had the inmate's blood on me,

18   on my face, from him leaning on me bleeding out of his

19   face, and that was it.

20        Q     How did he end up bleeding?

21        A     He hit his face on something in the cell.

22        Q     While the altercation was ongoing between you

23   and him?

24        A     Yes.

25        Q     Now I would like to ask questions generally

Jeremy Bailey
August 30, 2021

9

1    about your complaint.

2        A    Okay.

3        Q    And, now, as you stated, sir, the events

4    happened on September 10th, 2019 --

5        A    Yes.

6        Q    -- so I'd like us to just walk through that

7    day generally, and then I'll probably have some follow

8    up questions as we go back over the day.

9        A    Okay.

10       Q    So generally, first, would you briefly please

11   describe how you remember the events of September 10th,

12   2019?

13       A    All right.  Well, I have to start from the

14   beginning, and I have to give you all the information

15   that's for you to work with.  Any -- in the RHU, going

16   to any facility that's SCI Coal -- an SCI facility, at

17   State Correctional Institutions you have bed sheets.

18   And on the bed sheets you have the status of the inmates

19   and where they're housed and what cells.  And on them

20   bed sheets, on basic leave of status it have if the

21   inmates have a cellmate or if the inmate is Z Coded.

22            Now, if the inmate is Z Coded, it will have

23   next to that inmate's name Z Code, period, you can't

24   miss it, Z Code.  The bed sheet sits on the counsel at

25   the desk.  And no matter if it's a bubble where the

Jeremy Bailey
August 30, 2021

10

1    control center is at, there's a bed sheet on there to

2    allow access to all doors that's on the units, and to

3    show the location of all the inmates.

4         Q    Okay.  Quick question for you before you go

5    on.  Are you saying bed sheet, B-E-D?

6         A    Yes.

7         Q    Okay.

8         A    B-E-D.

9         Q    Thank you.  And you said it sits on the desk,

10   which desk?

11        A    The officer's desk.

12        Q    Okay.  Of the RHU?

13        A    Of any unit.

14        Q    Okay.

15        A    Any unit throughout all SCI's facilities.

16        Q    Okay.  So in this case where was the RHU desk

17   in relation to where your cell was?

18        A    It sits, it sits -- it's four pods, and it

19   sits -- it sits -- I don't know the -- I don't know the

20   whole, how you pronounce it, structure of the facility,

21   but it's Pod 1, Pod 2 -- Pod 1, Pod 2, Pod 3, Pod 4 and

22   the bubble sits on top of it.  So they have windows

23   going around whereas they can see through all -- they

24   can see on all pods.  But I've never been upstairs

25   inside the bubbles, remind you.  But for a fact I know

Jeremy Bailey
August 30, 2021

11

1    that all bed sheets is on the desk on the unit.  It's a

2    map, which the facility provides for the facility.  The

3    facility provides for the facility.  All of these

4    facilities is currently built the same.  There's no way

5    around it.

6         Q     Okay.  And so how do you have knowledge that

7    every facility is built the same way?

8         A     From other officers.  From being at other

9    facilities, the current facility I was at.  That was

10   built just like this one.  It's structured just the

11   same, the unit, the cells.

12        Q     And by prior facility, are you meaning

13   Smithfield?

14        A     No, Somerset.  Somerset is built like this.

15   And a lot of other facilities is built like this.

16        Q     Okay.  Have you been to every state

17   correctional institution facility in Pennsylvania, sir?

18        A     No, no.

19        Q     Okay.  So in this case was the desk within

20   the bubble?

21        A     Yes.

22        Q     Okay.  And are inmates, do they have

23   access --

24        A     That's where they keep --

25        Q     -- to the inside of the bubble, sir?

**Jeremy Bailey**
**August 30, 2021**

12

1   A      No, not at all.  Only the officers.  Only the

2   officers.

3        **Q      Are there windows to look into the bubble?**

4        A      Yes, you can look in.  It's mirror tinted,

5   but you can see through.  You can still see through.

6   When officers move, you can see them moving.  You can

7   see the lights on the desk.  And you can currently see

8   how big the desk -- how high the control center.  It's

9   almost the size of this table, but it goes almost like a

10  hexagon.  It goes like that.  (Indicating with hand.)

11       **Q      Okay.  Okay.**

12       A      And they're able to control all the doors

13  that's down there in the RHU.

14       **Q      Understood.  So you said the window is a**

15  **mirrored window, so --**

16       A      The window is like a hexagon.  Oh, yes, the

17  window is, like, mirror tinted.  But when the lights is

18  a certain -- certain, like, level they can control the

19  lights.  When they go, like, dim, it causes like a

20  reaction to the mirror tint.  And you can actually see

21  through the actual window.  You can see the officers

22  moving around.  And you can see the lights on the

23  control center.

24       **Q      Okay.  And at that time are you able to read**

25  **documents that are laying on the table or on the wall?**

**Jeremy Bailey**
**August 30, 2021**

13

1    A    No.  But you can actually see them.  You can

2  actually see the map.  You can actually see stuff inside

3  the room, inside the bubble.

4    Q    Okay.  I understand.  So you can see objects

5  within the bubble and people moving within the bubble?

6    A    Yes, yes.

7    Q    Okay.

8    A    Yes.

9    Q    Now, are you able to read those objects that

10  you see, documents on the walls or --

11    A    No.

12    Q    Okay.  Okay.

13    A    No.

14    Q    And I apologize, you were describing the

15  bubble as part of the RHU and the description of the

16  events of the day.  Do you recall about what time that

17  day you woke up, sir?

18    A    I woke up for breakfast around, like, 6:00.

19    Q    Okay.

20    A    6 o'clock, 6:00 something, 6:30.

21    Q    And when did the events with Inmate

22  McCullough, M-C-C-U-L-L-O-U-G-H, when did those events

23  begin on the 10th of September?

24    A    Before he moved in the cell.  He was being

25  told to pack his belongings and that he was being moved

**Jeremy Bailey**
**August 30, 2021**

14

1   to a two-man cell.  And it was in the morning time.  And

2   he was allowing officers to know that he was Z Code.  He

3   was restricted from having any cellmate at all times,

4   and that he was in the RHU for stabbing another inmate.

5        **Q      Okay.  And so to the extent that you know,**

6   **where was Inmate McCullough housed prior to being**

7   **transferred into your cell?**

8        A      He was in Cell 14.  He was Cell 14 or Cell 13

9   on Pod 1.

10       **Q      13 or 14 on Pod 1?**

11       A      Yes.

12       **Q      And now remind me --**

13       A      He was upstairs.

14       **Q      Okay.  So his cell would have been in the**

15   **same block, just on a different tier --**

16       A      Yes.

17       **Q      -- than where yours was?**

18       A      Yes.  So the pod is only, there's only 24

19   cells on a pod, so it's small.  And you can kind of see

20   around the pod.  You can hear very clear.  And that's

21   pretty much it.  You can hear and you can see around.

22   It's very small.  It's not that large.  It's about the

23   size of a two, three rooms.  Two, three, like, rooms

24   like this.  It's very small.  The pod is very mall.

25       **Q      And remind me, what was your cell number in**

Jeremy Bailey
August 30, 2021

15

1    the RHU?

2        A    5.

3        Q    Number 5 on Pod 1?

4        A    Yes, yes.

5        Q    And so, do you know the approximate time when

6    the officers came to Inmate McCullough's cell to tell

7    him to pack up and that he was moving?

8        A    Not the exact time because I wasn't looking

9    for it.  I wasn't looking for the exact time.  I just

10   was up and I could hear the commotion.  I could hear him

11   making threats.  And I could hear the officers going

12   back and forth telling him that if he didn't pack his

13   belongings, he would be sprayed and cell extracted from

14   his cell.  And he was telling the officers that he was Z

15   Code and that he wanted to speak to a sergeant and a

16   lieutenant.  And the officers kept telling him that the

17   sergeant and lieutenant was aware of the incident and

18   that he still have to move.

19       Q    Okay.  So it's safe to say, did these events

20   happen before or after breakfast?

21       A    After breakfast, after breakfast.  Because

22   breakfast comes very early in the morning.  After

23   breakfast.

24       Q    Okay.  And so you say that you were able to

25   hear these conversations.

Jeremy Bailey
August 30, 2021

16

1    A    Yes.

2    Q    **Now, were you able to see the individuals**

3    **involved in the conversation?**

4    A    I can't see Inmate McCullough because he's in

5    the cell.  The officers on the unit, they're outside the

6    cells, and I could see when they went upstairs and they

7    was talking to him, I could see that part --

8    Q    **Okay.  So when you --**

9    A    -- and bringing him downstairs.

10   Q    **Okay.  I apologize, sir.**

11   A    Once they got him out of the cell, they

12   brought him downstairs.

13   Q    **Okay.  I apologize, I did not mean to cut you**

14   **off.  So when you're looking out your cell door, at what**

15   **direction were they in front of you?**

16   A    I'm in Cell 5.  It starts from Cell 1.  1, 2,

17   3, 4, 5, and then there's a door right here that leads

18   to the yard.  (Indicating.)  Then it starts back up 6,

19   7, 8, 9, 10 all the way to 12.  And then McCullough is

20   on this row upstairs, so he starts with 13, 14, 15 all

21   the way to about 18, I believe, 18, and then it goes to

22   24.

23   Q    **Okay.**

24   A    And then it goes from, like, a cell to 24.

25   And the showers is over there in the corners.  He was

**Jeremy Bailey**
**August 30, 2021**

17

1    right over top of me.  And I can look up and see them

2    coming down the stairs towards the cell.

3        **Q      Okay.  And, sir, for the purposes of the**

4    **record, I can see the diagram that you're drawing with**

5    **your hands and pointing.**

6        A      Yes.

7        **Q      And so for the record's clarity sake, this**

8    **other cell is on the top tier to your right; is that**

9    **correct?**

10       A      It's upstairs over top of Cell 5, but, yes,

11   to the right, like, as I'm facing forward.

12       **Q      Okay.**

13       A      As I'm facing this way, it's to the right.

14   If I'm facing that way, it's to the left of this arm.

15   (Indicating.)

16       **Q      Of course.  Of course.  So let's orient**

17   **yourself looking straight out of your cell door, what**

18   **direction?**

19       A      It would be -- it would be upstairs to the

20   right.

21       **Q      Okay.**

22       A      Upstairs.  When they go upstairs, they have

23   to turn around and look to the other poles, and the door

24   be right there in front of -- in front of, like, the

25   steps.

Jeremy Bailey
August 30, 2021

18

1     Q     Okay.

2     A     It's to the right of me, though.

3     Q     So you've been in the RHU a couple days now

4  since your transfer into the unit.  Did you recognize

5  any of those officers?

6     A     I had just came to the facility.  I didn't

7  know any of them officers before then.  Any of them.  I

8  had just came from the facility.  I don't interact with

9  the officers anyway.  I'm not a person who interacts

10 with the correctional officers.  I try to stay out of

11 the correctional officers way, not interact with them,

12 and keep it like that.  I went to the RHU for an

13 unrelated incident that didn't involve correctional

14 officers from August 28th to August 10th (sic) I never

15 knew any of the officers' names or anything.

16    Q     So is the RHU generally loud environment or

17 is it a generally quiet environment?

18    A     It depends.  It's a small unit.  If people

19 talking all at once, it can be loud.  If nobody talking,

20 it's very quiet.  There's no radio.  There's no TV on

21 the unit.  So it can be loud.  It can be quiet.  It

22 depends.

23    Q     Okay.  Do you recall on the 10th of September

24 whether it was loud or quiet?

25    A     It was quiet until the incident.

Jeremy Bailey
August 30, 2021

19

1    Q    So for about how -- I apologize, sir, go
2    ahead.
3    A    No, I was saying McCullough and them was the
4    only ones kind of interacting and talking, McCullough
5    and the officers --
6    Q    Okay.
7    A    -- was the ones interacting at the time
8    talking.
9    Q    So all of your statements here within your
10   complaint about what occurred prior to Inmate McCullough
11   coming to your cell is based off of what you've alleged
12   to have heard that morning?
13   A    I don't understand what you mean by that.
14   Q    Okay.  So within your complaint I see that
15   you, as you were just stating, that officers told, for
16   example, told Inmate McCullough that he was going to
17   have to pack up and move.
18   A    Yes.
19   Q    And he stated he had a Z Code and did not
20   want to move in with another inmate.
21   A    Yes.
22   Q    Those statements, sir, are based off of your
23   own firsthand knowledge of hearing them on the block?
24   A    Yes.
25   Q    Okay.  No one had told you about what was

Jeremy Bailey
August 30, 2021

20

1   said?

2        A     No.

3        Q     Okay.

4        A     I can hear them talking.  I can hear the

5   yelling.  I can hear the orders.  I can hear the

6   threats.  I can clearly hear it.  The unit is very

7   small.  It echoes, the voices echo.  Just like it's

8   quiet in here until I talk and you can hear me, it's

9   just like that.  You can hear.

10       Q     Okay.

11       A     It echoes, the voice echos.

12       Q     And since you were able to hear, did you hear

13  any reasoning given as to why Inmate McCullough was

14  being told to move?

15       A     No.

16       Q     And you mentioned a couple times, sir, a Z

17  Code.  Would you please briefly describe what a Z Code

18  is?

19       A     Do you want me to fax this to you?

20       Q     I'm sorry, sir, what documents are you

21  holding up?

22       A     This is basically the policies on Z Code.

23       Q     Are those policies of the DOC or the

24  Department of Corrections?

25       A     Yes.

Jeremy Bailey
August 30, 2021

21

1    Q      **Okay.**

2    A      The DOC, Department of Corrections, yes.

3    **Q      Well, thank you.  I'd ask for the moment that**

4    **we just answer questions and have a conversation based**

5    **off your recollection and your understanding, and then**

6    **later if you need to refer to any documents, you could**

7    **do so.**

8    A      Okay.  So you wanted to know about Z Codes?

9    **Q      Yes, what do you understand a Z Code to mean?**

10   A      A Z Code says here is -- a Z Code, "An inmate

11   who is evaluated by psychiatrist or psychology staff as

12   having mental health problems.  An example includes

13   following:  Dangerous to himself, dangerous to others,

14   self-mutilated, unable to care for self, or active in

15   psychiatry reviews team PRT roster."  "An inmate who may

16   be victimized as the result of double celling, multiple

17   celling, placement in dormitory, an inmate has a

18   document history of aggressive and predatory behavior

19   towards cell partners, or staff has reason to believe

20   would exhibit assaultive or predatory behavior towards

21   cell partners."  "Make sure inmates of opposite gender,"

22   it says, "Ensure that inmates of opposite gender are not

23   celled together."  Meaning other sex inmates, other sex

24   males, or LGBTQ.  Do you understand?

25   **Q      Yes, I understand what you're saying, sir.**

Jeremy Bailey
August 30, 2021

22

1    Before you go on, sir, is there any identifying

2    information on that document as to what policy that

3    document attaches to?

4         A    Reception Classification Procedures Manual

5    1121 Section 5.  You hear me?

6         Q    Yes, I did.  I was just making a note.  You

7    said 1121 Section 5?

8         A    Yes.

9         Q    Okay.  Thank you.  So aside from what the

10   policy says, you can refer to the policy, I can refer to

11   the policy, I'm just interested to see what your

12   understanding of the Z Code is in your own words.

13        A    My understanding is exactly the same

14   understanding of the policy.  I can't give you no

15   different than -- I can't really give you no different

16   than it's exact as the policy.

17        Q    Understood.

18        A    I'd be going around basically saying the same

19   thing as the policy saying if I give you anything else

20   of saying anything else.

21        Q    Okay.

22        A    I'd be saying the same thing as the policy.

23        Q    Okay.  And so you said that Inmate McCullough

24   said he had a Z Code, correct?

25        A    Yes.

23

1    **Q    Do you know approximately how long he had a Z**

2    **Code?**

3    A    No.

4    **Q    Do you know if Inmate McCullough still has a**

5    **Z Code?**

6    A    No, I haven't seen Inmate McCullough since

7    the incident.

8    **Q    Okay.  Understood.  Understood.  And, sir,**

9    **have you had a Z Code before?**

10    A    I have a Z Code now because of the incident.

11    **Q    Okay.  So --**

12    A    Because I was a victim in an incident I have

13    a Z Code now for my protection.

14    **Q    Understood.  Understood.  And so how do**

15    **inmates go about applying for a Z Code?  Is that**

16    **something that you have to fill out a form for, or how**

17    **does that process work?**

18    A    I can read more to you if you want me to.

19    **Q    For example, how were you assigned a Z Code?**

20    A    How was I assigned a Z Code?  Okay, after the

21    incident the officers was bringing another inmate to the

22    cell.  And the unit erupted asking the officers why they

23    keep -- why they keep putting people in the cell with me

24    to attack me and things of that nature.  And so the

25    officers got concerned and stopped the inmate from

Jeremy Bailey
August 30, 2021

24

1  coming in the cell.  They removed me from the single

2  cell.  At that time I had a grievance in about the

3  incident with Inmate McCullough and the officers.  So I

4  was placed from a two-man cell upstairs into a one-man

5  cell.  And from there, when I was leaving the RHU, I

6  asked to go to psychology because I was scared for my

7  life and I felt suicidal at the time because of the

8  incident.

9       So I was in psychology, I was evaluated, and

10  I explained what happened to me.  And I explained that I

11  felt suicidal, and I felt as though I would be forced to

12  protect myself for a reason that I don't even know why

13  that have nothing to do with me.  So I was given the Z

14  Code temporarily.  And after about two months to three

15  months I was evaluated again and it was determined that

16  it would be permanent.

17       Q    I'd like to ask you a couple of follow up

18  questions about what you said.  I know these questions

19  are personal, and I understand that, so if you need a

20  break at any time, please let me know.  You said that --

21       A    I'm all right.

22       Q    Okay.  Thank you for letting me know.  You

23  said that you were scared for your life, and that you

24  were suicidal.  Are those, were you scared for your life

25  from Inmate McCullough?

Jeremy Bailey
August 30, 2021

25

1    A    Yes, I'm still scared that they might put him

2    back in the cell with me to attack me again.

3        Q    Okay.  Do you know if Inmate McCullough is

4    still at the facility?

5        A    No, I haven't seen Inmate McCullough since

6    the incident.

7        Q    That's right you did say that.  Okay.  And

8    then you said that you had suicidal thoughts.

9        A    Yes.

10       Q    Have you had those prior to this incident?

11       A    Prior?

12       Q    Correct.

13       A    Have I ever had suicidal thoughts before?

14       Q    Correct, sir.

15       A    For different incidents, yes.  I had a

16   different situation that came over me that made me feel

17   like I wanted to not be here no more, yes, but unrelated

18   to this incident.

19       Q    Understood.

20       A    It don't have anything to do with this

21   incident.

22       Q    Okay.  Now I would like to jump back in time

23   in the day's events here.  In your complaint I see that

24   you state that Inmate McCullough requested the presence

25   of a sergeant John Doe who isn't named --

Jeremy Bailey
August 30, 2021

26

1      A     Yes.

**2      Q     -- and a Lieutenant Yoder --**

3      A     Yes.

**4      Q     -- a defendant that we --**

5      A     Yes, yes.

**6      Q     How do you -- so I'm assuming that you know**

**7   he requested these individuals because you heard the**

**8   request yourself; is that correct?**

9      A     Say that again.

**10      Q     I'm wondering how you knew that Inmate**

**11   McCullough requested the presence of these two**

**12   individuals.  Was it because you heard it yourself?**

13      A     Yes, when he was talking on the unit -- as he

14   was talking while he was in his cell, he was requesting

15   them.  Before they got to the cell, he was requesting

16   them.  And as he was in his cell, as he was still

17   continuing to threaten me, and threating to harm me in

18   front of these officers, he was requesting them

19   continuously.  I was requesting them because I didn't

20   want to get attacked.  I didn't want to get into any

21   trouble.  I didn't want to be forced to protect myself.

22   Which I wasn't even allowed to protect myself because I

23   woke up on the floor tied up.

**24      Q     I understand.  So was Lieutenant Yoder**

**25   present when Inmate McCullough was placed in your cell?**

Jeremy Bailey
August 30, 2021

27

1    A    As he was in the cell?  At that very moment,

2  no, he wasn't.  As he was in his cell -- when Inmate

3  McCullough was in 14 cell in the cell upstairs, he

4  wasn't on the unit at the time.  But after he was placed

5  in his cell, he was in the unit, and he was continuing

6  to verbally allow him to know that he was a Z Code and

7  that if he didn't get out of the cell, he was going to

8  attack me.  He was going to do all types of things to

9  me.  And he told him to get off the door, he told me to

10  get off the door.  He said he didn't basically care.

11    **Q    Okay.  And so, just so we have a clear record**

12  **I want to walk through that piece by pice.  So when**

13  **Inmate McCullough was still upstairs in his original**

14  **cell, Lieutenant Yoder was not on the unit, correct?**

15    A    Not at that very moment.

16    **Q    Okay.  Now, correctional officers who aren't**

17  **named move Inmate McCullough and place him into the cell**

18  **with you.  Was Lieutenant Yoder present at that point in**

19  **time?**

20    A    He came to the unit.  Yes, he was.  He came

21  to the unit, he came on the unit.  We both was trying to

22  get his attention, get him to get Inmate McCullough out

23  of the cell, and he said no.

24    **Q    Okay.**

25    A    Inmate McCullough told him that he will harm

Jeremy Bailey
August 30, 2021

28

1   me, and he didn't -- he still didn't move.

2        Q       Okay.  So at that point was --

3        A       Told him he was a Z Code.

4        Q       -- at that point was Lieutenant Yoder part of

5   the team moving Inmate McCullough, or was he doing

6   another duty somewhere else on the unit?

7        A       He wasn't a part of the very movement at that

8   moment.  He came to the unit for another unrelated

9   incident with another inmate.  And during that time we

10  both allowed him to know that Inmate McCullough was a Z

11  Code and that Inmate McCullough was threatening me if he

12  didn't get removed from the cell.

13       Q       I understand.  So is Lieutenant Yoder the

14  commanding officer for that unit?

15       A       Yes, he's a lieutenant supervisor.

16       Q       Okay.

17       A       He's over the sergeant.  He's the sergeant

18  supervisor of the sergeant.

19       Q       Okay.  And you said that you were -- and that

20  you and Inmate McCullough were telling him about the

21  situation, the Z Code, and the threats that Inmate

22  McCullough made.  At this time are you in your cell or

23  are you outside of your cell?

24       A       I was in a cell.  Inside the cell.

25       Q       Was Inmate McCullough within the cell?

Jeremy Bailey
August 30, 2021

29

1     A    Yes, he was inside the cell with me.

2     **Q**    **Okay.  And was the cell door open or closed?**

3     A    Closed.  The cell door was closed and locked.

4     **Q**    **Okay.  And were there other officers that had**

5   **moved Inmate McCullough to your cell, were they still at**

6   **your cell door?**

7     A    They was on the unit.

8     **Q**    **Okay.  So they were on the unit, but not**

9   **directly outside of your door?**

10    A    Yes, they was on the unit two doors away.

11  Two doors away.

12    **Q**    **Okay.  And approximately how far away was**

13  **Lieutenant Yoder when you were telling him about the Z**

14  **Code and about the threats?**

15    A    I would have to stand up and make footage, so

16  would I --

17    **Q**    **I don't know if you're allowed to move.  I'm**

18  **not sure --**

19    A    Yes, it's okay.

20    **Q**    **-- of the facility's rules, and I don't want**

21  **to ask you to do something that would put you in an**

22  **uncomfortable position.  So just how many cells or how**

23  **many doors away or cell doors away or something like**

24  **that.**

25    A    So he was in between two cell doors.  You got

Jeremy Bailey
August 30, 2021

30

1    one cell door, you got two cell doors, he was in between

2    them.

3         Q       Okay.

4         A       He was at Cell 7, I was in Cell 5.

5         Q       Cell 5.

6         A       So he was walking back and forth, coming

7    around, walking back and forth.  He was in front of the

8    cell basically.

9         Q       Was he doing his security rounds of the unit?

10        A       No, he was on the unit for unrelated

11   incident.

12        Q       Did he ever stop at your cell door and talk

13   to you at your cell door?

14        A       He was talking to Inmate McCullough, yes.

15        Q       Okay.

16        A       He came over to the door and we both told him

17   that Inmate McCullough was a Z Code and didn't belong in

18   the cell, and Inmate McCullough was telling him he was

19   going to harm me if he didn't get out of the cell.

20        Q       And do you know what approximate time this

21   conversation occurred?

22        A       No, I can't remember the exact time.  I

23   wasn't looking at the time, so I can't remember the

24   exact time.  I'd be trying to estimate if I did.

25        Q       Perfectly fine.  Thank you for indicating as

Jeremy Bailey
August 30, 2021

31

1    such.  So how many, approximately how many times did you

2    speak with Lieutenant Yoder about the Z Code and about

3    the threats made by Inmate McCullough?

4        A    Just that time.  The one time that he came to

5    the unit.

6        Q    Okay.

7        A    I believe so that was the only time.

8        Q    Okay.  Understood.  I also see here that you

9    also spoke to the sergeant on the unit.

10       A    Yes.

11       Q    How many times did you speak to the sergeant

12   about the Z Code and about the threats?

13       A    I don't know.  It was probably about one or

14   two times with both of them.  I'm not sure.

15       Q    Okay.

16       A    I'm not sure.  He was on the unit at the same

17   time.  They was both on the unit at that time.

18       Q    I understand.

19       A    The sergeant was on the unit at that time,

20   Lieutenant Yoder was on the unit at that time regarding

21   an unrelated incident with another inmate --

22       Q    Okay.

23       A    -- as they always do, they was spraying in

24   somebody else's cell.  They was --

25       Q    Okay.  I'm sorry, sir, go ahead.  I didn't

32

1   mean to cut you off.

2        A     They was all on the unit at the same time

3   spraying pepper spay in somebody else's cell.  So before

4   they began to spray pepper spray in a person's cell, we

5   was both trying to allow them to know he wasn't supposed

6   to be the cell.  And then McCullough was at the same

7   time threatening to harm me.  And I was at the same time

8   allowing them to know that he was threatening me.

9        Q     So this other incident involving pepper spray

10  of another inmate in another cell, was that ongoing at

11  the same time that you were trying to get Lieutenant

12  Yoder's attention?

13       A     It wasn't active at the time.  He had just

14  came on the unit.  We had stopped him right then and

15  there.  He talked to us.  He said no and he not moving

16  him.  Inmate McCullough was going to stay in the cell

17  with me.  And then he went over to the incident that was

18  taking place with another inmate.  And then with that

19  inmate, they began spraying that inmate in the other

20  cell.

21       Q     Okay.  And so earlier you --

22       A     And he left off the unit.

23       Q     Okay.  And so earlier you said it's a small

24  unit and you can hear everything that's going on --

25       A     Yes.

33

1    Q    -- so what's this other altercation going on

2  a couple doors down requiring, it sounds -- was it, what

3  did you call it, pepper spray?  What was going on down

4  there?

5    A    Yes.  I think it was some, a guy named Eric

6  Johnson.  Eric Johnson, he was using the bathroom, I

7  believe, and he had put some paper on his window, and

8  they rushed on the unit.  I don't know the exact reason

9  they sprayed him, but pepper spray got used.

10    Q    Okay.

11    A    They used pepper spray on him.

12    Q    So was he extracted from his cell?

13    A    After he was sprayed.

14    Q    Okay.  So now I'd like to get back more to

15  the events --

16    A    Yes.

17    Q    -- involving you, sir.  Okay.  I'm going to

18  jump back.  It's going to be jump back and forth here.

19    A    Yes.

20    Q    Do you know the approximate time that Inmate

21  McCullough was placed into your cell?

22    A    It was in the morning time.  I don't know the

23  exact time.

24    Q    Okay.  Great, great.

25    A    It was in the morning time.

Jeremy Bailey
August 30, 2021

34

1    Q       And so, do you know, and, again, I understand

2    you may not remember times or didn't look at the clock,

3    et cetera, do you know approximately how long Inmate

4    McCullough was in the cell before you were knocked

5    unconscious?

6    A       From that morning time to about 2:30.  So if

7    I'm making approximate times, I'd say from about

8    9 o'clock a.m. to about 2:30 p.m. where I was discovered

9    from another officer named Houser who found me on the

10   floor tied up while Inmate McCullough was threatening to

11   continue harming me.  My arms was tied behind my back,

12   my legs was tied together.

13   Q       Okay.  So, first off, which bunk were you

14   occupying in the cell, the top or the bottom?

15   A       I was on the bottom bunk.

16   Q       Okay.  And I see here in your complaint that

17   you state that Inmate McCullough said "do not move from

18   your bunk or I will hurt you;" is that correct?

19   A       Yes, yes.

20   Q       How many times did he tell you this threat?

21   A       That was about the only time.

22   Q       Okay.

23   A       He was frustrated with them not moving him

24   out of the cell.  And I was moving around the cell

25   trying to help him get out of the cell because I didn't

35

1    want to fight him.  I didn't want to get into no

2    altercation.  I didn't want to stay in the RHU.  You get

3    into a fight, you stay down there, and you're just stuck

4    in this RHU.

5        **Q      Understood.  So then you say that you were**

6    **attacked and knocked unconscious.**

7        A      Yes.

8        **Q      Do you know how you were knocked unconscious?**

9        A      Yes, when I was going to use the bathroom, I

10   used the bathroom to urinate.  When I was going back to

11   lay on the bunk, I just got hit right here behind my ear

12   and everything went blank.

13       **Q      Okay.**

14       A      I woke up.  I believe -- I know I hit my back

15   on a stool because I was under the table, so I hit my

16   back on the stool.  And I just missed the other stool,

17   my head, this side of my head (indicating) just missed

18   the other stool.  So if I may have hit the other stool,

19   my face probably be a worse situation than what it is

20   now.  I probably wouldn't be here.

21       **Q      Okay.  I understand what you're saying, sir.**

22   **And for the record purposes, I saw you touching behind**

23   **which ear were you hit, sir?**

24       A      Right here, my left ear.

25       **Q      Okay.  In front of your ear or behind your**

Jeremy Bailey
August 30, 2021

36

1   ear?

2        A     Behind my ear.  I had a knot behind my ear.

3   Behind my left ear I had a knot.

4        Q     Okay.  Do you know with -- were you hit with

5   an object?  Or do you have any recollection or knowledge

6   of what you might have been hit with?

7        A     When I was going to the toilet, I didn't see

8   nothing in his hand, so.

9        Q     Okay.

10       A     And we get searched down there, so there's no

11  weapons as far as, like, metal or a combination locks,

12  there's none of that down there, so it have to be his

13  fist.

14       Q     Okay.

15       A     It had to be a closed fist.

16       Q     And when you got up to use the bathroom, do

17  you recall where Inmate McCullough was in the cell?

18       A     At the door.  It's on camera.  If you get the

19  camera footage, you'll be able to review the camera's

20  footage and see him hitting me and knocking me down and

21  possibly tying up too while he in the cell.

22       Q     Which camera, sir?

23       A     The unit camera.  There's a handheld camera.

24  There's a handheld camera recorder that they came to the

25  cell with recording me while I was on the floor tied up

Jeremy Bailey
August 30, 2021

37

1    around 2:30.

2         **Q       Okay.**

3         A       2:15/2:30.

4         **Q       Is there -- now, you said you could view the**

5    **camera footage and see him tying you up.  Is there a**

6    **camera within your cell within the RHU?**

7         A       No, it's not inside the cell.  Outside the

8    unit on the ceiling, but the unit is so small that

9    there's about two to three cameras.  So the unit is so

10   small that they can actually see inside the cells.

11        **Q       And to your knowledge --**

12        A       And where my cell was at --

13        **Q       Oh, go ahead.**

14        A       -- where my cell was at, where the cell I was

15   housed at, the camera would be right here on the

16   ceiling.  So it would be able to face down and look

17   inside the cell and see where, if I go towards the

18   toilet, it would see that I'm going towards the toilet.

19   And if I'm about to walk back towards the bunk, it will

20   see I'm about to walk back towards the bunk.

21        **Q       And so have you reviewed camera footage**

22   **related to this incident?**

23        A       Yes, I've been inside -- I've been inside the

24   security room before.

25        **Q       And have you seen this footage that was**

Jeremy Bailey
August 30, 2021

38

1  filmed that you say from the outside of your cell

2  looking into your cell?

3      A     No, I didn't see him attacking me on the

4  footage.  I know how the camera system works in the

5  facilities, though.

6      Q     Okay.

7      A     By me being inside the security room and

8  being questioned about some stuff, I know how they

9  operate with the camera.  And they're able to move it

10 around.  It moves around.  It can watch other units.  It

11 can zoom in.  It can hear you.  It can do all of the

12 stuff it want to do.  It's up-to-date technology.

13     Q     Understood.  So with your Cell Number 5 in

14 this unit, would you describe to me what the door to

15 your cell looks like, sir?

16     A     What the door?  Well, the doors have two

17 windows, two long windows, have two long windows, and

18 it's a sliding door.

19     Q     How large are those windows?

20     A     About a yard.

21     Q     About a yard?

22     A     Yes, 36 inches about.

23     Q     And about 36 inches, is that wide?

24     A     No, in length.

25     Q     Okay.

Jeremy Bailey
August 30, 2021

39

1    A    About the width -- about 6 inches, about 6 to

2   8 inches, and 6 to 8 inches width and 36 inches long.

3   About a yard long, 6 to 8 inches width.

4    Q    Okay.  So the windows are pretty skinny then?

5    A    Yes.

6    Q    Okay.

7    A    There's two.  There should be two windows.

8    Q    Yes, you said there's two windows.

9    A    Yes.

10    Q    So I'd like to go back to the events here.

11   So you get up to use the restroom, and you use the

12   restroom and on the way back to the bunk is when you're

13   struck behind your left ear, correct?

14    A    Yes.

15    Q    Do you have any recollection of how you ended

16   up on the ground, or I'm trying to figure out -- at what

17   point is the last thing you remember?

18    A    After using the toilet.  After using the

19   toilet and I'm about to go back to the bunk.

20    Q    Okay.

21    A    I just see flash, like a flash.  Like a

22   flash -- like a flash and then darkness and then just

23   blank and I woke up.  And it took me about a week to

24   even remember because I was suffering from a concussion.

25    Q    So you don't recall going to the ground at

Jeremy Bailey
August 30, 2021

40

1    all?

2         A    I don't understand what you mean.

3         Q    Of course.

4         A    I got knocked unconscious, I fell, hit my

5    back, and when I woke up I was on the floor tied up.

6         Q    And do you recall how, when you woke up, how

7    did you find yourself tied up?

8         A    My arms was tied behind my back.  I was under

9    the -- under the -- like, halfway under the table and,

10   like, under the bunk a little bit, and my arms was tied

11   up behind my back, and my legs were tied together.

12        Q    Okay.  You say that your arms were tied

13   behind your back.  At what point of your arms were you

14   tied together?

15        A    At what point?

16        Q    What part of your arm was tied together with

17   the other arm?

18        A    My wrist was tied and this wrist was tied,

19   they was behind my back like handcuffs.

20        Q    Okay.

21        A    Like handcuffs would be going when you're

22   handcuffed behind your back or handcuffs on your wrists,

23   like that.

24        Q    Okay.

25        A    But it was sheet, it was rope.  It was tied

Jeremy Bailey
August 30, 2021

41

1    like that.

2    **Q    That was my next question.  What were your**

3    **hands tied together with?**

4    A    Rope, sheet --

5    **Q    Rope?**

6    A    -- sheet, bedsheet.

7    **Q    So by rope you mean part of a bedsheet?**

8    A    Yes.

9    **Q    And so then at what -- where on your legs**

10   **were your legs tied together?**

11   A    At my ankle.

12   **Q    Okay.  And what material was used to tie**

13   **those together?**

14   A    Sheet, bedsheet.

15   **Q    Okay.  Now, did you have any cuts on your**

16   **wrists from the restraint?**

17   A    Just like whips, like wheps.  What they call

18   it?  Like irritation.  Just irritation --

19   **Q    Okay.  Were you --**

20   A    -- like, from it being on my arms and tight.

21   **Q    Was there any on open wounds or any bleeding**

22   **at all?**

23   A    On my wrists?

24   **Q    Correct.**

25   A    No.

Jeremy Bailey
August 30, 2021

42

1    **Q     Were there any abrasions on your ankles from**
2    **the restraints there?**

3    A     No.

4    **Q     Was there any swelling at all?**

5    A     Just like from the tightness and when you
6    take it off, just like handcuffs, just the marks and,
7    like, the irritation of it.

8    **Q     So there was no blood or any open wounds**
9    **then?**

10   A     No.

11   **Q     About how long did the marks on your ankles**
12   **take to go away?**

13   A     I didn't pay it any attention.  I never
14   counted the days or the time or the hours to see how
15   long it would take to go away.

16   **Q     Okay.**

17   A     I still was dealing with even just being
18   attacked period.  To this day I'm still dealing with
19   that.

20   **Q     I see.  Okay.  And so, likewise, you didn't**
21   **recognize how long the welts took to leave your wrists?**

22   A     I never tried to keep time with it.  I never
23   try to count the days or the hours or the minutes to see
24   how long it would go away.

25   **Q     And did those welts on your wrists and**

Jeremy Bailey
August 30, 2021

43

1   ankles, did they bruise at all?

2       A     I don't understand.

3       Q     Like a discoloration, like a purple or

4   yellowish bruise?

5       A     There wasn't, no.

6       Q     Okay.

7       A     It wasn't that bad, no, to say it was like --

8   like a skin infection or something like that?

9       Q     A bruise, I mean, like say you hit your knee

10  off of a table and your knee bruises, you don't have any

11  cuts or opening of the skin --

12      A     Like to cut circulation off or something like

13  that?

14      Q     I'm not sure, but that's all right.  We're

15  just having a miscommunication.  So just some minor

16  welts that you said you had, but you don't know how long

17  they lasted?

18      A     Yeah, yeah.

19      Q     So now that you've woken up and found

20  yourself tied up on the floor of your cell, I see in

21  your complaint that you said that you started calling

22  for help.

23      A     Yes.

24      Q     What officer was the first officer to arrive

25  at your cell?

Jeremy Bailey
August 30, 2021

44

1    A    CO Houser.

2    **Q    And to your knowledge, how is Houser spelled?**

3    A    H-O-U-S-E-R.

4    **Q    Great.  Thank you for your help.  And so when**

5    **he arrives at your cell, did he immediately open the**

6    **cell door?**

7    A    No.

8    **Q    I apologize for that question.  Let's ask it**

9    **differently.  After he found you tied up, what was his**

10   **first action that you remember?**

11   A    He was asking McCullough what he was doing,

12   what did he do?  What he was doing?  What was going on?

13   And he called over for his supervisor.  He called over

14   for Lieutenant Passarelli and a sergeant and other

15   officers.  He radioed to them, and Lieutenant Passarelli

16   radioed for the handheld camera.  And when they brought

17   the handheld camera, they was telling Inmate McCullough

18   to not attack me again and to put the handcuffs on, to

19   allow them to put the handcuffs on him.  And for about

20   five minutes they was doing that.  And then Inmate, when

21   they threatened to spray inside the cell, Inmate

22   McCullough put the handcuffs on.

23         And they came inside, they took him out of

24   the cell.  They came inside the cell and they cut the

25   rope off of my arms and my legs, and I had to go to

Jeremy Bailey
August 30, 2021

45

1   medical.  Well, to the medical triage and see the nurse.

2       Q    So then we have Officer Houser and Sergeant

3   Passarelli present.

4       A    Lieutenant Passarelli.

5       Q    Oh, excuse me, Lieutenant Passarelli.  Was

6   anyone else present, any other officers?

7       A    There was, yes, there was other officers.  I

8   don't know their names.

9       Q    That's okay.  So were there several other

10  officers?

11      A    Yeah.

12      Q    Okay.

13      A    The one that was holding the camera.  Then

14  there was, like, two other ones that cut the rope off my

15  arms and leg.  And there's about five or six of them.

16      Q    Okay.  And so were you able to stand up on

17  your own after they removed the restraints?

18      A    Yes, I was able to stand up.

19      Q    Okay.  And so were you able to walk to the

20  medical triage room or did you have to be --

21      A    Somewhat.

22      Q    -- put in a wheelchair or something of that

23  nature?

24      A    I was able to walk somewhat.

25      Q    Okay.  Do you have any recollection once you

Jeremy Bailey
August 30, 2021

46

1    were in the medical triage room what time of day it

2    might have been?

3         A    About 2:30, 2:40, around that time, 2:40.

4    Almost close to 3 o'clock, around that time.

5         Q    Okay.

6         A    If I'm making approximate times.

7         Q    All right.

8         A    It was after -- it was during the next shift.

9    It was on the next shift.  It was on second shift.  2:00

10   to 10:00, is that correct, 2:00 to 10:00 shift?

11        Q    Okay.  I'd like to go back a couple minutes

12   here to when you're still in the cell.  You said that

13   they called, or excuse me, Lieutenant Passarelli called

14   for the handheld camera.

15        A    Yes.

16        Q    Do you recall where that individual was

17   standing with the camera in the cell?

18        A    He wasn't in the cell he was outside the

19   cell.  It was a correctional officer.  He was outside

20   the cell and he was holding the camera in his hand

21   pointing it inside the cell, pointing it towards the

22   cell.  And he was taking footage of the incident taking

23   place.

24        Q    And at this time --

25        A    They should still have -- they still should

Jeremy Bailey
August 30, 2021

47

1  have the footage.  You can get a warrant for to see the

2  footage.

3       Q      Okay.  Thank you.  At this time was Inmate

4  McCullough being aggressive or continually --

5       A      Yes.

6       Q      -- attacking you at this time?

7       A      Yes.  He was ready to come attack me again

8  until they opened up the slot and was ready to spray him

9  he was ready to come and attack me again.  As Lieutenant

10 Houser walked -- came towards -- as he discovered me, he

11 discovered him hitting me.  He discovered him hitting me

12 as I was coming back into conscious he was still hitting

13 me.  That should all be on camera.  That's why I'm

14 asking you to review the camera.  You all see it because

15 you can see inside the cell.

16            He, when I come back into conscious, he kind

17 of, he may have knocked me back into conscious because I

18 woke up and I felt him hitting me and he was on top of

19 me and he was still swinging punches on me while I'm on

20 the floor.  And when he went to the door, CO Houser was

21 like what have you done?  And he told him that he was a

22 Z Code, and they called over other officers.  It's all

23 on footage.

24       Q      I understand what you're saying.  And I

25 understand that, you know, you say I can review the

48

1  footage.  I'm just wanting to see what you remember of

2  the events of the day and how --

3      A    It was two years ago, so it's like I remember

4  it because it's something that I can't forget, but

5  little parts of it is not going to always stick --

6      Q    Understood.

7      A    -- like, just little itty bitty parts of it

8  not going to always stick.  Just the major parts of it

9  is what I remember how I was attacked and stuff like

10 that --

11     Q    I understand.

12     A    -- and everything that happened.

13     Q    So here you said that as you were coming back

14 into consciousness and you were tied on the floor,

15 Inmate McCullough was continually hitting you?

16     A    Yeah, he hit me, like, three more times.

17     Q    Approximately three more times?

18     A    Yeah.

19     Q    And how, excuse me, where on your body did he

20 hit you?

21     A    On the side of my head.  Back here like on

22 the side and like in the back.  I was trying to, like,

23 move my face whereas he couldn't get a clear, like, on

24 my eye or something.  So, like, the back of my head and

25 on the side.

Jeremy Bailey
August 30, 2021

49

1    Q     And what did he hit you with, sir?

2    A     His fist.

3    Q     So it was a closed fist that he used?

4    A     Yes.

5    Q     And so you woke up, he hit you three more

6    times.

7    A     Yes, as I was waking up.

8    Q     At what point did Officer Houser appear at

9    the door, while those hits were going on?

10    A     Yeah, like at that very moment.  Like at that

11    very moment.

12    Q     And do you recall if Officer Houser gave any

13    orders to cease hitting you?

14    A     I can't remember exactly what was being said.

15    I just remember him calling over for back up, and them

16    coming on the unit with the spray and the camera, and

17    them telling me to hold on that they're about to get in

18    there.

19    Q     Okay.  And do you recall how many bursts of

20    pepper spray they had to deploy?

21    A     They never sprayed.

22    Q     They just said they were going to if he did

23    not comply to be handcuffed?

24    A     Yes, yeah.

25    Q     So after that, or after communicating that

Jeremy Bailey
August 30, 2021

50

1   they would use pepper spray, Inmate McCullough allowed

2   himself to be handcuffed?

3       A    Yeah.

4       Q    **Okay.**

5       A    Well, after he was, yeah, after he was still

6   threatening -- and after he was still threatening kind

7   of coming towards me, threatening to kick me or

8   something, threatening to kill me, saying he's going to

9   f'in kill me, and they better do something, yeah, they

10  got him out of the cell.

11      Q    **Okay.**

12      A    It took about five minutes to get him out.

13      Q    **Five minutes, you said?**

14      A    Yeah, it took about five minutes for them to

15  get him out.

16      Q    **Okay.  And do you recall if Inmate McCullough**

17  **was handcuffed and removed from the cell before or after**

18  **Lieutenant Passarelli arrived?**

19      A    All the officers was there.

20      Q    **Okay.**

21      A    Lieutenant Passarelli and his colleagues was

22  there.  Lieutenant Passarelli is the supervisor, and

23  then you have the sergeant, and you have the

24  correctional officers.  And altogether it was about six

25  including the lieutenant and the sergeant.  So it was

Jeremy Bailey
August 30, 2021

51

1   all about, like, six of them.  One had the camera, one

2   had the spray.  Lieutenant Passarelli was making

3   directions.  And then it's just about six of them

4   altogether.

5       **Q      Okay.  So then you were taken to medical and**

6   **you said that you received medical attention from a**

7   **nurse, correct?**

8       A      I was at -- I was wanting to receive medical

9   attention.  It was inadequate medical attention.

10      **Q      Were you seen by a psychologist --**

11      A      They were just trying to cover it up.  Huh?

12      **Q      I'll start with what you said, sir.  What do**

13  **you mean by she was trying to cover it up?**

14      A      She was trying to cover it up.  She knew what

15  was going on and she was trying to cover it up like it

16  never happened or something.  She was trying to say I

17  didn't have no injuries.  Trying to say that it never

18  really happened.  I was showing them my injuries.  She

19  was telling the officers not to take pictures of my

20  injuries.

21      **Q      Were any pictures taken, sir?**

22      A      Yes, but when I tried to get them to take a

23  picture of my ear, she was telling them, like, no, don't

24  take a picture of it.  That if they didn't want to get

25  in trouble, don't take a picture of it.

Jeremy Bailey
August 30, 2021

52

1    Q      You said she was telling "them."  Who was

2  them?

3    A      Lieutenant Passarelli and the other officers.

4    Q      Was Lieutenant Yoder there?

5    A      No, he already left.  They left on the first

6  shift.  He from 6:00 to 2:00.

7    Q      Okay.

8    A      He was on 6:00 to 2:00 shift.

9    Q      Okay.  So anything --

10    A      I'm not sure if he did a -- I'm not sure he

11  may have, he could have did a double and went to another

12  unit and been the supervisor for another unit at that

13  time.  I'm not sure.  But he wasn't in the RHU at that

14  time.  I didn't see him.  In the RHU area, when I came

15  out of the triage area, I didn't see him in the

16  hallways.  When I went back to the unit, I didn't see

17  him in the unit.  I didn't see any of the officers that

18  was on first shift around at that time.  They wasn't

19  around at that time.

20    Q      Did you see any psychologists at that time?

21    A      Afterwards.

22    Q      Okay.  And what --

23    A      They came to the unit.

24    Q      Was it on September 10th, later that day?

25    A      Not that I recall, no.

Jeremy Bailey
August 30, 2021

53

1    Q    Okay.

2    A    Not that I recall.

3    Q    So after you were seen in the medical triage

4    room, where did you go after that period of time?

5    A    I went back to the -- they took me back to

6    the cell.

7    Q    Cell Number 5 in the RHU, sir?

8    A    Yes.

9    Q    Okay.

10    A    Yes.

11    Q    And then here in your complaint I see that

12    you were sent -- you say that you were sent to the

13    psychiatric observation cell or the POC cell; is that

14    correct?

15    A    Yes, yes.

16    Q    When did you go to POC?

17    A    Around September 30th.

18    Q    Okay.  So --

19    A    September 31st or September 30th.

20    Q    Okay.  So that's some time after the events

21    of the 10th.  Okay.

22    A    Yes.

23    Q    How long were you in POC then?

24    A    For four days.

25    Q    And do you recall if you requested to go to

Jeremy Bailey
August 30, 2021

54

1    POC or did you receive orders to go there?

2        A    No, I received orders to go there.  I didn't

3    request.

4        Q    Do you recall which professional gave you

5    those orders?

6        A    No, I didn't.  I don't remember their name.

7    I was just talking to the psych at the time.  On

8    September 30th I was talking to the psych and he, after

9    talking to him, he made orders for me to be placed in a

10   POC for my own safety and others.

11       Q    Okay.  And when you say for your own safety

12   from others, what others, individuals?

13       A    For my own safety so I don't kill myself.

14       Q    So there were no other threats from other

15   inmates an you at that time?

16       A    No, not at that very moment.

17       Q    Okay.  And did you have, when you went back

18   to your cell in the RHU on September 10th, did you have

19   another cellmate at that time?

20       A    No, no.

21       Q    Did you have a cellmate --

22       A    I didn't have a --

23       Q    I'm sorry, sir, go ahead.

24       A    That was the last cellmate that I had.  Well,

25   he wasn't even my cellmate.  McCullough wasn't even my

Jeremy Bailey
August 30, 2021

55

1    cellmate because he wasn't supposed to be in the cell.

2    But that was the last person that was in the cell with

3    me since the incident.

4        Q    Okay.  And to make sure I understand, you

5    didn't have another inmate in your cell from

6    September 10th until you went to POC, correct?

7        A    Yes.  Until this day.

8        Q    Okay.  I understand.  So generally are you

9    aware of the inmate grievance procedures with DOC?

10       A    Yes, yes.

11       Q    How many levels of review are there within

12   the inmate grievance system?

13       A    Three.

14       Q    And what's the first level of review?

15       A    To Kelly, Patricia Kelly, the one that was

16   just here, she's the first.  And then you have the

17   facility manager, who is the second.  And then you have

18   central office, who is the third.

19       Q    Okay.  And did you file a grievance related

20   with the matter here of the events of September 10th,

21   sir?

22       A    Huh?

23       Q    Did you file a grievance connected to the

24   events of September 10th, sir?

25       A    Yes.

Jeremy Bailey
August 30, 2021

56

1    Q    And I know it was some time ago, and I would

2 like you to answer these questions based off of your

3 recollection, as I'm sure you have copies of the

4 grievance documents yourself.  Do you recall what

5 details you grieved within the grievance form?

6    A    Yes.

7    Q    Okay.  Great.  And what events did you

8 include in that grievance to the extent that you

9 remember?

10    A    I put that a Z Code inmate was placed in my

11 cell who didn't belong and I was attacked and I wasn't

12 protected.

13    Q    Okay.

14    A    And that was on the first one.  And on the

15 second one I went a little bit more into detail about

16 how I was knocked unconscious and tied up, woke up tied

17 up on the floor.

18    Q    Okay.  And by first one and second one --

19    A    And then the third --

20    Q    -- oh, and the third, are these separate

21 grievances --

22    A    Yes.

23    Q    -- or just the appeals?

24    A    They are the first, second, and third.

25    Q    Okay.  I apologize, sir, go ahead.  You were

**Jeremy Bailey**
**August 30, 2021**

57

1    going to say something about the third one.

2        A    Yes.

3        Q    So did you receive a first level review

4    decision?

5        A    Yes.

6        Q    And did you appeal that decision?

7        A    Yes.

8        Q    Okay.  Why did you decide to appeal the

9    decision?

10       A    Because I have to go to -- I have to go to

11   the higher ups.  I have to go to the facility manager

12   next, and then I have to go to central office next.

13       Q    Okay.

14       A    That's how the procedure works.  When you

15   write a grievance, you got to go all the way up to --

16   you have to exhaust your grievance.  You have to go all

17   the way to the last level.  That's how the grievance

18   works, first, second, and third.

19       Q    I understand.  So when you made the decision

20   to appeal that first level of review, the initial

21   review, did you disagree with the decision of that

22   initial review?

23       A    Yes.

24       Q    Okay.

25       A    It was -- it was the facility staff admitting

58

1    to the incident taking place, but being -- being as

2    naive and ignorant to it as if they didn't care much

3    about it.

4         **Q     So then you appealed to the facility manager.**

5    **Did you receive a decision, sir?**

6         A     Yes.

7         **Q     And then you also decided to also appeal that**

8    **decision, correct?**

9         A     Yes.

10        **Q     And do you recall why you made that decision**

11   **to appeal to central office?**

12        A     Yes.

13        **Q     And what was it?**

14        A     Because he was doing the same thing, allowing

15   them to do dirty work.  They do a lot of dirty stuff.

16   And he was acting as if he didn't care.  He was trying

17   to make it seem like as if it happened, but it didn't

18   happen.  He was trying to cover it up.  That's all he

19   was doing.  He was trying to cover it up.

20        **Q     And how was he trying -- how does he try to**

21   **cover it up?**

22        A     To say, like, certain things didn't happen.

23   To say that I didn't have no injuries.  Just like when I

24   told you that the nurse tried to say that.  She tried to

25   tell the officers not to take the pictures of my

Jeremy Bailey
August 30, 2021

59

1   injuries.  He was trying to say that I didn't have no

2   injuries, when I did from the incident.  He was trying

3   to cover it all up in the paperwork.  And I believe that

4   they actually might have put on the medical paperwork

5   that I didn't have no injuries.  So I wouldn't be

6   surprised if she did that.  But if I get put under some

7   type of X-ray and MRI scan, you can probably see the

8   injuries still on my back --

9        Q      Okay.

10       A      -- from me hitting the stool.

11       **Q      And I think that's a good segue.  I would**

12   **like to talk with you about the injuries that you have**

13   **here, sir.  So would you please walk me through what**

14   **injuries did you receive?  And I know you talked about**

15   **your back was hurt from hitting the stool, but please**

16   **include all injuries, and we'll walk through them**

17   **together.  All right, sir?**

18       A      Well, when I was knocked down, before I fell

19   to the ground, I hit the -- my back hit the stool.  And

20   when I woke up and felt all the pain, I noticed it

21   because there wasn't anything else in the cell that can

22   cause that pain.  If a person is going to cause harm to

23   you, he's not going to cause harm to you on a certain

24   part of your body, like, kicking you -- like breaking

25   your toe or something like that, so he don't know to hit

**Jeremy Bailey**
**August 30, 2021**

60

1   me directly on the tailbone and cause an injury on my

2   back.  He's going to, if he wants to attack me, he's

3   going to attack me where I go unconscious if I hit me in

4   the head or hit me in the mouth or hit me in the eye or

5   hit me in the nose.  He's not going to grab my finger

6   and pull my finger until I say ouch.

7           So I know the injury came from the stool,

8   because the way I was positioned, I was under the table,

9   and I was halfway under the table where the stool is at

10  and nearly under the bunk.  So I was, like, sideways

11  like that.  My back, my foot, all of that was under the

12  table, and my head was like halfway under the stool and

13  under the bunk, and between the bunk -- and between the

14  bunk and between the stool.

15          **Q    Okay.  I understand what you're saying, sir.**

16  **And for the purposes of the record, would you be able to**

17  **describe what part of your back you believe hit the**

18  **stool as you fell as you were knocked unconscious?**

19          A    My tailbone.

20          **Q    Your tailbone?**

21          A    This part of my back.  (Indicating on low

22  back.)

23          **Q    So your lower back/tailbone area of your**

24  **back?**

25          A    Yes, yes.

Jeremy Bailey
August 30, 2021

61

1    Q    Okay.  Now, sir, did you have any sort of
2    X-ray or MRI of your back after this incident?
3    A    Just an X-ray, not an MRI.
4    Q    Do you recall when you had an X-ray done?
5    A    No.  It was about last year at sometime, or
6    this year -- last year and this year.
7    Q    Okay.  So you had two X-rays?
8    A    Yeah, it was like an inadequate miscellaneous
9    one.  It wasn't an accurate one whereas they're really
10   looking for something.  They just took a picture of
11   my -- they took a picture of my spinal cord just to show
12   the skeleton.  And then they took a picture of the
13   muscle, of my nerves, looking for -- they wasn't looking
14   for -- they wasn't trying to look for an injury.
15   Whereas I can get it fixed if I go to a hospital I would
16   be able to find the injury, and then the injury will
17   actually pop up because I still have the injury.  I
18   can't even put my shoe on for real because I got
19   permanent damage now from them refusing me medical care
20   here.
21   Q    Okay.  And you said that you cannot put your
22   shoe on.
23   A    I'm having a hard time.  I have a hard time
24   putting my shoe on.
25   Q    Okay.  So is that -- when does the pain

62

1    occur?  I'm assuming, so is that when you bend over?

2        A    Yes, exactly.

3        Q    Okay.

4        A    I'm surprised you even know that.

5        Q    I guess I'll just leave it to life experience

6    of falling and hurting your back, but I digress.  Okay.

7    So is there any other time of the day when your back

8    pain becomes more apparent other than when you bend over

9    to put your shoes on?

10       A    If I try to lay directly on my back, and I'm

11   not on a cushioned surface, I will feel it in my

12   tailbone.  It will really hurt bad.  Like, I will

13   instantly roll over.  I won't be able to lay like that

14   for about a couple seconds.  Like, be a couple seconds

15   and I instantly move because it starts shooting up.  It

16   starts shooting up to, like, my brain or something.

17   Like, it just...

18       Q    So it feel like a shooting pain?

19       A    Sharp pains.

20       Q    Sharp pain?

21       A    Yes.

22       Q    And is that the same pain you will experience

23   when you bend over to put your shoes on, sir?

24       A    Yeah, like a sensitive sharp pain.

25       Q    And did you -- have you been prescribed any

Jeremy Bailey
August 30, 2021

63

1  pain medication for this pain?

2      A     It was some type of medication they try to

3  give me, but it was during the pandemic and the

4  medication they give me, it said that it, it lowers the

5  risk for -- the exact words it said was it prevents me

6  from -- it prevents my body from fighting off

7  infections.  So I don't even know what type of

8  medication it was, but it was supposed to be for some

9  type of pain.  But it said that it stopped my body from

10  fighting off, like, sickness and infections that I might

11  catch, like, if I catch an infection.  It said it stops

12  it from -- it stops it from fighting off them type of

13  things, and it was during the pandemic, so I didn't take

14  it.

15      Q     Okay.  How many times were you prescribed

16  that medication, was it just that one time?

17      A     Just one time, yeah.

18      Q     Have you requested pain medication since that

19  time?

20      A     Yeah, I requested, not exactly pain

21  medication, but I requested to go to a hospital and to

22  be -- and see what's wrong with me.  See what's wrong

23  with my back.  I might even -- I don't even try to put

24  any more request slips in because they just don't even

25  answer them.  I got a sick call slip in now that I've

64

1   been putting in for the last three days, and because of

2   this situation where I filed the 1983, there's a lot of

3   retaliation going on.  So I get refused medical care.  I

4   get refused a lot of stuff.

5        Q     And you just said you filed a Section 1983

6   claim.  Is that our current lawsuit that we're talking

7   about today?

8        A     Yes, yes.

9        Q     Okay.  And back to this medication and

10  treatment conversation we're having.  Have you taken,

11  like, over-the-counter pain medication, like Tylenol or

12  ibuprofen?

13       A     No.

14       Q     Okay.  Have you requested such from --

15       A     I did receive -- sorry.  I did receive

16  ibuprofen that was -- that was just one time I was

17  given.

18       Q     And how often do you take ibuprofen?

19       A     I received one time, and it came in a packet

20  form where you can pop them out.  The pop out ones.  The

21  pop out ones.  And that was it.  That was just one time.

22  One time.

23       Q     So you received ibuprofen one time.  Have you

24  requested it since that time?

25       A     Yes, I requested it after I have ran out and

**Jeremy Bailey**
**August 30, 2021**

65

1   they told me, wrote me back saying that it was only for

2   that one time and that was it.  And if I wanted more,

3   that I needed to request more from a doctor from putting

4   in another sick call.  I didn't have the funds to even

5   afford to put in another sick call slip which is $5, so.

6       Q    Okay.  And you say that you continue to have

7   the back pain even to the current day, correct?

8       A    Yes.

9       Q    Have you ever experienced having back pain

10  prior to September 10th, 2019?

11      A    No.

12      Q    Any back injuries at all?

13      A    Nope.

14      Q    Okay.

15      A    Just the injuries to my leg.

16      Q    And how did those occur, sir?  Were they in

17  connection with this event on September 10th?

18      A    No.  No, that came from working out, hitting

19  my leg.

20      Q    Okay.  All right.  So we've talked about your

21  back pain injury.  Are there any other injuries

22  resulting from the events of September 10th?

23      A    My ear, my back.  And I had, like, inside my

24  lip, I had like abrasions.  Like, my tooth scraped up

25  against my lip a little bit but it didn't cause it to

Jeremy Bailey
August 30, 2021

66

1  bleed.  It was just, like, red and almost, like, that

2  was it.  Like, a little swelling on the lip.

3      Q      Okay.

4      A      That was it.

5      Q      And you mentioned that you had an ear injury?

6      A      Yeah, behind my ear.

7      Q      Behind your left ear, correct?

8      A      Yes.

9      Q      And did you lose hearing at all?

10     A      No.

11     Q      Okay.  So would you describe the ear injury

12 to me?

13     A      Well, behind my ear.  It wasn't my actual

14 ear.  Behind my ear.

15     Q      Okay.  Yes, please.

16     A      It was a hickey, like, on the side of my ear

17 right here.  (Indicating.)

18     Q      I apologize.  I didn't hear what you said?

19     A      It was a hickey on, like, the side of my ear.

20 Like, not the actual ear, not this part (indicating on

21 ear), not the actual ear.  Just, like, a part of my

22 skull, but, like, that bone right there.

23     Q      Okay.

24     A      Behind the ear.

25     Q      Okay.  And so how long did that last behind

**Jeremy Bailey**
**August 30, 2021**

67

1  your left ear?

2      A    How long did it, like, when did the swelling

3  go down?

4      Q    Yes, yes.

5      A    I'm not even sure.  I didn't keep track of

6  it.  It was probably about a week or two probably.  I

7  don't know.  I didn't keep track of it.

8      Q    That's okay.  Do you have any pain currently

9  in that area of your head?

10      A    No.

11      Q    Okay.

12      A    No.

13      Q    Okay.  So we've talked about your back pain,

14  the area behind you left ear, and your lip injury as

15  well.  Any other injuries, sir?

16      A    No.

17      Q    I see in your complaint that you said that

18  you have also been injured via mental anguish; is that

19  correct?

20      A    Yes.

21      Q    Okay.  So would you please describe your

22  mental anguish injuries to me, please?

23      A    I have real bad anxiety.  I have real bad

24  anxiety, like, bad.  I don't trust people in a room with

25  me.  I don't like to be in a room with locked doors and

**Jeremy Bailey**
**August 30, 2021**

68

1   people.  I get real nervous.  And my heart start racing,

2   and I can't -- I don't understand what I get nervous

3   from.  My heart start racing.  I feel like sometimes,

4   like, when that happens and I get nervous like that, it

5   be so much that I almost use the bathroom on myself.

6        Q    Okay.  And -- I'm sorry, go ahead, sir.

7        A    I have a lot of, like, trouble sleeping,

8   waking up, trying to see if something is on my arms and

9   stuff.  Trying to move and seeing if I can move.  When I

10  go to sleep, I don't go to sleep until real late from

11  this stuff.  I have trouble sleeping.  If I had a choice

12  in the making, I'd keep a light on in the cell so that

13  way I'd be able to see around instead when I'm in there.

14  Things like that just cause more mental damage.

15       Q    Thank you.  Now, have you experienced anxiety

16  prior to these events in September 10th of 2019?

17       A    Not on this type of level.

18       Q    Okay.  And have you gone and seen a

19  psychologist or a psychiatrist about your mental health

20  at all since September 10th, 2019?

21       A    Yeah, yeah.  But before, like, I just had a

22  bunch, like, ADHD and, like, depression.  But this had

23  added on something severe.  This has caused a lot of

24  damage.

25       Q    Okay.

**Jeremy Bailey**
**August 30, 2021**

69

1     A     I don't know how I will, like, try to get

2    over it.  Get the thoughts of people trying to kill me

3    and stuff like that, and I really think that's the

4    problem.  Like, I don't know if this dude, he, I kind of

5    worry he might try to do something to me when I go home.

6    So I want to make the notice on that that if something

7    happen to me, I want him to be investigated, too, when I

8    go home.

9     **Q     So when you go home, what do you mean by**

10   **that?  Back to your cell today?**

11    A     No, I'm saying back to my family.  I don't

12   know if he got access to the computers, he can find out

13   where I live at, he can try to do something to me.

14   **Q     So when you're saying when you're released**

15   **from incarceration, you're worried about your safety**

16   **from Defendant Yoder?**

17    A     Yeah, yeah.

18   **Q     And why are you apprehensive about Defendant**

19   **Yoder hurting you after you leave incarceration?**

20    A     Because he did this.  He did that.  He did it

21   on purpose.  Whatever reason why he moved -- whatever

22   reason why he moved Inmate McCullough in there.  He told

23   him he was going to attack me, he basically laughed at

24   him and told us to fight and stuff.  And he been coming

25   on the unit and stuff starring at me, threatening me

70

1   with eyes, starring me down, giving my the threat --

2   giving my the eye look that he want to kill me and

3   stuff.

4        **Q    Okay.  So you've touched on a couple things,**

5   **and I want to go over them and ask you some follow up**

6   **questions.  How do you know that Defendant Yoder was the**

7   **individual who made the order to move McCullough into**

8   **your cell?**

9        A    Because without the orders from the

10  supervisors, no moves get done.  The correctional

11  officers don't make these moves, the supervisor caused

12  the moves.  They're the ones that run the unit.  The

13  correctional officers just follow the orders.  But when

14  threats is made, they need to act accordingly and do

15  their job.  Just like the same situation that happened

16  in George Floyd.  He had other officers who could have

17  stopped the situation.  Instead they sat there and they

18  aided and abetted in the situation, which caused them to

19  get prison time, too, I believe.

20       **Q    So in this case you have no documented**

21  **evidence that Defendant Yoder was the one who made the**

22  **order.  It's, your point of view is based on your**

23  **understanding of how the prison operates?**

24       A    No, it was from actually talking to him.

25  When we asked him to remove from the cell, he said, no,

Jeremy Bailey
August 30, 2021

71

1   that's the way it's going to be.

2       **Q      Did he indicate in that conversation that he**

3   **was the individual who gave the order?**

4       A      He insinuated it.

5       **Q      So he insinuated it.  How did he insinuate**

6   **it?**

7       A      He said, like, no, you not going nowhere.

8   That's where you're going.  You're going to say there.

9   He basically said he don't care about the threats.  When

10  he said he's going to kill me, he do nothing about it.

11  And he said he's basically not moving him still.  He's

12  the supervisor.

13      **Q      Okay.  Did he say he did not care about the**

14  **threats that you reported?**

15      A      Not exactly.

16      **Q      Okay.  So he did not say "I do not care"?**

17      A      He said he was aware -- he said he was aware

18  and that he wasn't being moved.  He said I'm aware.  He

19  said are you going to get me out of this cell, a

20  different cell?  I'm going to kill him.  I'm not

21  playing.  He said I'm aware.  You're not going nowhere.

22  You're staying right there.  He told us to get off the

23  door.  He said get away from the cell door.  And then

24  they went over there and started spraying the other dude

25  in the cell.

Jeremy Bailey
August 30, 2021

72

1    Q    And they responded to another situation?

2    A    Yep.

3    Q    Okay.  So I want to go back to your comments

4    that you think that Defendant Yoder would hurt you

5    outside of the facility.

6    A    Yeah.

7    Q    Has Defendant Yoder made any threats to you

8    and your safety?

9    A    He's been coming to the unit he's been

10   threatening me with his eyes.

11   Q    So you say he comes to the unit.

12   A    Yeah.

13   Q    Your current unit, sir?

14   A    Yes, the unit I'm on right now.

15   Q    Okay.  And remind me, I know you told me,

16   which unit are you on at Coal Township?

17   A    FB.

18   Q    FB?

19   A    F Unit, Pod B.

20   Q    And is Defendant Yoder an employee of the

21   Department of Corrections?

22   A    Yes.

23   Q    So is he employed within SCI Coal Township?

24   A    Yes.

25   Q    Okay.  And to the extent that you know, what

Jeremy Bailey
August 30, 2021

73

1    is Defendant Yoder's position?

2        A    He's a lieutenant.

3        Q    Okay.  So do lieutenants, is it normal for

4    lieutenants to work on housing units?

5        A    I've seen some work on units.

6        Q    Okay.

7        A    I've seen some work on units.

8        Q    And is it --

9        A    I'm not sure --

10       Q    Sorry, go ahead, sir.

11       A    I was saying I just seen some work on units.

12       Q    Okay.  And is it common, even if an officer

13   doesn't work on a unit, they may respond to a unit as

14   well or visit a unit?

15       A    Yeah, he do like rounds walking from unit to

16   unit.  And for some odd reason he for these last couple

17   weeks he been coming to the unit back to back while,

18   like, I'm on the phone or something, and he just stares

19   at me and won't look away, just stares at me with this

20   hatred look, and that's a threat.

21       Q    And how do you know that he's intending to

22   give you a hated look?

23       A    Because he won't look away and he directly

24   stares at me.  Stares me in my face directly.

25       Q    Isn't it correctional officer's jobs to look

Jeremy Bailey
August 30, 2021

74

1    at each individual inmate as part of their duties?

2        A     Yeah, but something like that is, like,

3    predatory.  That is, like, a behavior that can be

4    exactly described as something is wrong with the person.

5    When somebody just practically stares at you with this

6    mean look, and his look says that he wants to cause harm

7    to me.

8        Q     Do you have this type of interaction with

9    other officers as well?

10       A     Not at all.  I don't get them type of looks

11   from no other officer.  Except ones that have harassed

12   me and have sexually assaulted me since being here.

13       Q     Do you receive these looks from other

14   inmates?

15       A     No.

16       Q     And how often do these looks occur on the

17   daily?

18       A     When he comes to the unit.

19       Q     So approximately how many times --

20       A     Whenever he comes to the unit.  He came to

21   the unit, I can't remember exact day he came.  I went to

22   the commissary.  He came to the unit.  I can't remember

23   the exact dates.  But he on camera coming to the units.

24   He on the camera.  He on the facility camera.  He on the

25   unit camera.  You can see him outside.  You can see him

75

1    inside the unit.

2         **Q       Have you made any requests to preserve video?**

3         A      No, because I get denied.  Whenever I do, I

4    get denied.  He works as -- he's in the union.

5         **Q       He works on what unit, I apologize?**

6         A      I said he's in the union, so all these Coal

7    workers, they all work together.

8         **Q       I'm not understanding, sir.  So you're**

9    **alleging that Defendant Yoder is part of a union --**

10        A      Yes, the correctional state --

11        **Q       -- and so why -- because he's on the union,**

12   **why can't you --**

13        A      Department of Corrections --

14        **Q       Because he's on the union --**

15        A      They don't --

16        **Q       Excuse me.  Because he's on the union, why**

17   **cannot you ask to preserve video?**

18        A      Because I get denied.  I get denied.

19   Whenever I request, I get denied.  I can still.  I can

20   write them and see if she says something.  I can write

21   to request preserved cameras, but I'm pretty sure I will

22   be denied and it will be called frivolous.  I've put

23   complaints in about the searches that I have with

24   certain correctional officers who rub on me.  They use a

25   pat search to rub on me and feel my body parts.  I put

76

1   complaints in on that, and the same thing, nothing

2   happen.  It was a correctional officer who was working

3   here that was in a town raping other woman.  These

4   people was very, very, very corrupted and I want to say

5   bad people.  They do a lot of things that you do not

6   know, like Ted Bundy type of things.  Like, the B2K type

7   of things.  Hide in plain sight.  I'm a person that

8   sticks out like a sore thumb.  I can admit the wrong I

9   did.  People like him hide in plain sight.  Work here

10  and then rape woman in the town.  And they come back to

11  work and talk to the person's wife like they never did

12  it.  Talk to the person's husband like they never did

13  it.

14      Q    Okay.  Are you saying -- are you making

15  allegations here that Defendant Yoder is involved in

16  this behavior?

17      A    I'm not saying him for certain, but I

18  wouldn't put it past him.  I don't put it past any of

19  these people after seeing some of the things and doing

20  some of the things they've done.

21      Q    Have you filed any grievances regarding your

22  concerns about your requests being not responded to?

23      A    No, not on actual grievance coordinator.

24      Q    Okay.

25      A    I never wrote a grievance on a grievance

Jeremy Bailey
August 30, 2021

77

1   coordinator.  Not that I know of I haven't wrote a

2   grievance on a grievance coordinator.

3        **Q      Understood.  Would you just briefly describe**

4   **the relief that you're hoping to seek with this**

5   **litigation?**

6        A      Excuse me?

7        **Q      Yes, would you briefly describe the relief**

8   **that you're seeking with this case?  What do you hope to**

9   **get out of this case?**

10       A      The complaint is exact.  It says in the

11   complaint if you read over it.

12       **Q      Yes, I've read it several times, thank you.**

13   **I see you have several documents in front of you, sir,**

14   **that you've flipped through a couple times today.**

15       A      Yes.

16       **Q      What documents do you have with you today?**

17       A      Oh, they was documents for that I received

18   from -- as you is attorney, correct?

19       **Q      Yes, I'm one of the attorneys working on this**

20   **case, yes.**

21       A      I had sent some production of documents and

22   didn't receive any, and this is the interrogatories

23   that, the first set of interrogatories that I sent out.

24   And in the interrogatories I requested some documents,

25   which you refused and told me that -- and made claim

Jeremy Bailey
August 30, 2021

78

1  that he don't have access from them, when he do.  And he

2  basically refused to get the documents.

3      Q     And how do you know what documents a,

4  Defendant Yoder has access to?

5      A     How do I know?

6      Q     Correct.

7      A     He's a correctional officer.

8      Q     Yes --

9      A     He's a correctional officer.

10     Q     So how do you know that a correctional

11  officer would have access to certain types of documents?

12  Have you worked as a correctional officer in the

13  Pennsylvania Department of Corrections before?

14     A     No, but he works in a facility.  He works in

15  a facility and he got access as long as he works in the

16  facility.

17     Q     Okay.  But you yourself have never worked

18  within that position and don't know --

19     A     No.

20     Q     -- the capabilities of that position,

21  correct?

22     A     No, no.  Did you receive my production of

23  documents requesting them?

24     Q     Yes, sir, we have responded to your requests

25  to date.

Jeremy Bailey
August 30, 2021

79

```
1        A     I haven't received anything.

2        Q     We have mailed those responses to you, and

3   you should be receiving them.  As soon as we put them in

4   the mail, I don't know what happens after that.  I just

5   know that we've mailed them.  So they are on their way

6   to you.  Okay?  All right.  Let me review my notes here,

7   sir.  I want to make sure I don't have any other

8   questions for you today.

9              Okay.  Thank you, sir.  I have no other

10  questions.  This deposition has concluded.  Thank you

11  for your time and attention.

12       A     Okay.

13             MS. YARISH:  Have a good day, sir.

14       A     You too.

15             (The deposition was concluded at 11:27 a.m.)

16

17

18

19

20

21

22

23

24

25
```

80

```
 1        COMMONWEALTH OF PENNSYLVANIA  )
                                      )  SS
 2        COUNTY OF YORK

 3

 4        I, Emberlin Mair, Registered Professional
     Reporter and Notary Public in and for the Commonwealth
 5   of Pennsylvania and County of York, do hereby certify
     that the foregoing deposition was taken before me at
 6   the time and place hereinbefore set forth, and that it
     is the testimony of:
 7

                   JEREMY LIONEL BAILEY
 8

 9        I further certify that said witness was by me
     duly sworn to testify the whole and complete truth in
     said cause; that the testimony then given was reported
10   by me stenographically, and subsequently transcribed
     under my direction and supervision; and that the
11   foregoing is a full, true and correct transcript of my
     original shorthand notes.
12

13        I further certify that I am not counsel for or
     related to any of the parties to the foregoing cause,
     or employed by them or their attorneys, and am not
14   interested in the subject matter or outcome thereof.

15        Dated at York, Pennsylvania this
                            day of                    2021.
16
```

*Emberlin Mair*

```
18                   Emberlin Mair, Notary Public

19

20        (The foregoing certification of this transcript
     does not apply to any reproduction of the same by any
21   means unless under the direct control and/or
     supervision of the certifying reporter.)
22

     My Commission Expires:
23   March 06, 2025

24

25
```

**Jeremy Bailey**
**August 30, 2021**

---

**$**

**$5** 65:5

---

**1**

**1** 10:21 14:9,10 15:3 16:16

**10** 16:19

**10:00** 46:10

**10th** 6:16,24 9:4, 11 13:23 18:14,23 52:24 53:21 54:18 55:6,20,24 65:10, 17,22 68:16,20

**1121** 22:5,7

**11:27** 79:15

**12** 16:19

**13** 14:8,10 16:20

**14** 14:8,10 16:20 27:3

**15** 16:20

**18** 16:21

**1983** 64:2,5

---

**2**

**2** 10:21 16:16

**20** 6:25

**2019** 6:2,17,19 9:4,12 65:10 68:16,20

**24** 14:18 16:22,24

**28th** 6:25 8:2 18:14

**2:00** 46:9,10 52:6, 8

**2:15/2:30** 37:3

**2:30** 34:6,8 37:1 46:3

**2:40** 46:3

---

**3**

**3** 10:21 16:17 46:4

**30th** 7:1,3,4 53:17,19 54:8

**31st** 53:19

**33** 7:22

**36** 38:22,23 39:2

---

**4**

**4** 10:21 16:17

---

**5**

**5** 15:2,3 16:16,17 17:10 22:5,7 30:4, 5 38:13 53:7

---

**6**

**6** 13:20 16:18 39:1,2,3

**6:00** 13:18,20 52:6,8

**6:30** 13:20

---

**7**

**7** 16:19 30:4

---

**8**

**8** 16:19 39:2,3

---

**9**

**9** 16:19 34:8

---

**A**

**a.m.** 34:8 79:15

**abetted** 70:18

**abrasions** 8:6 42:1 65:24

**access** 10:2 11:23 69:12 78:1, 4,11,15

**accommodate** 5:5

**accurate** 61:9

**act** 70:14

**acting** 58:16

**action** 3:19 44:10

**active** 21:14 32:13

**actual** 12:21 66:13,20,21 76:23

**added** 68:23

**Additionally** 5:3

**ADHD** 68:22

**admit** 76:8

**admitting** 57:25

**afford** 65:5

**aggressive** 21:18 47:4

**ahead** 19:2 31:25 37:13 54:23 56:25 68:6 73:10

**aided** 70:18

**allegations** 76:15

**alleged** 4:4 19:11

**alleging** 6:16 75:9

**allowed** 26:22 28:10 29:17 50:1

**allowing** 14:2 32:8 58:14

**altercation** 7:6, 18 8:4,22 33:1 35:2

**altogether** 50:24 51:4

**anguish** 67:18,22

**ankle** 41:11

**ankles** 42:1,11 43:1

**answering** 5:6

**answers** 5:12

**anxiety** 67:23,24 68:15

**apologize** 8:11 13:14 16:10,13 19:1 44:8 56:25 66:18 75:5

**apparent** 62:8

**appeal** 57:6,8,20 58:7,11

**appealed** 58:4

**appeals** 56:23

**applying** 23:15

**apprehensive** 69:18

**approximate** 15:5 30:20 33:20 34:7 46:6

**approximately** 23:1 29:12 31:1 34:3 48:17 74:19

**area** 52:14,15 60:23 67:9,14

**arm** 17:14 40:16, 17

**arms** 34:11 40:8, 10,12,13 41:20 44:25 45:15 68:8

**arrive** 43:24

**arrived** 50:18

**arrives** 44:5

**assaulted** 74:12

**assaultive** 21:20

**assigned** 23:19, 20

**assuming** 26:6 62:1

**attaches** 22:3

**attack** 23:24 25:2 27:8 44:18 47:7,9

**ankles** 60:2,3 69:23

**attacked** 26:20 35:6 42:18 48:9 56:11

**attacking** 38:3 47:6

**attention** 27:22 32:12 42:13 51:6, 9 79:11

**attorney** 3:18 77:18

**attorneys** 77:19

**August** 6:25 8:1, 2 18:14

**aware** 15:17 55:9 71:17,18,21

---

**B**

**B-E-D** 10:5,8

**B2k** 76:6

**back** 9:8 15:12 16:18 25:2,22 30:6,7 33:14,18 34:11 35:10,14,16 37:19,20 39:10, 12,19 40:5,8,11, 13,19,22 46:11 47:12,16,17 48:13,21,22,24 49:15 52:16 53:5 54:17 59:8,15,19 60:2,11,17,21,22, 24 61:2 62:6,7,10 63:23 64:9 65:1,7, 9,12,21,23 67:13 69:10,11 72:3 73:17 76:10

**back/tailbone** 60:23

**bad** 43:7 62:12 67:23,24 76:5

**Bailey** 3:8,14 5:15,17,23

**based** 19:11,22 21:4 56:2 70:22

**basic** 9:20

**Jeremy Bailey**
**August 30, 2021**

**basically** 20:22 22:18 27:10 30:8 69:23 71:9,11 78:2

**bathroom** 33:6 35:9,10 36:16 68:5

**bed** 9:17,18,20,24 10:1,5 11:1

**bedsheet** 41:6,7, 14

**began** 32:4,19

**begin** 13:23

**beginning** 9:14

**behavior** 21:18, 20 74:3 76:16

**belong** 30:17 56:11

**belongings** 13:25 15:13

**bend** 62:1,8,23

**big** 12:8

**bit** 40:10 56:15 65:25

**bitty** 48:7

**blank** 35:12 39:23

**bleed** 66:1

**bleeding** 8:12, 18,20 41:21

**block** 6:13 14:15 19:23

**blood** 8:10,11,12, 13,17 42:8

**body** 48:19 59:24 63:6,9 75:25

**bone** 66:22

**bottom** 34:14,15

**brain** 62:16

**break** 5:3,4,6,7 24:20

**breakfast** 13:18 15:20,21,22,23

**breaking** 59:24

**briefly** 9:10 20:17 77:3,7

**bringing** 16:9 23:21

**brought** 16:12 44:16

**bruise** 43:1,4,9

**bruises** 43:10

**bubble** 9:25 10:22 11:20,25 12:3 13:3,5,15

**bubbles** 10:25

**built** 11:4,7,10, 14,15

**bunch** 68:22

**Bundy** 76:6

**bunk** 34:13,15,18 35:11 37:19,20 39:12,19 40:10 60:10,13,14

**bursts** 49:19

---

**C**

**call** 33:3 41:17 63:25 65:4,5

**called** 3:8 44:13 46:13 47:22 75:22

**calling** 43:21 49:15

**camera** 36:18,19, 22,23,24 37:5,6, 15,21 38:4,9 44:16,17 45:13 46:14,17,20 47:13,14 49:16 51:1 74:23,24,25

**camera's** 36:19

**cameras** 37:9 75:21

**capabilities** 78:20

**care** 21:14 27:10 58:2,16 61:19

64:3 71:9,13,16

**case** 4:2,17 10:16 11:19 70:20 77:8, 9,20

**catch** 63:11

**caused** 68:23 70:11,18

**cease** 49:13

**ceiling** 37:8,16

**cell** 7:18,21,22 8:21 10:17 13:24 14:1,7,8,14,25 15:6,13,14 16:5, 11,14,16,24 17:2, 8,10,17 19:11 21:19,21 23:22,23 24:1,2,4,5 25:2 26:14,15,16,25 27:1,2,3,5,7,14, 17,23 28:12,22, 23,24,25 29:1,2,3, 5,6,23,25 30:1,4, 5,8,12,13,18,19 31:24 32:3,4,6,10, 16,20 33:12,21 34:4,14,24,25 36:17,21,25 37:6, 7,12,14,17 38:1,2, 13,15 43:20,25 44:5,6,21,24 46:12,17,18,19, 20,21,22 47:15 50:10,17 53:6,7, 13 54:18 55:1,2,5 56:11 59:21 68:12 69:10 70:8,25 71:19,20,23,25

**celled** 21:23

**celling** 21:16,17

**cellmate** 7:6 9:21 14:3 54:19,21,24, 25 55:1

**cells** 9:19 11:11 14:19 16:6 29:22 37:10

**center** 10:1 12:8, 23

**central** 55:18 57:12 58:11

**certification** 3:4

**cetera** 34:3

**choice** 68:11

**circulation** 43:12

**civil** 3:19 4:2 5:21

**claim** 64:6 77:25

**claims** 4:8

**clarity** 17:7

**Classification** 22:4

**clear** 4:17 14:20 27:11 48:23

**clock** 34:2

**close** 46:4

**closed** 29:2,3 36:15 49:3

**Coal** 5:25 6:1,6,7 7:7 9:16 72:16,23 75:6

**Code** 9:23,24 14:2 15:15 19:19 20:17,22 21:9,10 22:12,24 23:2,5,9, 10,13,15,19,20 24:14 27:6 28:3, 11,21 29:14 30:17 31:2,12 47:22 56:10

**Coded** 9:21,22

**Codes** 21:8

**colleagues** 50:21

**combination** 36:11

**commanding** 28:14

**comments** 72:3

**commissary** 74:22

**common** 73:12

**commotion** 15:10

**communicating** 49:25

**complaint** 4:4,6, 8 6:15 9:1 19:10, 14 25:23 34:16 43:21 53:11 67:17 77:10,11

**complaints** 75:23 76:1

**comply** 49:23

**computers** 69:12

**concerned** 23:25

**concerns** 76:22

**concluded** 79:10,15

**concussion** 39:24

**conferencing** 3:23

**confirm** 3:22

**connected** 55:23

**connection** 65:17

**conscious** 47:12,16,17

**consciousness** 48:14

**continually** 47:4 48:15

**continue** 5:8 34:11 65:6

**continuing** 26:17 27:5

**continuously** 26:19

**control** 10:1 12:8,12,18,23

**conversation** 4:7,12 16:3 21:4 30:21 64:10 71:2

**conversations** 15:25

**Jeremy Bailey**
**August 30, 2021**

coordinator
76:23 77:1,2

copies 56:3

cord 61:11

corners 16:25

correct 6:17 17:9
22:24 25:12,14
26:8 27:14 34:18
39:13 41:24 46:10
51:7 53:14 55:6
58:8 65:7 66:7
67:19 77:18 78:6,
21

correctional
9:17 11:17 18:10,
11,13 27:16 46:19
50:24 70:10,13
73:25 75:10,24
76:2 78:7,9,10,12

Corrections
20:24 21:2 72:21
75:13 78:13

corrupted 76:4

counsel 3:2 9:24

count 42:23

counted 42:14

couple 18:3
20:16 24:17 33:2
46:11 62:14 70:4
73:16 77:14

court 4:13

cover 51:11,13,
14,15 58:18,19,21
59:3

current 11:9 64:6
65:7 72:13

cushioned 62:11

cut 16:13 32:1
43:12 44:24 45:14

cuts 8:6 41:15
43:11

―――――

**D**

daily 74:17

damage 61:19
68:14,24

dangerous
21:13

darkness 39:22

date 78:25

dates 74:23

day 9:7,8 13:16,
17 42:18 46:1
48:2 52:24 55:7
62:7 65:7 74:21
79:13

day's 25:23

days 18:3 42:14,
23 53:24 64:1

dealing 42:17,18

decide 57:8

decided 58:7

decision 57:4,6,
9,19,21 58:5,8,10

defendant 3:18
26:4 69:16,18
70:6,21 72:4,7,20
73:1 75:9 76:15
78:4

denied 75:3,4,18,
19,22

Department
20:24 21:2 72:21
75:13 78:13

depends 18:18,
22

deploy 49:20

deposed 5:18

deposition 4:1,9
5:8 79:10,15

depression
68:22

describe 9:11
20:17 38:14 60:17
66:11 67:21 77:3,
7

describing 13:14

description
13:15

desk 9:25 10:9,
10,11,16 11:1,19
12:7,8

detail 56:15

details 56:5

determined
24:15

diagram 17:4

differently 44:9

digress 62:6

dim 12:19

direction 16:15
17:18

directions 51:3

directly 29:9 60:1
62:10 73:23,24

dirty 58:15

disagree 57:21

discoloration
43:3

discovered 34:8
47:10,11

distancing 4:10

District 3:20 4:3

DOC 20:23 21:2
55:9

doctor 65:3

document 21:18
22:2,3

documented
70:20

documents
12:25 13:10 20:20
21:6 56:4 77:13,
16,17,21,24 78:2,
3,11,23

Doe 25:25

door 16:14,17
17:17,23 27:9,10
29:2,3,6,9 30:1,
12,13,16 36:18

38:14,16,18 44:6
47:20 49:9 71:23

doors 10:2 12:12
29:10,11,23,25
30:1 33:2 38:16
67:25

dormitory 21:17

double 21:16
52:11

downstairs 16:9,
12

drawing 17:4

dude 69:4 71:24

duly 3:9

duties 74:1

duty 28:6

―――――

**E**

ear 35:11,23,24,
25 36:1,2,3 39:13
51:23 65:23 66:5,
6,7,11,13,14,16,
19,20,21,24 67:1,
14

earlier 4:11
32:21,23

early 15:22

echo 20:7

echoes 20:7,11

echos 20:11

else's 31:24 32:3

employed 72:23

employee 72:20

end 7:5,25 8:20

ended 39:15

Ensure 21:22

environment
18:16,17

Eric 33:5,6

erupted 23:22

estimate 30:24

evaluated 21:11
24:9,15

event 65:17

events 6:16 7:11
9:3,11 13:16,21,
22 15:19 25:23
33:15 39:10 48:2
53:20 55:20,24
56:7 65:22 68:16

evidence 70:21

exact 6:2 15:8,9
22:16 30:22,24
33:8,23 63:5
74:21,23 77:10

EXAMINATION
3:11

excuse 45:5
46:13 48:19 75:16
77:6

exhaust 57:16

exhibit 21:20

experience 62:5,
22

experienced
65:9 68:15

explained 24:10

extent 4:22 7:8
14:5 56:8 72:25

extracted 15:13
33:12

eye 48:24 60:4
70:2

eyes 70:1 72:10

―――――

**F**

f'in 50:9

face 8:14,16,18,
19,21 35:19 37:16
48:23 73:24

facilities 10:15
11:4,9,15 38:5

facility 9:16
10:20 11:2,3,7,9,
12,17 18:6,8 25:4

**Jeremy Bailey**
**August 30, 2021**

55:17 57:11,25
58:4 72:5 74:24
78:14,15,16

**facility's** 29:20

**facing** 17:11,13,
14

**fact** 10:25

**facts** 4:4,6

**falling** 62:6

**family** 69:11

**fax** 20:19

**FB** 6:14 72:17,18

**feel** 25:16 62:11,
18 68:3 75:25

**fell** 40:4 59:18
60:18

**felt** 24:7,11 47:18
59:20

**fight** 35:1,3 69:24

**fighting** 63:6,10,
12

**figure** 39:16

**file** 55:19,23

**filed** 3:19 4:2 5:20
64:2,5 76:21

**filing** 3:4

**fill** 23:16

**filmed** 38:1

**find** 40:7 61:16
69:12

**fine** 4:25 30:25

**finger** 60:5,6

**finish** 5:6

**firsthand** 19:23

**fist** 36:13,15 49:2,
3

**fixed** 61:15

**flash** 39:21,22

**flipped** 77:14

**floor** 26:23 34:10

36:25 40:5 43:20
47:20 48:14 56:17

**Floyd** 70:16

**follow** 9:7 24:17
70:5,13

**foot** 60:11

**footage** 29:15
36:19,20 37:5,21,
25 38:4 46:22
47:1,2,23 48:1

**forced** 24:11
26:21

**forget** 48:4

**form** 3:5 23:16
56:5 64:20

**formally** 3:17

**forward** 17:11

**found** 34:9 43:19
44:9

**frivolous** 75:22

**front** 16:15 17:24
26:18 30:7 35:25
77:13

**frustrated** 34:23

**full** 5:16

**funds** 65:4

---

**G**

**gathering** 4:3

**gave** 49:12 54:4
71:3

**gender** 21:21,22

**general** 3:18
6:10,12,20

**generally** 8:25
9:7,10 18:16,17
55:8

**George** 70:16

**give** 9:14 22:14,
15,19 63:3,4
73:22

**giving** 70:1,2

**goal** 4:1

**good** 3:14,15
59:11 79:13

**grab** 60:5

**great** 3:25 4:20
33:24 44:4 56:7

**grievance** 24:2
55:9,12,19,23
56:4,5,8 57:15,16,
17 76:23,25 77:2

**grievances**
56:21 76:21

**grieved** 56:5

**ground** 39:16,25
59:19

**guess** 62:5

**guy** 33:5

---

**H**

**H-O-U-S-E-R**
44:3

**halfway** 40:9
60:9,12

**hallways** 52:16

**hand** 12:10 36:8
46:20

**handcuffed**
40:22 49:23 50:2,
17

**handcuffs** 40:19,
21,22 42:6 44:18,
19,22

**handheld** 36:23,
24 44:16,17 46:14

**hands** 17:5 41:3

**happen** 15:20
58:18,22 69:7
76:2

**happened** 7:18,
25 8:2 9:4 24:10
48:12 51:16,18
58:17 70:15

**happy** 5:4

**harassed** 74:11

**hard** 61:23

**harm** 26:17 27:25
30:19 32:7 59:22,
23 74:6

**harming** 34:11

**hated** 73:22

**hatred** 73:20

**head** 35:17 48:21,
24 60:4,12 67:9

**health** 21:12
68:19

**hear** 3:22 14:20,
21 15:10,11,25
20:4,5,6,8,9,12
22:5 32:24 38:11
66:18

**heard** 19:12 26:7,
12

**hearing** 19:23
66:9

**heart** 68:1,3

**hexagon** 12:10,
16

**hickey** 66:16,19

**hide** 76:7,9

**high** 12:8

**higher** 57:11

**history** 21:18

**hit** 8:21 35:11,14,
15,18,23 36:4,6
40:4 43:9 48:16,
20 49:1,5 59:19,
25 60:3,4,5,17

**hits** 49:9

**hitting** 36:20
47:11,12,18 48:15
49:13 59:10,15
65:18

**hold** 49:17

**holding** 20:21
45:13 46:20

**home** 69:5,8,9

**honest** 5:12,13

**hope** 77:8

**hoping** 4:6 77:4

**hospital** 61:15
63:21

**hours** 42:14,23

**housed** 6:9,13,20
9:19 14:6 37:15

**Houser** 34:9
44:1,2 45:2 47:10,
20 49:8,12

**housing** 6:10
73:4

**hurt** 34:18 59:15
62:12 72:4

**hurting** 62:6
69:19

**husband** 76:12

---

**I**

**ibuprofen** 64:12,
16,18,23

**identifying** 22:1

**ignorant** 58:2

**immediately**
44:5

**important** 4:15

**inadequate** 51:9
61:8

**incarcerated**
5:24

**incarceration**
69:15,19

**inches** 38:22,23
39:1,2,3

**incident** 15:17
18:13,25 23:7,10,
12,21 24:3,8 25:6,
10,18,21 28:9
30:11 31:21 32:9,
17 37:22 46:22
55:3 58:1 59:2
61:2

**Jeremy Bailey**
**August 30, 2021**

incidents 25:15

include 56:8
59:16

includes 21:12

including 50:25

indicating 12:10
16:18 17:15 30:25
35:17 60:21
66:17,20

individual 46:16
70:7 71:3 74:1

individuals 16:2
26:7,12 54:12

infection 43:8
63:11

infections 63:7,
10

information 4:4
5:14 9:14 22:2

initial 57:20,22

injured 67:18

injuries 8:3,17
51:17,18,20 58:23
59:1,2,5,8,12,14,
16 65:12,15,21
67:15,22

injury 60:1,7
61:14,16,17 65:21
66:5,11 67:14

inmate 9:21,22
13:21 14:4,6 15:6
16:4 19:10,16,20
20:13 21:10,15,17
22:23 23:4,6,21,
25 24:3,25 25:3,5,
24 26:10,25 27:2,
13,17,22,25 28:5,
9,10,11,20,21,25
29:5 30:14,17,18
31:3,21 32:10,16,
18,19 33:20 34:3,
10,17 36:17
44:17,20,21 47:3
48:15 50:1,16
55:5,9,12 56:10
69:22 74:1

inmate's 7:9

8:11,17 9:23

inmates 9:18,21
10:3 11:22 21:21,
22,23 23:15 54:15
74:14

inside 10:25
11:25 13:2,3
28:24 29:1 37:7,
10,17,23 38:7
44:21,23,24 46:21
47:15 65:23 75:1

insinuate 71:5

insinuated 71:4,
5

instantly 62:13,
15

institution 11:17

Institutions 9:17

intending 73:21

interact 18:8,11

interacting 19:4,
7

interaction 74:8

interacts 18:9

interested 22:11

interrogatories
77:22,23,24

introduce 3:17

investigated
69:7

involve 18:13

involved 16:3
76:15

involving 32:9
33:17

irritation 8:14,15
41:18 42:7

itty 48:7

___

**J**

Jeremy 3:8 5:17

job 70:15

jobs 73:25

John 25:25

Johnson 33:6

jump 25:22 33:18

June 6:3

___

**K**

Katherine 3:16

Kelly 55:15

kick 50:7

kicking 59:24

kill 50:8,9 54:13
69:2 70:2 71:10,
20

kind 8:14 14:19
19:4 47:16 50:6
69:4

knee 43:9,10

knew 18:15 26:10
51:14

knocked 34:4
35:6,8 40:4 47:17
56:16 59:18 60:18

knocking 36:20

knot 36:2,3

knowledge 11:6
19:23 36:5 37:11
44:2

___

**L**

large 14:22 38:19

lasted 43:17

late 68:10

laughed 69:23

lawsuit 5:21 64:6

lay 35:11 62:10,
13

laying 12:25

leading 7:11

leads 16:17

leaning 8:18

leave 9:20 42:21
62:5 69:19

leaving 24:5

left 17:14 32:22
35:24 36:3 39:13
52:5 66:7 67:1,14

leg 45:15 65:15,
19

legs 34:12 40:11
41:9,10 44:25

length 38:24

letting 24:22

level 12:18 55:14
57:3,17,20 68:17

levels 55:11

LGBTQ 21:24

lieutenant 15:16,
17 26:2,24 27:14,
18 28:4,13,15
29:13 31:2,20
32:11 44:14,15
45:4,5 46:13 47:9
50:18,21,22,25
51:2 52:3,4 73:2

lieutenants 73:3,
4

life 24:7,23,24
62:5

light 68:12

lights 12:7,17,19,
22

likewise 42:20

Lionel 3:8 5:17

lip 65:24,25 66:2
67:14

litigation 77:5

live 69:13

location 10:3

locked 29:3
67:25

locks 36:11

long 6:1,23 23:1
34:3 38:17 39:2,3
42:11,15,21,24
43:16 53:23 66:25
67:2 78:15

lose 66:9

lot 11:15 58:15
64:2,4 68:7,21
76:5

loud 18:16,19,21,
24

low 60:21

lower 60:23

lowers 63:4

___

**M**

M-C-C-U-L-L-O-
U-G-H 13:22

made 8:14 25:16
28:22 31:3 54:9
57:19 58:10 70:7,
14,21 72:7 75:2
77:25

mail 79:4

mailed 79:2,5

major 48:8

make 4:17,18
21:21 29:15 55:4
58:17 69:6 70:11
79:7

making 15:11
22:6 34:7 46:6
51:2 68:12 76:14

males 21:24

mall 14:24

manager 55:17
57:11 58:4

Manual 22:4

map 11:2 13:2

marks 42:6,11

Mary 3:16

**Jeremy Bailey**
**August 30, 2021**

material 41:12

matter 9:25 55:20

Mccullough
13:22 14:6 16:4,
19 19:3,4,10,16
20:13 22:23 23:4,
6 24:3,25 25:3,5,
24 26:11,25 27:3,
13,17,22,25 28:5,
10,11,20,22,25
29:5 30:14,17,18
31:3 32:6,16
33:21 34:4,10,17
36:17 44:11,17,22
47:4 48:15 50:1,
16 54:25 69:22
70:7

Mccullough's
15:6

meaning 11:12
21:23

medical 45:1,20
46:1 51:5,6,8,9
53:3 59:4 61:19
64:3

medication 63:1,
2,4,8,16,18,21
64:9,11

mental 21:12
67:18,22 68:14,19

mentioned 20:16
66:5

metal 36:11

Middle 3:19 4:2

minor 43:15

minutes 42:23
44:20 46:11
50:12,13,14

mirror 12:4,17,20

mirrored 12:15

miscellaneous
61:8

miscommunicati
on 43:15

missed 35:16,17

moment 21:3
27:1,15 28:8
49:10,11 54:16

month 6:3,4

months 24:14,15

morning 3:14,15
14:1 15:22 19:12
33:22,25 34:6

mouth 60:4

move 4:20,25
12:6 15:18 19:17,
20 20:14 27:17
28:1 29:17 34:17
38:9 48:23 62:15
68:9 70:7

moved 13:24,25
29:5 69:21,22
71:18

movement 28:7

moves 38:10
70:10,11,12

moving 12:6,22
13:5 15:7 28:5
32:15 34:23,24
71:11

MRI 59:7 61:2,3

multiple 21:16

muscle 61:13

**N**

naive 58:2

named 25:25
27:17 33:5 34:9

names 18:15
45:8

nature 23:24
45:23

needed 65:3

nerves 61:13

nervous 68:1,2,4

nickname 7:16

normal 73:3

nose 60:5

note 22:6

noted 4:11

notes 79:6

notice 69:6

noticed 59:20

number 14:25
15:3 38:13 53:7

nurse 45:1 51:7
58:24

**O**

object 36:5

objections 3:4

objects 13:4,9

observation
53:13

occupying 34:14

occur 62:1 65:16
74:16

occurred 19:10
30:21

occurring 6:16

odd 73:16

office 3:17 55:18
57:12 58:11

officer 28:14 34:9
43:24 45:2 46:19
49:8,12 73:12
74:11 76:2 78:7,9,
11,12

officer's 10:11
73:25

officers 8:13
11:8 12:1,2,6,21
14:2 15:6,11,14,
16 16:5 18:5,7,9,
10,11,14 19:5,15
23:21,22,25 24:3
26:18 27:16 29:4
44:15 45:6,7,10
47:22 50:19,24
51:19 52:3,17
58:25 70:11,13,16

74:9 75:24

officers' 18:15

one-man 24:4

ongoing 8:22
32:10

open 29:2 41:21
42:8 44:5

opened 47:8

opening 43:11

operate 38:9

operates 70:23

opposite 21:21,
22

order 70:7,22
71:3

orders 20:5
49:13 54:1,2,5,9
70:9,13

orient 17:16

original 27:13

ouch 60:6

over-the-
counter 64:11

**P**

p.m. 34:8

PA 5:25

pack 13:25 15:7,
12 19:17

packet 64:19

pain 59:20,22
61:25 62:8,18,20,
22,24 63:1,9,18,
20 64:11 65:7,9,
21 67:8,13

pains 62:19

pandemic 63:3,
13

paper 33:7

paperwork 59:3,
4

part 13:15 16:7
28:4,7 40:16 41:7
59:24 60:17,21
66:20,21 74:1
75:9

parties 3:3

partners 21:19,
21

parts 48:5,7,8
75:25

Passarelli 44:14,
15 45:3,4,5 46:13
50:18,21,22 51:2
52:3

past 76:18

pat 75:25

Patricia 55:15

pay 42:13

Pennsylvania
11:17 78:13

people 13:5
18:18 23:23 67:24
68:1 69:2 76:4,5,
9,19

pepper 8:15 32:3,
4,9 33:3,9,11
49:20 50:1

perfectly 4:25
30:25

period 9:23 42:18
53:4

permanent
24:16 61:19

person 18:9 55:2
59:22 74:4 76:7

person's 32:4
76:11,12

personal 24:19

phone 73:18

pice 27:12

picture 51:23,24,
25 61:10,11,12

pictures 51:19,
21 58:25

**Jeremy Bailey**
**August 30, 2021**

piece 27:12

place 27:17 32:18
46:23 58:1

placement 21:17

plain 76:7,9

playing 71:21

POC 53:13,16,23
54:1,10 55:6

pod 6:14 7:24
10:21 14:9,10,18,
19,20,24 15:3
72:19

pods 10:18,24

point 27:18 28:2,
4 39:17 40:13,15
49:8 70:22

pointing 17:5
46:21

poles 17:23

policies 20:22,23

policy 22:2,10,
11,14,16,19,22

pop 61:17 64:20,
21

population 6:10,
12,21

position 29:22
73:1 78:18,20

positioned 60:8

possibly 36:21

practically 74:5

predatory 21:18,
20 74:3

prescribed
62:25 63:15

presence 25:24
26:11

present 26:25
27:18 45:3,6

preserve 75:2,17

preserved 75:21

pretty 14:21 39:4

75:21

prevents 63:5,6

prior 3:25 6:7,23
11:12 14:6 19:10
25:10,11 65:10
68:16

prison 70:19,23

problem 69:4

problems 21:12

procedure 57:14

procedures 22:4
55:9

process 23:17

production
77:21 78:22

professional
54:4

pronounce
10:20

protect 24:12
26:21,22

protected 56:12

protection 23:13

provide 5:11,13

PRT 21:15

psych 54:7,8

psychiatric
53:13

psychiatrist
21:11 68:19

psychiatry 21:15

psychologist
51:10 68:19

psychologists
52:20

psychology
21:11 24:6,9

puff 8:16

pull 60:6

punches 47:19

purple 43:3

purpose 69:21

purposes 4:11
17:3 35:22 60:16

put 25:1 29:21
33:7 44:18,19,22
45:22 56:10 59:4,
6 61:18,21 62:9,
23 63:23 65:5
75:22,25 76:18
79:3

putting 23:23
61:24 64:1 65:3

———

**Q**

question 3:5
4:21 5:6 10:4 41:2
44:8

questioned 38:8

questions 4:21
8:25 9:8 21:4
24:18 56:2 70:6
79:8,10

Quick 10:4

quiet 18:17,20,
21,24,25 20:8

———

**R**

racing 68:1,3

radio 18:20

radioed 44:15,16

ran 64:25

rape 76:10

raping 76:3

reaction 12:20

read 12:24 13:9
23:18 77:11,12

reading 3:3

ready 47:7,8,9

real 7:15 61:18
67:23 68:1,10

reason 5:11
21:19 24:12 33:8

69:21,22 73:16

reasoning 20:13

recall 7:21 13:16
18:23 36:17 39:25
40:6 46:16 49:12,
19 50:16 52:25
53:2,25 54:4 56:4
58:10 61:4

receive 51:8 54:1
57:3 58:5 59:14
64:15 74:13 77:22
78:22

received 51:6
54:2 64:19,23
77:17 79:1

receiving 79:3

Reception 22:4

recognize 18:4
42:21

recollection
21:5 36:5 39:15
45:25 56:3

record 4:1,17
5:15 17:4 27:11
35:22 60:16

record's 17:7

recorder 36:24

recording 4:12
36:25

red 66:1

refer 21:6 22:10

refused 64:3,4
77:25 78:2

refusing 61:19

related 37:22
55:19

relation 10:17

released 69:14

relevant 7:10

relief 77:4,7

remember 4:24
6:2 7:8,13,15,16
9:11 30:22,23
34:2 39:17,24

44:10 48:1,3,9
49:14,15 54:6
56:9 74:21,22

remind 10:25
14:12,25 72:15

remove 70:25

removed 24:1
28:12 45:17 50:17

reported 71:14

reporter 4:14

represent 3:18

request 26:8
54:3 63:24 65:3
75:19,21

requested 25:24
26:7,11 53:25
63:18,20,21
64:14,24,25 77:24

requesting
26:14,15,18,19
78:23

requests 75:2
76:22 78:24

requiring 33:2

reserved 3:5

respective 3:3

respond 73:13

responded 72:1
76:22 78:24

responses 79:2

restraint 41:16

restraints 42:2
45:17

restricted 6:10
14:3

restroom 39:11,
12

result 21:16

resulting 65:22

retaliation 64:3

review 36:19
47:14,25 55:11,14
57:3,20,21,22

**Jeremy Bailey**
**August 30, 2021**

79:6

reviewed 37:21

reviews 21:15

RHU 6:11,20,22, 23 7:5 9:15 10:12, 16 12:13 13:15 14:4 15:1 18:3,12, 16 24:5 35:2,4 37:6 52:13,14 53:7 54:18

risk 63:5

roll 62:13

room 13:3 37:24 38:7 45:20 46:1 53:4 67:24,25

rooms 14:23

rope 40:25 41:4, 5,7 44:25 45:14

roster 21:15

rounds 30:9 73:15

row 16:20

rub 75:24,25

rules 29:20

run 70:12

rushed 33:8

—

**S**

—

safe 15:19

safety 54:10,11, 13 69:15 72:8

sake 17:7

sat 70:17

scan 59:7

scared 24:6,23, 24 25:1

SCI 5:25 6:6,8 7:7 9:16 72:23

SCI's 10:15

scraped 65:24

sealing 3:3

search 75:25

searched 36:10

searches 75:23

seconds 62:14

Section 22:5,7 64:5

security 30:9 37:24 38:7

seek 77:4

seeking 77:8

segue 59:11

self-mutilated 21:14

sense 4:18

sensitive 62:24

separate 56:20

September 6:16, 19,24,25 7:1,3,4 9:4,11 13:23 18:23 52:24 53:17,19 54:8,18 55:6,20,24 65:10, 17,22 68:16,20

sergeant 15:15, 17 25:25 28:17,18 31:9,11,19 44:14 45:2 50:23,25

series 4:21

set 77:23

severe 68:23

sex 21:23

sexually 74:12

sharp 62:19,20, 24

sheet 9:24 10:1,5 40:25 41:4,6,14

sheets 9:17,18, 20 11:1

shift 46:8,9,10 52:6,8,18

shoe 61:18,22,24

shoes 62:9,23

shooting 62:15, 16,18

short 5:3

show 10:3 61:11

showers 16:25

showing 51:18

sic 18:14

sick 63:25 65:4,5

sickness 63:10

side 35:17 48:21, 22,25 66:16,19

sideways 60:10

sight 76:7,9

signing 3:3

single 24:1

sir 3:22 5:15,18, 20 6:9 7:5,11,23 8:11 9:3 11:17,25 13:17 16:10 17:3 19:1,22 20:16,20 21:25 22:1 23:8 25:14 31:25 33:17 35:21,23 36:22 38:15 49:1 51:12, 21 53:7 54:23 55:21,24 56:25 58:5 59:13,17 60:15 61:1 62:23 65:16 67:15 68:6 72:13 73:10 75:8 77:13 78:24 79:7, 9,13

sits 9:24 10:9,18, 19,22

situation 25:16 28:21 35:19 64:2 70:15,17,18 72:1

size 12:9 14:23

skeleton 61:12

skin 8:16 43:8,11

skinny 39:4

skull 66:22

sleep 68:10

sleeping 68:7,11

sliding 38:18

slip 63:25 65:5

slips 63:24

slot 47:8

slowly 4:16

small 14:19,22,24 18:18 20:7 32:23 37:8,10

Smithfield 6:8 11:13

social 4:10

Somerset 11:14

sore 76:8

sort 8:7 61:1

sounds 33:2

spay 32:3

speak 4:16 15:15 31:2,11

spelled 44:2

spinal 61:11

spoke 31:9

spray 8:15 32:4,9 33:3,9,11 44:21 47:8 49:16,20 50:1 51:2

sprayed 8:13 15:13 33:9,13 49:21

spraying 31:23 32:3,19 71:24

stabbing 14:4

staff 21:11,19 57:25

stairs 17:2

stand 29:15 45:16,18

standing 46:17

stares 73:18,19, 24 74:5

starring 69:25

sleeping 70:1

start 9:13 51:12 68:1,3

started 5:10 43:21 71:24

starts 16:16,18, 20 62:15,16

state 5:16 9:17 11:16 25:24 34:17 75:10

stated 9:3 19:19

statements 19:9, 22

stating 19:15

status 9:18,20

stay 18:10 32:16 35:2,3

staying 71:22

steps 17:25

stick 48:5,8

sticks 76:8

stipulated 3:2

STIPULATION 3:1

stool 35:15,16,18 59:10,15,19 60:7, 9,12,14,18

stop 30:12

stopped 23:25 32:14 63:9 70:17

stops 63:11,12

straight 17:17

struck 39:13

structure 10:20

structured 11:10

stuck 35:3

stuff 13:2 38:8,12 48:9 58:15 64:4 68:9,11 69:3,24, 25 70:3

suffering 39:24

**Jeremy Bailey**
**August 30, 2021**

**suicidal** 24:7,11, 24 25:8,13

**supervisor** 28:15,18 44:13 50:22 52:12 70:11 71:12

**supervisors** 70:10

**supposed** 32:5 55:1 63:8

**surface** 62:11

**surprised** 59:6 62:4

**swell** 8:14,16

**swelling** 8:6 42:4 66:2 67:2

**swinging** 47:19

**sworn** 3:9

**system** 3:23 4:10 38:4 55:12

**T**

**table** 12:9,25 35:15 40:9 43:10 60:8,9,12

**tailbone** 60:1,19, 20 62:12

**taking** 32:18 46:22 58:1

**talk** 4:8 20:8 30:12 59:12 76:11,12

**talked** 32:15 59:14 65:20 67:13

**talking** 16:7 18:19 19:4,8 20:4 26:13,14 30:14 54:7,8,9 64:6 70:24

**team** 21:15 28:5

**technology** 38:12

**Ted** 76:6

**telling** 15:12,14, 16 28:20 29:13 30:18 44:17 49:17 51:19,23 52:1

**temporarily** 24:14

**testified** 3:9

**thing** 22:19,22 39:17 58:14 76:1

**things** 23:24 27:8 58:22 63:13 68:14 70:4 76:5,6,7,19, 20

**thoughts** 25:8,13 69:2

**threat** 34:20 70:1 73:20

**threaten** 26:17

**threatened** 44:21

**threatening** 28:11 32:7,8 34:10 50:6,7,8 69:25 72:10

**threating** 26:17

**threats** 15:11 20:6 28:21 29:14 31:3,12 54:14 70:14 71:9,14 72:7

**thumb** 76:8

**tie** 41:12

**tied** 26:23 34:10, 11,12 36:25 40:5, 7,8,10,11,12,14, 16,18,25 41:3,10 43:20 44:9 48:14 56:16

**tier** 14:15 17:8

**tight** 41:20

**tightness** 42:5

**time** 3:5 4:16 6:19 12:24 13:16 14:1 15:5,8,9 19:7 24:2,7,20 25:22 27:4,19 28:9,22

30:20,22,23,24 31:4,7,17,19,20 32:2,7,11,13 33:20,22,23,25 34:6,21 42:14,22 46:1,3,4,24 47:3,6 52:13,14,18,19,20 53:4,20 54:7,15, 19 56:1 61:23 62:7 63:16,17,19 64:16,19,21,22, 23,24 65:2 70:19 79:11

**times** 14:3 20:16 31:1,11,14 34:2,7, 20 46:6 48:16,17 49:6 63:15 74:19 77:12,14

**tint** 12:20

**tinted** 12:4,17

**today** 3:25 4:1,12 5:12 64:7 69:10 77:14,16 79:8

**toe** 59:25

**toilet** 36:7 37:18 39:18,19

**told** 13:25 19:15, 16,25 20:14 27:9, 25 28:3 30:16 47:21 58:24 65:1 69:22,24 71:22 72:15 77:25

**tooth** 65:24

**top** 10:22 17:1,8, 10 34:14 47:18

**touched** 70:4

**touching** 35:22

**town** 76:3,10

**Township** 5:25 6:1,6,7 7:7 72:16, 23

**track** 67:5,7

**transcript** 4:13

**transfer** 18:4

**transferred** 14:7

**treatment** 64:10

**triage** 45:1,20 46:1 52:15 53:3

**trial** 3:6

**trick** 4:5

**trouble** 26:21 51:25 68:7,11

**trust** 67:24

**truthful** 5:12,13

**turn** 17:23

**TV** 18:20

**two-man** 14:1 24:4

**tying** 36:21 37:5

**Tylenol** 64:11

**type** 59:7 63:2,7, 9,12 68:17 74:8, 10 76:6

**types** 27:8 78:11

**U**

**unable** 21:14

**uncomfortable** 29:22

**unconscious** 34:5 35:6,8 40:4 56:16 60:3,18

**understand** 4:6 13:4 19:13 21:9, 24,25 24:19 26:24 28:13 31:18 34:1 35:21 40:2 43:2 47:24,25 48:11 55:4,8 57:19 60:15 68:2

**understanding** 21:5 22:12,13,14 70:23 75:8

**Understood** 12:14 22:17 23:8, 14 25:19 31:8 35:5 38:13 48:6 77:3

**union** 75:4,6,9, 11,14,16

**unit** 6:11,14 7:7, 23,24 10:13,15 11:1,11 16:5 18:4, 18,21 20:6 23:22 26:13 27:4,5,14, 20,21 28:6,8,14 29:7,8,10 30:9,10 31:5,9,16,17,19, 20 32:2,14,22,24 33:8 36:23 37:8,9 38:14 49:16 52:12,16,17,23 69:25 70:12 72:9, 11,13,14,16,19 73:13,14,15,16,17 74:18,20,21,22,25 75:1,5

**units** 10:2 38:10 73:4,5,7,11 74:23

**unrelated** 7:7 18:13 25:17 28:8 30:10 31:21

**up-to-date** 38:12

**ups** 57:11

**upstairs** 10:24 14:13 16:6,20 17:10,19,22 24:4 27:3,13

**urinate** 35:10

**V**

**verbally** 27:6

**victim** 23:12

**victimized** 21:16

**video** 3:23 4:12 75:2,17

**videoconferenci ng** 4:10

**view** 37:4 70:22

**visit** 73:14

**voice** 20:11

**voices** 20:7

**Jeremy Bailey**
**August 30, 2021**

---

**W**

---

**waived** 3:4

**waking** 49:7 68:8

**walk** 9:6 27:12
37:19,20 45:19,24
59:13,16

**walked** 47:10

**walking** 30:6,7
73:15

**wall** 12:25

**walls** 13:10

**wanted** 15:15
21:8 25:17 65:2

**wanting** 48:1
51:8

**warrant** 47:1

**watch** 38:10

**weapons** 36:11

**week** 39:23 67:6

**weeks** 73:17

**welts** 42:21,25
43:16

**wheelchair**
45:22

**wheps** 41:17

**whips** 41:17

**wide** 38:23

**width** 39:1,2,3

**wife** 76:11

**window** 12:14,
15,16,17,21 33:7

**windows** 10:22
12:3 38:17,19
39:4,7,8

**woke** 13:17,18
26:23 35:14 39:23
40:5,6 47:18 49:5
56:16 59:20

**woken** 43:19

**woman** 76:3,10

**wondering** 26:10

**words** 22:12 63:5

**work** 9:15 23:17
58:15 73:4,5,7,11,
13 75:7 76:9,11

**worked** 78:12,17

**workers** 75:7

**working** 65:18
76:2 77:19

**works** 38:4
57:14,18 75:4,5
78:14,15

**worried** 69:15

**worry** 69:5

**worse** 35:19

**wounds** 41:21
42:8

**wrist** 40:18

**wrists** 40:22
41:16,23 42:21,25

**write** 57:15 75:20

**wrong** 63:22 74:4
76:8

**wrote** 65:1 76:25
77:1

---

**X**

---

**X-RAY** 59:7 61:2,
3,4

**X-RAYS** 61:7

---

**Y**

---

**yard** 16:18 38:20,
21 39:3

**Yarish** 3:13,16
79:13

**year** 61:5,6

**years** 48:3

**yelling** 20:5

**yellowish** 43:4

**Yoder** 3:18 26:2,
24 27:14,18 28:4,
13 29:13 31:2,20
52:4 69:16,19
70:6,21 72:4,7,20
75:9 76:15 78:4

**Yoder's** 32:12
73:1

---

**Z**

---

**zoom** 38:11