# EXHIBIT 3

DC-121 Part #2

**Confirm Extraordinary Occurrence Report**

| Facility Code: | EO Location: | Date of Occurrence: | Report Number: |
|---|---|---|---|
| COA - COAL TOWNSHIP | H-A-1005 | Sep 10 2019 14:13:00 | 2019-COA-00353 |

**Current Status of Inmate(s) (including housing status, misconduct information, etc):**

| Inmate Name: | Inmate #: | Age: | Inmate Type: |
|---|---|---|---|
| JEREMY BAILEY | LZ4437 | 31 | INMATE |

**Medical Treatment Given**
complaints of neck and ear pain, left side; no injuries noted

**Occurrences To Be Reported Within 1 Hour**

Ex 3_001

☑ **Inmate on Inmate Assault without a Weapon Resulting in Treatment by a Medical Professional at the Facility**

**OCCURENCE DESCRIPTION (who, what, where, when, why & how)**

Ex 3_002

On September 10, 2019 Lt. Passaretti was notified by CO Houser that inmate McCullough stated that he had tied his cellmate up (Bailey LZ-4437). Lt. Passaretti along with officers Fritz, Weisbeck, Haines, Hubble and Rosso responded to the cell (HA1005). Inmate McCullough was restrained and escorted to the RHU strip module. Inmate Bailey was restrained and the torn sheets used to tie him up were removed with scissors. Inmate Bailey was escorted to the RHU triage room where he was treated/assessed. Photos taken. Inmate McCullough was seen by medical and denied injuries. Photographs taken. Inmate Bailey was then escorted to HA 1005 and inmate McCullough was escorted to HB 2020. Command notifications made.

| Notification To | Name (Org/Person) | Date/Time |
|---|---|---|
| Facility Manager | T. McGinley (email) | Sep 10 2019 00:00:00 |
| Other | W. Nicklow, DSFM | Sep 10 2019 14:33:00 |

**Weapon Information: Was a Weapon Used** ○ Yes ◉ No

**Describe Weapon:** <u>N/A</u>

**Was Weapon Recovered:** ○ Yes ◉ No

**Where/how was weapon made/obtained:** <u>N/A</u>

**Additional Information about Weapon(s) (If applicable)**
N/A

## Staff Response/Action (including times, names/titles, etc)

<u>Staff</u> <u>Medical Attention Given</u>

| <u>Date/Time of Action</u> | <u>Description of Action</u> |
|---|---|
| Sep 10 2019 14:13:00 Officer Houser reports incident via radio | |
| Sep 10 2019 14:14:00 staff arrives at cell. Camera activated. Briefing conducted | |
| Sep 10 2019 14:16:00 inmate McCullough restrained and removed from cell. Inmate Bailey restrained | |
| Sep 10 2019 14:17:00 Inmate McCullough escorted to RHU strip module. Torn sheets removed from inmate Bailey. Shift Commander notified. | |
| Sep 10 2019 14:18:00 inmate Bailey escorted to RHU triage room | |
| Sep 10 2019 14:21:00 Inmate Bailey treated/assessed by medical. Photos taken | |
| Sep 10 2019 14:33:00 Inmate McCullough treated/assessed by medical staff. Photos taken. Command notification made | |
| Sep 10 2019 14:40:00 inmate Bailey returned to HA 1005 | |
| Sep 10 2019 14:43:00 inmate McCullough escorted to HB 2020 | |
| Sep 10 2019 14:45:00 debrief conducted | |
| Sep 10 2019 14:46:00 team deactivated | |

<u>Additional Comments</u>

## Investigative Information

☐ Internal Investigation          ☐ External Investigation

<u>Investigator:</u>

<u>Suspect Name:</u> <u>Type of Suspect:</u>

<u>Additional Comments</u>

## Reporting Official / Official In Charge Notation(s)

## Attachments

| <u>Type</u> | <u># Attached</u> | <u>Comment</u> |
|---|---|---|
| Employee Report | 8 | |

Ex 3_003

| Type | # Attached | Comment |
|------|-----------|---------|
| Other | 4 | Inmate Query (x2); DC141 D187673; DC709 |
| Videos | 1 | |
| Medical Reports | 2 | |
| Photos | 6 | |

Is this occurrence related to a previous occurrence? ○ Yes ⊙ No          Report Number:<u>N/A</u>

| <u>Typed name/title of reporting official:</u> | Signature: | <u>Date:</u> |
|---|---|---|
| Jeffrey G. Fago, COIV | | 9/11/19 |
| <u>Typed name/title of official-in-charge:</u> | Signature: | <u>Date:</u> |
| Thomas S. McGinley, Superintendent | | 9-11-19 |

Ex 3_004

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | | ☐ Use of Force Occurrence | |
|---|---|---|---|---|
| To:<br>Capt Fago | Title:<br>Shift Commander | | Date:<br>09/10/19 | Time:<br>1414 |
| From (Name Printed): **Passaretti** | Title:<br>Lieutenant | | Location of Incident: HA1005 | |
| Employee Signature: | | Type of Incident:<br>Inmate on Inmate Assault | | |

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Bailey, Jeremy LZ4437 | CO Hubble        CO Haines | RN Jones |
| Mccullough, ▮▮▮ GA6396 | CO Weisbeck | |
| | CO Fritz | |
| | CO Rosso | |
| | CO Houser | |

## 1. Detailed description of the occurrence:

On the above date and time This Officer was notified via radio by CO Houser that while conducting a security round he observed Inmate Mccullough standing at the door stating he tied his cellie up (inmate Bailey), Myself along with CO Fritz, CO Weisbeck, CO Haines, CO Hubble and CO Rosso arrived at HA1005 and CO Hubble activated the handheld camera and I conducted a briefing, Inmate Mccullough was restrained by CO Rosso and the cell door was opened and he was escorted to the RHU search module by CO Haines and CO Rosso, Myself along with CO Fritz and CO Weisbeck entered the cell and Inmate Bailey was restrained by CO Weisbeck and the torn sheets were cut from inmate Bailey using scissors by CO Fritz and CO Weisbeck and he was then escorted to the RHU triage room. Medical then arrived and Inmate Bailey was seen for complaints of neck pain and ear pain, no treatment was required and photographs were taken. Inmate Mccullough was then seen by medical and denied any injuries and photograps were taken. Inmate Bailey was then escorted to HA1005 by myself along with CO Weisbeck and CO Fritz and placed in the cell. Inmate Mccullough was then escorted to HB2020 by myself alomh with CO Haines and CO Rosso and placed in the cell. I then conducted a debrief where all team members accounted for their equiptment and no injuries were reported. The team was then deactivated.

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*          *Attachment 17-C, Page 1 of 2*
Issued: 9/28/2012
Effective: 10/5/2012

Ex 3_005

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

| |
|---|
| 1413:  CO Houser reports via radio of incident |
| 1414:  Team arrives at cell/Camera activated briefing conducted |
| 1416:  Inmate Mccullough restrained, door opened, Inmate Bailey restrained. |
| 1417:  Inmate Mccullough escorted to RHU search module, torn sheets cut from Inmate Bailey |
| 1418:  Inmate Bailey escorted to RHU triage room |
| 1421:  Medical in for Inmate Bailey, photographs taken |
| 1433:  Medical in for Inmate Mccullough, photgraphs taken |
| 1440:  Inmate Bailey escorted to HA1005, placed in cell restraints removed |
| 1443:  Inmate Mccullough escorted to HB2020, placed in cell restraints removed |
| 1445:  Team debriefed |
| 1446:  Team deactivated |

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to this officer

No injuries to inmate Mccullough/Photographs taken

Inmate Bailey assessed for complaints of neck/ear pain, no treatment required, photgraphs taken

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.     CO Hubble RHU #1          No     Yes

| Shift Commander Signature: | Date: 9-10-19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
|---|---|---|

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ **Use of Force Occurrence**

| To: *Capt. Fago* | Title: Shift Commander | Date: 9-10-19 | Time: 1414 |
|---|---|---|---|

| From (Name Printed): *Jeremy Fritz* | Title: *CO1* | Location of Incident: *RHU HA 1005* |
|---|---|---|

| Employee Signature: | Type of Incident: *Inmate on inmate assault* |
|---|---|

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| Bailey  LZ4437 | CO Hubble    CO Haines | RN Jones |
| McCullough  GA6396 | CO Weisbeck | |
| | CO Fritz | |
| | CO Rosso | |
| | CO Houser | |

1. **Detailed description of the occurrence:** ~~On the above date and approximate time this officer was~~

On the above date and approximate time this reporting officer responded to a radio transmission of an inmate being tied up in RHU HA 1005. This reporting officer then entered RHU HA1005 and secured inmate Bailey LZ4437 with wrist restraints. Once inmate Bailey was secured this officer then utilized RHU scissors to remove the bedding material wrapped around inmate Bailey's wrist. Once bedding material was removed this officer then assisted in escorting inmate Bailey to RHU ~~HA1005 SF~~ triage room. This officer then escorted inmate Bailey from RHU triage room to RHU HA1005 without incident.

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

| | |
|---|---|
| 1413 | CO Houser reports via radio of incident |
| 1414 | Team arrives at cell/camera activated briefing conducted |
| 1416 | Inmate McCullough restrained, door opened, Inmate Bailey restrained |
| 1417 | Inmate McCullough escorted to RHU Search Module, torn sheets cut from inmate Bailey |
| 1418 | Inmate Bailey escorted to RHU triage room |
| 1421 | Medical in for inmate Bailey, photos taken |
| 1433 | Medical in for inmate McCullough, photos taken |
| 1440 | Inmate Bailey escorted to HA1005, placed in cell restraints removed |
| 1443 | Inmate McCullough escorted to HB2020, placed in cell restraints removed |
| 1445 | Team debriefed |
| 1446 | Team deactivated |

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

NO weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

NO injuries to this officer
NO injuries to inmate McCullough/Photographs taken
Inmate Bailey assessed for complaints of neck/ear pain,
NO treatment required, photographs taken.

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.     ☐ No   ☐ Yes

| Shift Commander Signature: | Date: 9/10/19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
|---|---|---|

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued:
Effective:

**Attachment 17-C, Page 2 of 2**

Ex 3_008

| DC-121 Part 3<br>Revised 8/2012<br>Attachment C 6.3.1, Section 17 | Pennsylvania Department of Corrections<br>Employee Report of Incident | ☐ Use of Force Occurrence | |
|---|---|---|---|

| To: Capt. Fago | Title: Shift Commander | Date: 10 Sept 2019 | Time: 1414 |
|---|---|---|---|

| From (Name Printed):<br>Hubble, Joshua | Title: CO¹ | Location of Incident:<br>HA1005 |
|---|---|---|

| Employee Signature: | Type of Incident:<br>Inmate on Inmate Assault |
|---|---|

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Bailey    LZ4437 | Lt. Passaretti   CO¹ Rosso | |
| McCullough ▓▓▓▓▓ | CO¹ Fritz    RN Jones | |
| | CO¹ Haines | |
| | CO¹ Houser | |
| | CO¹ Weisbeck | |

**1. Detailed description of the occurrence:** On the above date and approx. time CO¹ Houser called over the radio that I/M McCullough had his cell mate Bailey tied up on the floor and needed officer assistance. This officer responded to HA1005 that housed these inmates. Lt. Passaretti told this officer to go grab a camera. This officer retrieved the camera and returned back to HA1005 and started to record. Lt. Passaretti then ordered I/M McCullough to come to the wicket to be cuffed and he complied. HA1005 was then opened and CO¹ Rosso and CO¹ Haines escorted I/M McCullough off HA POD to the Strip Module. This officer continued to record as CO¹ Fritz and CO¹ Weisbeck secured cuffs on I/M Bailey and removed the string from his wrist and ankles. I/M Bailey was then taken to the Triage room were he was seen by RN Jones. I/M Bailey was then placed back into HA1005 without further incident. This officer then went back to the strip cage and continued to record as I/M McCullough was escorted and placed into HB2020 without further incident. Lt. Passaretti then did a debrief and this officer then stopped recording.

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: CO Houser Reports via radio of Incident
1414: Team arrives at cell / Camera activated briefing conducted
1416: IM McCullough restrained, door opened, IM Bailey restrained
1417: IM McCullough escorted to RHU Search module, torn sheets cut from IM Bailey
1418: IM Bailey escorted to RHU Triage room
1421: Medical in for IM Bailey, photographs taken
1433 Medical in for IM McCullough, photographs taken
1440: IM Bailey escorted to HA 1005 placed in cell restraints removed
1443: IM McCullough escorted to HB 2020 placed in cell restraints removed
1445: Team debriefed
1446: Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No Weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to this officer
No injuries to IM McCullough / Photographs taken
IM Bailey assessed for complaints of neck / Ear, No treatment required, photographs taken

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.    ☐ No   ☐ Yes

| Shift Commander Signature: | Date: 8-10-19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |

Ex 3_010

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ **Use of Force Occurrence**

| To: *Cpt Iago* | Title: *Shift Commander* | Date: *9-10-19* | Time: *1414* |
|---|---|---|---|
| From (Name Printed): *Weisbeck, Matt* | Title: *CO'* | Location of Incident: *HA 1005* | |
| Employee Signature: *[signature]* | Type of Incident: *Inmate on inmate assault* | | |

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| LZ 4437 Bailey, Jeremy | Co' Fritz   Co' Passaretti | RN Linda Jones |
| GA 6396 Mccullough, Kalvin | Co' Hubble | |
| | Co' Rosso | |
| | Co' Haines | |
| | Ct Houser | |

**1. Detailed description of the occurrence:** On the above date and approx time this officer responded to a radio call that HA 1005 had his cellie tied up. Once this officer arrived Im Mccullough was restrained by Co' Rosso. Once the door opened this officer waited for Im Mccullough was out and escorted the Went in and helped restrain Im Bailey and removed bedding material that was tied around his feet. Once Im Bailey's bedding restraints were removed this officer and Co' Fritz escorted Im Bailey to the BHU triage room to be seen by medical. Once medical finished this officer and Co' Fritz escorted Im Bailey from BHU triage room to HA 1005 and secured him in. After Im Bailey was secured in HA 1005 and Im Mccullough was secured in HB 2020, we had a debrief by Passaretti.

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

**Attachment 17-C, Page 1 of 2**

Ex 3_011

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: Co' Hanger reported incident over the radio
1414: arrived at cell/Camera turned on
1416: I/m McCullough restrained, door opened, I/m Bailey restrained
1417: I/m McCullough escorted to BHU strip needle, bedding material cut away from I/m Bailey
1418: I/m Bailey escorted to RHU triage room
1421: Medical see I/m Bailey, photos were taken
1433: Medical sees I/m McCullough, photos were taken
1440: I/m Bailey escorted to HB1005, secured with restraints removed
1443: I/m McCullough escorted to HB2020, secured with restraints removed
1445: team debrief
1446: team de activated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s)   No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to this officer
No injuries to I/m McCullough, photos taken by medical
I/m Bailey assessed by medical for complaints of neck and ear pain, photos taken by medical, no treatment required.

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape. Co'Hubble BHC#1          ☐ No   ☐ Yes

Shift Commander Signature:           Date: 9/10/19    Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353

Ex 3_012

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ **Use of Force Occurrence**

| ▸: Capt Fago | Title: Shift Commander | Date: 9-10-19 | Time: ~~1414~~ ~~1450~~ TH |
|---|---|---|---|
| From (Name Printed): Trevor Haines | Title: Co¹ | Location of Incident: HA 1005 | |
| Employee Signature: _[signature]_ | | Type of Incident: Inmate on Inmate Assault | |

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| Mccullough  GA 6396 | LT. Passeretti | RN Linda Jones |
| Bailey  LZ 4437 | Co¹ Fritz | |
| | Co¹ Rosso | |
| | Co¹ Houser | |
| | Co¹ Hubble  /Co¹ Weisbeck | |

**1. Detailed description of the occurrence:** On the above date and approx. time, this reporting officer responded to the radio transmission that I/M Mccullough GA6396 tied up his cellmate I/M Bailey LZ4437. Upon responding to HA 1005, this officer escorted I/M Mccullough to the strip cage and then escorted Mccullough to B Pod 2020.

*6.3.1, Facility Security Manual*
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 1 of 2*

Ex 3_013

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: Co Houser reports via radio of incident
1414: Team arrives at cell/camera activated briefing conducted
1416: Inmate McCullough restrained, door opened, Inmate Bailey restrained
1417: Inmate McCullough escorted to RHU search module, torn sheets cut from I/m Bailey
1418: Inmate Bailey escorted to RHU triage room
1421: Medical in for inmate Bailey, photographs taken
1433: Medical in for inmate McCullough, photographs taken
1440: Inmate Bailey escorted to HA1005, placed in cell restraints removed
1443: I/m McCullough escorted to HB 2020, placed in cell restraints removed
1445: Team debriefed
1446: Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).    No weapons were observed by this officer

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to this officer
No injuries to inmate McCullough/photographs taken
Inmate Bailey assessed for complaints of neck/ear pain, no treatment required, photographs taken

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.    ☐ No   ☐ Yes
Co' Hubble RHU #1

| Shift Commander Signature: | Date: 9/10/19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
|---|---|---|

6.3.1, Facility Security Manual
Section 17 – Extraordinary Occurrences
Issued:
Effective:

Attachment 17-C, Page 2 of 2

Ex 3_014

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ **Use of Force Occurrence**

| To: Capt. Fago | Title: Shift Commander | Date: 09/10/19 | Time: 1414 |
|---|---|---|---|
| From (Name Printed): Houser | Title: COT | Location of Incident: HA 1005 | |
| Employee Signature: COT _Sam Hauser_ | Type of Incident: Inmate on inmate assault | | |

| Inmates Involved (Name and Number) | Staff Involved (Name and Title | Witnesses |
|---|---|---|
| Bailey, Jeremy 124437 | CO Hubble | RN Jones |
| McCullough ████ 17A6396 | CO Weisbeck | |
| | CO Fritz | |
| | CO Rosso | |
| | CO Haines | |

**1. Detailed description of the occurrence:** On the above date and time, this officer was conducting a security round on A pod in the RHU. As I walked by cell HA 1005, I noticed I/M Bailey, Jeremy 124437 tied up by restraints made by bedding. I notified additional officers for assistance by radio transmission. I remained at cell HA 1005 until assistance arrived. At that time I continued my security round.

*6.3.1, Facility Security Manual*
*Section 17 – Extraordinary Occurrences*
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 1 of 2*

Ex 3_015

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: CO Houser reports via radio of incident
1414: Team arrives at cell / camera activated, briefing conducted
1416: Inmate McCullough restrained, door opened, Inmate Bailey restrained
1417: Inmate McCullough escorted to RHU search module, torn sheets cut from inmate Bailey
1418: Inmate Bailey escorted to RHU triage room
1421: Medical in for inmate Bailey, photographs taken
1440: Inmate Bailey escorted to HA 1005, placed in cell, restraints removed
1443: Inmate McCullough escorted to HB 2020, placed in cell, restraints removed
1445: Team debriefed
1446: Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed.

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to this officer
No injuries to inmate McCullough / photographs taken
Inmate Bailey assessed for complaints of neck/ear pain, no treatment required, photographs taken

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.     ☐ No   ☐ Yes

| Shift Commander Signature: | Date: 9·10·19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
|---|---|---|

Ex 3_016

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

☐ Use of Force Occurrence

| To: Captain Fago | Title: Shift Commander | Date: 9-10-19 | Time: 1414 |
|---|---|---|---|
| From (Name Printed): Paul Rosso | Title: CO¹ | Location of Incident: HA 1005 | |
| Employee Signature: P o J R | Type of Incident: Inmate on Inmate Assault | | |

| Inmates Involved (Name and Number) | Staff Involved (Name and Title) | Witnesses |
|---|---|---|
| McCullough   BA 6369 | CO Hubble   LT. Passaretti | RN Jones |
| Bailey   LZ 4437 | CO Weisbeck | |
| | CO Fritz | |
| | CO Houser | |
| | CO Haines | |

**1. Detailed description of the occurrence:** On the above time and date this officer responded to a radio transmission from CO¹ Houser asking for assistance at HA 1005. Upon arrival to HA1005 I observed I/m McCullough standing at the cell door and I/m Bailey laying on his side on the floor tied up at his wrists and ankles. Once all responding officers arrived, CO¹ Haines opened the secured wicket and myself had applied wrist restraints on I/m McCullough. CO¹ Haines and myself escorted I/m McCullough to the RHU strip cage and secured him in there. I then did a proper security strip search of I/m McCullough. I/m McCullough was then seen by RN Jones where no injuries were reported. CO¹ Haines and myself then escorted I/m McCullough to cell HB 2020 were he was secured. I was then debriefed. thing else follows.

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued: 9/28/2012
Effective: 10/5/2012

*Attachment 17-C, Page 1 of 2*

Ex 3_017

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1413: CO Houser reports via radio of incident.
1414: Team arrives at cell/Camera activated briefing conducted.
1416: Inmate McCullough restrained, door opened, Inmate Bailey restrained.
1417: Inmate McCullough escorted to RHU search module, torn sheets cut from Im Bailey.
1418: Inmate Bailey escorted to RHU triage room
1421: Medical in for Inmate Bailey, Photographs taken
1432: Medical in for Inmate McCullough, photographs taken
1440: Inmate Bailey escorted to HA1005, placed in cell restraints removed.
1443: Inmate McCullough escorted to HB2020, placed in cell restraints removed.
1445: Team debriefed
1446: Team deactivated

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No Injuries to this officer
No Injuries to Inmate McCullough / Photographs taken
Inmate Bailey assessed for complaints of neck/ear pain, no treatment required, Photographs TAKEN.

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape. CO Hubble RHU #1    ☐ No   ☑ Yes

| Shift Commander Signature: | Date: 9/10/19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |
|---|---|---|

**6.3.1, Facility Security Manual**
**Section 17 – Extraordinary Occurrences**
Issued:
Effective:

*Attachment 17-C, Page 2 of 2*

Ex 3_018

DC-121 Part 3
Revised 8/2012
Attachment C 6.3.1, Section 17

**Pennsylvania Department of Corrections**
**Employee Report of Incident**

**Use of Force Occurrence**

| TO:<br>Capt Fago | Title:<br>  Shift Commander | Date:<br>09/10/2019 | TIME:<br>1410 |
|---|---|---|---|

| From (Name Print) Linda Jones | Title: RN | Location of Incident: RHU |
|---|---|---|

| Employee Signature<br><br>*Linda Jones RN* | Type of Incident:<br>Inmate on Inmate assault |
|---|---|

| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | Witnesses |
|---|---|---|
| Bailey LZ4437 | CO Hubble      CO Haines | L. Jones RN |
| McCullough GA6396 | CO Weisbeck | |
| | CO Fritz | |
| | CO Rosso | |
| | CO Houser | |

**1. Detailed description of the occurrence:**

On the above date and time Medical was notified of an inmate being tied up by his cellie and a nursing assessment was requested. Medical arrived at the RHU and Inmate Bailey was seen for complaints of neck pain and ear pain and photographs were taken. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck. Inmate denied any other injuries.

Inmate Mccullough was then seen by medical, while in the cage, and denied any injuries and photgraphs were taken.

2. Actions taken (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used (i.e., EBID, OC, etc.), describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

1421:  Inmate Bailey assessed, photographs taken

1433:  Inmate Mccullough assessed, photgraphs taken

3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).

No weapons observed

4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.

No injuries to staff

Inmate McCollough denied injury – none noted

Inmate Baily complained of neck and ear pain.  No swelling, abrasions or open areas noted

| If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape. | | ☐ No   ☐ Yes |
|---|---|---|
| Shift Commander Signature: | Date: 9/10/19 | Tracking Number (If an attachment to a DC-121 Part 2): 2019-COA-00353 |

Ex 3_020

Ex 3_021

Ex 3_022

Ex 3_023

Ex 3_024

Ex 3_025

Ex 3_026

Ex 3_027

Ex 3_028

Ex 3_029

Inmate Query - Summary

Welcome CWOPA\jfago

Inmate Apps      Inmate Inquiry      Reports      Photos      JNET

9/10/2019 6:18:02 PM |CR2PRODWEB02|



**Offender Details**

**Name:** BAILEY, Jeremy

JNet Inmate

LZ4437

New Search

**Offender Summary**

Ex 3_030

## DC-457 - Medical Incident/Injury Report

**Current Facility:**

SCI COAL TOWNSHIP

| | | |
|---|---|---|
| **Person Involved:** | **Date of Birth:** | **Date of Incident:** |
| JEREMY BAILEY | ███ | 09/10/2019 |
| **Male or Female:** | **Date and Time Reported to Medical Department:** | **Time of Incident:** |
| M | 1415 | 14:14 |

**Exact Location of Incident:**

HA1005

**Work Related Injury:**
☑ No

**Sport Related Injury:**
☑ No

**Property Involved:**
☑ No

**Equipment Involved:**
☑ No

**Was the person authorized to be at the location of the incident:**

es

**Describe exactly what happened, why it happened and action(s) taken:**

While conducting a security round Inmate McCullough was observed standing at the door stating he tied his cellie up (Inmate Bailey). Inmate McCullough was restrained and the cell door was opened and he was escorted to the RHU search module. Inmate Bailey was restrained and the torn sheets were cut from Inmate Bailey using scissors and he was then escorted to the RHU triage room.

**Describe all injuries to the body and include specific information regarding the part(s) of the body impacted:**

Inmate Bailey was seen for complaints of neck pain and ear pain on his left side. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck. Inmate denied any other injuries.

**Description of Illness/Injury:**

Inmate Bailey was seen for complaints of neck pain and ear pain on his left side. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck. Inmate denied any other injuries.

**NET/Nursing Protocol Used:**
☑ Yes

**Specify the NET/Nursing Protocol Used:**

---

## DC-457 - Medical Incident/Injury Report

Report for injuries that includes details on what happened and where the patient is injured.

**Patient Name:** BAILEY, JEREMY
**Patient Number:** LZ4437
**Location:** H-A-1005-02
**DOB:** ███
**Facility:** SCI COAL TOWNSHIP
**Electronically Signed By** JONES, LINDA, RN **on** 9/10/2019 6:45:46 PM

Ex 3_031

SOAP Note

## Treatment Rendered:

Inmate Bailey was seen for complaints of neck pain and ear pain on his left side. No swelling, abrasions, or open areas were noted on the left side of the inmate's face or neck.
Inmate denied any other injuries.

## Follow-up:

Sick Call PRN

## Physician Notified:
☑ No

## Person Involved Seen by a Facility Practitioner:
☑ No

## Person Involved Taken to Hospital:
☑ No

## Type of Injury (check all that apply):
☑ None Apparent

### Body Diagram (Reference)



## Location of Injury:

No injury noted.

## Disposition After Treatement:
☑ Placed in RHU

---

### DC-457 - Medical Incident/Injury Report
Report for injuries that includes details on what happened and where the patient is injured.

**Patient Name:** BAILEY, JEREMY
**Patient Number:** LZ4437
**Location:** H-A-1005-02
**DOB:**
**Facility:** SCI COAL TOWNSHIP
**Electronically Signed By** JONES, LINDA, RN **on** 9/10/2019 6:45:46 PM

Ex 3_032

**Comment on Placement in RHU:**

Current RHU Status

I ⬚s taken:

☑Yes

**Copies to be provided to the following (check all that apply):**

☑Other

**Name(s) of Other Person(s) to receive a copy:**

H DRIVE

**Reason for sending copy to Other Person(s):**

Protocol

## Save Log

| User Name | Audit Date |
|---|---|
| JONES, LINDA | 9/10/2019 6:45:46 PM |

---

### DC-457 - Medical Incident/Injury Report

Report for injuries that includes details on what happened and where the
⬚nt is injured.

**Patient Name:** BAILEY, JEREMY
**Patient Number:** LZ4437
**Location:** H-A-1005-02
**DOB:** ███████
**Facility:** SCI COAL TOWNSHIP
**Electronically Signed By** JONES, LINDA, RN **on** 9/10/2019 6:45:46 PM

Ex 3_033



SCI COAL TOWNSHIP   PHOTO #1  INMATE  BAILEY LZ4437  FACIAL PHOTO FOR ID PURPOSES

PHOTO TAKEN 09/10/2019 @1421   BY L. JONES, RN

Ex 3_034



SCI COAL TOWNSHIP   PHOTO #2  INMATE  BAILEY LZ4437   PHOTO OF HANDS

PHOTO TAKEN 09/10/2019 @1421   BY L. JONES, RN



SCI COAL TOWNSHIP   PHOTO #3  INMATE  BAILEY LZ4437  LEFT SIDE OF FACE

NO SWELLING, ABRASIONS, OR OPEN AREAS OBSERVED ON LEFT SIDE OF INMATE'S FACE OR NECK

PHOTO TAKEN 09/10/2019 @1421   BY L. JONES, RN

Ex 3_036