IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** : | | |
| Plaintiff : | | |
| : | | No. 1:20-cv-1836 |
| v. : | | |
| : | | (Judge Kane) |
| **LIEUTENANT YODER, et al.,** : | | |
| Defendants : | | |

## ORDER

**AND NOW**, on this 4th day of August 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. No. 51) is **DENIED**;

2. Defendants' motion for summary judgment (Doc. No. 71) is **GRANTED IN PART AND DENIED IN PART**, as follows:

3. The motion is **GRANTED** with respect to Plaintiff's due process and official capacity claims and with respect to any equal protection claims raised by Plaintiff's complaint, and the motion is **DENIED** with respect to Plaintiff's Eighth Amendment deliberate indifference claim; and

4. On or before **September 4, 2022**, the parties shall file a joint status report informing the Court whether they are amenable to having this case referred to the Court's Prisoner Litigation Settlement Program.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
