In the United States District Court
for the Middle District of Pennsylvania

Jeremy Bailey,
    Plaintiff

No. 1:20-cv-1836

v.

Judge: Yvette Kane

Lieutenant Yoder
Sergeant R. Batiuk
C/o Derr
C/o Anthony,
    Defendants

FILED
HARRISBURG, PA
AUG 26 2022
PER _____
DEPUTY CLERK

Honorable Judge Yvette Kane
I am now, inside the Dauphine County Prison, I no longer receive mail at the at address 1520 Thompson Street, Harrisburg Pa 17104, or 3 north 16th Street, Harrisburg Pa 17103, my mail have been stolen several time's at both addresses, and I ask if any motion or order was served to those address, that they be reserved to me at 501 Mall Road, Harrisburg, PA 17111.

I have received the Defendant Motion For Summary Judgement Granted in part and Denied in part, I would like to ask for a continuous to discuss the prisoner litigation Settlement program with the Defendant's    Thank You



NAME Jeremy Bailey #104262
D.C.P#
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
24 AUG 2022 PM 2 L

RECEIVED
HARRISBURG, PA
AUG 26 2022
PER _____
DEPUTY CLERK

Yvette Kane
District Judge
United States District
Court Middle District
Of Pennsylvania
228 Walnut Street
Harrisburg PA 17101

17101-171499