IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey
    Plaintiff

    NO. 1:20-CV-1836

v

    Judge Yvette Kane

Lieutenant Yoder
Sergeant P. Patrick
C/O Derr
C/O Anthony,
    Defendants

FILED
HARRISBURG, PA
AUG 26 2022
PER _____
DEPUTY CLERK

Appointment of Counsel

Honorable Judge Yvette Kane, I ask that you accept my motion for Appointment of Counsel. I don't have the court rule or access at this moment Due to the housing arrangement. Honorable Judge Yvette Kane, I am indigent and have very little knowledge in Federal courts or rules at this point. I don't have any Jail house minute and im not sure how to File a Joint status report I really need at this point. I also sent you a request for a time extension. Honorable Judge Yvette Kane I ask that you please Accept my request. thank you



NAME Jeremy Bailey
D.C.P.# 104262
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
24 AUG 2022 PM 2 L

RECEIVED
HARRISBURG, PA
AUG 26 2022
PER _____
DEPUTY CLERK

Nathaniel
District Judge
United States District
Court Middle District
Of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

17101-171455