

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

September 2, 2022

Civil Litigation Division
1000 Madison Avenue, Suite 310
Norristown, PA 19403
Direct: (610) 631-6205
Email: nditomo@attorneygeneral.gov

Judge Yvette Kane
United States District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Building
228 Walnut Street
Harrisburg, PA 17101

    Re:    *Jeremy Bailey v. Lieutenant Yoder*, Case No. 1:20-CV-1836

Dear Judge Kane:

    Pursuant to your Order dated August 4, 2022, the Defendants in this action are amenable to having this case referred to the Court's Prisoner Litigation Settlement Program. With the current schedules of counsel, the upcoming holidays, and other logistical matters, counsel for the Defendants respectfully request that the referral order permit them until February 3, 2023 to complete mediation.

    Undersigned counsel sent a letter to Mr. Bailey on August 8, 2022 to his current address seeking his position on referring this matter to the mediation program. Undersigned counsel has not yet heard back from Mr. Bailey. Mr. Bailey is no longer incarcerated with the Department of Corrections and we do not yet have confirmation that he wishes to proceed with this matter.

       Thank you for your time and consideration of this matter.

                                              Sincerely,

                                              *s/ Nicole R. DiTomo*

                                              Nicole R. DiTomo
                                              Senior Deputy Attorney General

cc:    Jeremy Bailey
        1520 Thompson Street
        Harrisburg, PA 17104
        *Pro se Plaintiff*