IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BAILEY,
    PLAINTIFF

NO. 1:20-CV-1836

V.

Judge: Yvette Kane

LIEUTENANT YODER
SERGEANT R. BALTUK
C/O DERR
C/O ANTHONY
    DEFENDANTS

FILED
HARRISBURG, PA
SEP 02 2022
PER _____
DEPUTY CLERK

## JOINT STATUS REPORT

This conference shall be deemed to be a conference of the type contemplated by Rule 26(F) of the Federal Rule of Civil Procedure.

1) On September 10, 2019, Bailey was housed in (SCI) CoalTownsh on that above date. Defendants Derr and C/o Anthony moved an inmate name McCullough into the cell with Bailey, despite the fact that McCullough had a "Z code" - an administrative classification that required prison staff to house him in a single cell. Both Bailey and McCullough notified all Defendants that McCullough was not suppose to have a cellmate due to his Z-code. McCullough told the Defendants that if they did not remove him from the cell, he would attack Bailey.

Several hours later, prison staff found Bailey tied up with torn bed sheets on the floor of the cell. Defendants assert that Bailey and McCullough only informed them about McCullough Z-Code classification in passing.

(2). Plaintiff do not have any challenge to jurisdiction or venue.

(3) Plaintiff do not have any pending motion, and is unaware whether the Defendants do at this point. Due to change address, and mail being stolen, apartment being burglarized

(4) Plaintiff will like to ask the Court's to schedule a video conference, to address whether the Defendants would like have a settlement agreement, or have tried to contact the Plaintiff in reference to a settlement. Due to lost of mail and change of address, apartment being burglarized.

(5) Plaintiff do not wish to joined any potential parties

(6) Plaintiff is seeking to request the grand jury. Plaintiff request date of trail to be no later than Dec. 31, 2024, have no estimated length of trail.

(7) Plaintiff is seeking to meet with the Defendants attorney in regards to whether the Defendants have any thought to whether their should be an settlement agreement or whether they are seeking the prisoner litigation settlement program. Plaintiff is open minded to the conference.

(8) Plaintiff seek to have a discovery plan as contemplated by Rule 26 (F)(3) of the Federal Rule of Civil procedure.

(9) plaintiff is requesting Honorable Judge Yvette Kane allow the plaintiff to go back into the discovery, and request such production of documents of documents plaintiff

have already requested and have not received From the deFendant Yoder, Such as inmate McCullough Z.Code Status inFormation on How and why he is a Z.Code, all inmate McCullough misconduct report From the time on he received his Z.Code Status, up until the time oF the assault on the plaintiFF Sept 10, 2019, and all oF the plaintiFF medical records From the time oF the assault oF Sept 10, 2019, up until the time oF the plaintiFF requested the documents, plaintiFF would also like to go over another set oF Interrogatories.

Jeremy Bailey
Dauphine County Prison
501 Mall Road
Harrisburg Pa 17111

NAME: JeremY BaileY #104262
D.C.P.#
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA  171

31 AUG 2022 PM 4 L



RECEIVED
HARRISBURG, PA

SEP 02 2022

PER_____
    DEPUTY CLERK

Yvette Kane
District Judge
UNITED STATES DISTRICT Court
MIDDLE DISTRICT of PennSYLvania
228 Walnut Street
Harrisburg Pa 17101

17101$1732