IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BATLEY,
PLAINTIFF

NO. 1:20-CV-1836

V.

Judge: Yvette Kane

LIEUTENANT YODER,
SERGEANT R. BATIUK,
C/O DERR,
C/O ANTHONY,
DEFENDANTS

FILED
HARRISBURG, PA
SEP 02 2022
PER _____ DEPUTY CLERK

Honorable Judge Yvette Kane, on April 2, 2022 my apartment was burglarized in which I took the lost of all my discovery material and mail pertaining to the civil matter at hand, my apartment address was 3 North 16, Harrisburg pa 17103, and while living there, my mail was constantly stolen, I do not have any of the recent materials that may have been sent out to that address. I have received mail that was sent to 1520 Thompson St. Harrisburg pa 17104. That mail was Forwarded to me, which was the response's to the defendant's summary judgement Granted in part and Denied in part. I have not received anything else concerning the case. I have

cently been incarcerated and place inside the Dauphine County prison on april 5, 2022. The address I'm housed at is Dauphine County prison, 501 mall Road, Harrisburg pa 17111.

Plaintiff is requesting that Honorable Judge Yvette Kane allow the plaintiff to go back into discovery for the reason plaintiff believe he has request such documents from the defendants and have not receive them, such as inmate McCullough Z-Code Status information on why and how he received a Z-Code, all inmate McCullough misconduct from the time or reason he became a Z-Code up until he assaulted the plaintiff on 9-10-2019, The unit Camera Footage on the day of the assault from approx: 6:00 AM to 5:00 PM, and the unit bed spread housing sheet with each and every inmate name on the unit and what cell they housed inside of the day of the assault on the plaintiff on that specific unit.

I have also requested the plaintiff medical records from the time of the assault Sept 10, 2022, up until the date of the request of the production of documents. The defendants have refused me.

I would also like to go over another set of interrogatories with the defendants before a trail date is possibly set.