Jeremy Bailey v. Lieutenant Yoder, NO. 1:20-CV-1836

District Judge Yvette Kane.
United States District Court for the Middle District
of Pennsylvania
28 Walnut Street
Harrisburg Pa 17101

Dear Honorable Judge Yvette Kane:

Pursuant to your order August 4, 2022, the plaintiff
in this action is amendable to having this case
referred to the court's prison litigation settle-
ment program for mediation.

I have receive a letter from the defendants
counsel notifying me that they are now aware
of the address I am at now.

Please disregard the defendants counsel
comments on whether I the plaintiff want
to go forward with this matter and I the
plaintiff request the courts prisoner litigation
settlement program for mediation.

Jeremy Bailey
Dauphine County prison
501 Mall Road
Harrisburg Pa 17111

NAME JeremY BaileY #104262
D.C.P.#
**DAUPHIN COUNTY PRISON**
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA  171

21 SEP 2022  PM 1  L



★ USA ★ FOREVER ★

**RECEIVED**
HARRISBURG, PA

SEP 28 2022

PER _____
DEPUTY CLERK

Yvette Kane
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG PA, 17101

INT