

**Peter J. Welsh**
Clerk of Court

Office of the Clerk

**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920

Williamsport:
(570) 323-6380

*(Electronically Filed)*

January 26, 2023

The Honorable Yvette Kane
United States District Judge
U.S. District Court, Middle District of Pennsylvania
P.O. Box 11817
Harrisburg, PA 17108

Re: Report of the Mediator
<u>Bailey v. Doe,</u> Civil No. 1: 20-CV-1836 (Kane, J.)

Dear Judge Kane:

The matter is not settled  Thank you appointing me to serve as mediator in this case.

                Sincerely,

              <u>*s/ Joseph A. Barrett*</u>
                Joseph A. Barrett