IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY BATLEY
                PLAINTIFF,
                                        No: 1:20-cv-1836
        v.
                                        JUDGE: KANE
LIEUTENANT YODER,
SERGEANT BATTUK,
C/O DERR,
C/O ANTHONY,
                DEFENDANTS.

FILED SCRANTON FEB 0 1 2023 Per ___ DEPUTY CLERK

To the Honorable Judge Yvette Kane, I have been Schdule For a mediation hearing on 1-26-2023, on the that date I have not come to a Settlement agreement with the defendants.

I see that the case may now be set For a trail date, I'am requesting that I be giving a chance to go back into Discovery.

I am requesting Honorable Judge Yvette Kane to re-open the Discovery

There are Documents I have not received from the defendants.

FILED
SCRANTON
FEB 01 2023
PER_____
DEPUTY CLERK

Jeffrey Davis #1042b2
Dauphine County Prison
501 Mal RD
Harrisburg, PA 17111

RECEIVED
SCRANTON
FEB 01 2023
PER _____
DEPUTY CLERK

Judge Yvette Kane
Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

HARRISBURG PA 171
[postmark] FOREVER / USA