## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY BAILEY, | : | |
| Plaintiff | : | No. 1:20-CV-1836 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| LIEUTENANT YODER, | : | Electronically Filed Document |
| SERGEANT R. BATIUK, C.O. | : | |
| DERR and C.O. ANTHONY, | : | Complaint Filed 10/07/2020 |
| Defendants | : | |

### DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION
### FOR THE SCHEDULING OF AN EXHAUSTION HEARING

Defendants, through counsel, hereby file this Brief in Support of their Motion for the Scheduling of an Exhaustion Hearing in the above-captioned matter pursuant to Local Rule 7.5.

### RELEVANT PROCEDURAL HISTORY

Plaintiff filed his operative Amended Complaint on October 22, 2021, concerning events arising from his incarceration. (Doc. 56.) Plaintiff was released from incarceration on November 9, 2021. (Doc. 62.)

Defendants filed their Answer and Affirmative Defenses to the Amended Complaint on December 27, 2021. (Doc. 69.) In so doing, Defendants preserved the affirmative defense of failure to exhaust administrative remedies. (*Id.* at Affirmative Defense ¶4.)

## ISSUES PRESENTED

Whether this Court should schedule a hearing to resolve the issue of the exhaustion of administrative remedies prior to scheduling trial?

*Suggested Answer to All:* Yes.

## ARGUMENTS

Under the Prisoner Litigation Reform Act, as an incarcerated individual, Plaintiff was required to exhaust his administrative remedies prior to filing a federal suit. *See* 42 U.S.C. § 1997e(a). Furthermore, Plaintiff's Amended Complaint was filed prior to his release from incarceration, Plaintiff was required to comply with the PLRA exhaustion requirement. *See id.*

Defendants preserved the affirmative defense of failure to exhaust administrative remedies within their Answer and Affirmative Defenses. (Doc. 69 at Affirmative Defense ¶4.) In order to resolve the issue of whether Plaintiff exhausted his administrative remedies, Defendants respectfully request that this Court schedule an exhaustion hearing prior to the scheduling of trial in this matter.

## CONCLUSION

Defendants respectfully requests that this Court schedule an exhaustion hearing on the unresolved issue of whether Plaintiff failed to exhaust his administrative remedies. Alternatively, Defendants request the scheduling of a teleconference with the Court to select a date for the exhaustion hearing.

                **Respectfully submitted,**

                **MICHELLE A. HENRY**
                Acting Attorney General

        **By:**  *s/ Mary Katherine Yarish*

|  |  |
|---|---|
| **Office of Attorney General** | **MARY KATHERINE YARISH** |
| **15th Floor, Strawberry Square** | Deputy Attorney General |
| **Harrisburg, PA 17120** | Attorney ID #328843 |
| **Phone: (717) 783-6315** |  |
|  | **KAREN M. ROMANO** |
|  | Chief Deputy Attorney General |
| **myarish@attorneygeneral.gov** | Civil Litigation Section |
|  |  |
| **Date:  February 2, 2023** | *Counsel for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY BAILEY,** | : | |
| Plaintiff | : | No. 1:20-CV-1836 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| **LIEUTENANT YODER,** | : | Electronically Filed Document |
| **SERGEANT R. BATIUK, C.O.** | : | |
| **DERR** and **C.O. ANTHONY,** | : | *Complaint Filed 10/07/2020* |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 3, 2023, I caused to be served a true and correct copy of the foregoing document titled *Defendants' Motion for the Scheduling of an Exhaustion Hearing* to the following:

**VIA U.S. MAIL**
**Jeremy Bailey (#104262)**
**Dauphin County Prison**
**501 Mall Road**
**Harrisburg, PA 17111**
*Pro Se Plaintiff*

     *s/ Mary Katherine Yarish*
**MARY KATHERINE YARISH**
Deputy Attorney General