IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey,
    Plaintiff,

    v.                       NO. 1:20-cv-1836

Lieutenant Yoder,        Judge Kane
Sergeant Batiuk,
C/O Derr,
C/O Antony,
    Defendants

PLAINTIFF RESPONSE IN OPPOSITION
TO DEFENDANTS REQUEST TO SCHEDULE
AN EXHAUSTION HEARING

The Plaintiff Bailey have indeed exhausted his administrative remedies before the filing of the original complaint, which the plaintiff Bailey subsequently sought leave to amend the complaint to provide identities for the four defendants. The Court granted the request on Oct 27, 2021 ordering that the plaintiff Bailey original complaint would remain the operative pleading but

that all references to the John Doe Defendants would be understood to correspond to the identities provided by the plaintiff Bailey.

When the plaintiff attempted to re-exhausted the administrative remedies before the filing of the amended complaint in the attempt to provide the identities of the four defendants The facility grievance coordinator Kelley rejected both Level from the grievance process and when further attempts to exhaust to the Central office the same was followed claiming the events place into the grievance have already been exhausted with the knowledge of the officers who was involved.

The plaintiff now request the Court to deny the defendants request to schedule a exhaustion hearing and schedule a trail

Jeremy Bailey # 154262
Dauphine County Prison
501 Mall Road
Harrisburg PA 17111

**NAME** Jeremy Bailey #104262
**D.C.P #**
**DAUPHIN COUNTY PRISON**
501 MALL ROAD
HARRISBURG, PA 17111-1299

RECEIVED
SCRANTON
MAR 08 2023
PER _____
DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton PA 18501-1148

HARRISBURG PA 171

18501-114848

