IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Jeremy Bailey
Plaintiff

NO. 1:20-CV-1836

v

Judge: Kane

Lieutenant Yoder,
Sergeant B. Batiuk,
C/O Anthony,
C/O Darr,
Defendants

FILED
SCRANTON
MAY 15 2023
Per _____
DEPUTY CLERK

Time Extention

I'am requesting 60 days Time Extention to properly repair a brief response to the defendants' brief, I'am also requesting appointment of Counsel to defend the plaintiff.

Jeremy Bailey 104262
D.C.IP
501 Mall Road
Harrisburg Pa 17111

